UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        Plaintiff,

v.

CRAIG CARTON and MICHAEL WRIGHT,

                        Defendants.

Case No. 17 Cr. 680 (CM)

**ORAL ARGUMENT REQUESTED**

---

## NOTICE OF MOTION

**PLEASE TAKE NOTICE,** that defendant CRAIG CARTON, by and through his undersigned attorneys GOTTLIEB & JANEY, LLP, upon the annexed affirmation of Robert C. Gottlieb, attorney for the defendant, duly sworn to on the 18th day of May, 2018; all exhibits attached thereto; the accompanying Memorandum of Law; and the prior proceedings herein, hereby submits this Notice of Motion for a Severance of the Joint Trial with co-defendant Michael Wright, pursuant to Federal Rule of Criminal Procedure 14(a), as well as the Sixth Amendment of the United States Constitution.

Dated: New York, New York
       May 18, 2018

Respectfully submitted,

/s/ *signature*
Robert C. Gottlieb
Derrelle M. Janey
Seth J. Zuckerman

GOTTLIEB AND JANEY, LLP
111 Broadway, Suite 701
New York, NY 10006
(212) 566-7766

*Attorneys for Defendant*
CRAIG CARTON