UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CRAIG CARTON and MICHAEL WRIGHT,

Defendants.

Notice of Motion
17 Cr. 680 (CM)

    PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the United States of America, by its attorney Geoffrey S. Berman, United States Attorney for the Southern District of New York, and Brendan F. Quigley and Elisha J. Kobre, Assistant United States Attorneys, of counsel, will move this Court for rulings (i) to quash the Rule 17(c) subpoenas identified in the accompanying memorandum of law and (ii) to stay compliance with any additional Rule 17(c) subpoenas issued by counsel for defendant Carton, without prior approval of the Court, as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
       August 27, 2018

                                    GEOFFREY S. BERMAN
                                    United States Attorney for the
                                    Southern District of New York

By:     _____
        Elisha J. Kobre / Brendan F. Quigley
        Assistant United States Attorneys
        Tel.: (212) 637 2599/2190