UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                          Plaintiff,

    v.

CRAIG CARTON,

                          Defendant.

Case No. 17 Cr. 680 (CM)

**<u>SENTENCING MEMORANDUM ON BEHALF OF
DEFENDANT CRAIG CARTON</u>**

**<u>APPENDIX- EXHIBIT D</u>**

GOTTLIEB & JANEY LLP
Robert C. Gottlieb, Esq.
Derrelle M. Janey, Esq.
111 Broadway, Suite 701
New York, New York 10006
T: (212) 566-7766
F: (212) 374-1506

*Attorneys for Defendant Craig Carton*

**United States v. Craig Carton**
**Case No. 17 Cr. 680 (CM)**
**Sentencing Memoradum Exhibits**

| Exhibit Number | Author |
|---|---|
| D-1 | Jerry Geffen |
| D-2 | Chris christie |
| D-3 | Cortney Baird |
| D-4 | Boomer Esiason |
| D-5 | ███████████ |
| D-6 | Gary DiBartolomeo |
| D-7 | Mary Hawley |
| D-8 | Joseph Millan |
| D-9 | Judith Chalme |
| D-10 | Connie Smith |
| D-11 | Reginal Henry |
| D-12 | Dana Wachter |
| D-13 | Chris Cannon |
| D-14 | Christine DeGuisto |
| D-15 | Susan Korenberg |
| D-16 | Mike Barbieri |
| D-17 | Michael Cardano |
| D-18 | Christopher Oliviero |
| D-19 | Michael Nichols |
| D-20 | Shaun McGill |
| D-21 | Jerry Recco |
| D-22 | William Balanoff |
| D-23 | Noam Bramson |
| D-24 | Jarrett Lustig |
| D-25 | Darren Gurney |
| D-26 | Al Dukes |
| D-27 | Hamilton Baiden |
| D-28 | Suzanne Sanchez |
| D-29 | Chris Simms |
| D-30 | Neil Kleinman |
| D-31 | Lina Garcia |
| D-32 | Brandon Steiner |
| D-33 | Chris Beldotti |
| D-34 | Aimee Skier |
| D-35 | Robert Mantz |

| | |
|---|---|
| D-36 | Marc Rayfield |
| D-37 | Bruce Radler |
| D-38 | Robert Polding |
| D-39 | Tom Wallace |
| D-40 | Bruce Gifford |
| D-41 | Margarita Velez |
| D-42 | Carlos Austin |
| D-43 | Luke Thomas |
| D-44 | Walto Sabo Jr. |
| D-45 | Thomas C. Brasuell |
| D-46 | Matthew Bryne |
| D-47 | Maria Valente |
| D-48 | James R. Denlea |
| D-49 | Kaitlin Roney |
| D-50 | Emelio C. Rodriques |
| D-51 | Lisa Brefere |
| D-52 | Lonn A. Trost |
| D-53 | Marc Cinque |
| D-54 | Molly Perone |
| D-55 | Steven Napolitano |
| D-56 | Paul Amelio |
| D-57 | Margaret M. Russo |
| D-58 | Victoria Biello |
| D-59 | Scott Zaletofsky & Angela Roina |
| D-60 | Jim Huvane |
| D-61 | Mike Hendrick |
| D-62 | Elliot Taynor |
| D-63 | Douglas Tiesi |
| D-64 | Doug Wells |
| D-65 | Edward Scozzare |
| D-66 | Erasmo Rossi |
| D-67 | Gary Spindler |
| D-68 | Bob Ingle |
| D-69 | Constantine Maroulis |
| D-70 | Christopher Cavanagh |
| D-71 | Joe Piscopo |
| D-72 | Barbara Lutsky |
| D-73 | Lisa & Jeff Freedman |
| D-74 | Jennifer Richman |

| | |
|---|---|
| D-75 | Ethan Kleinberg |
| D-76 | Amy Concialdi |
| D-77 | Tom Gordon |
| D-78 | Jeff Zeaman |
| D-79 | Marc Picks |
| D-80 | Jon Gerstel |
| D-81 | Beth Levine |
| D-82 | Doug Cohen |
| D-83 | Bill Saurer |
| D-84 | Dan Sanborn |
| D-85 | Aldo Zuppichini |
| D-86 | Michael Tannenbaum |
| D-87 | George Gjokaj |
| D-88 | Dan Buttling |
| D-89 | Dan Chozahinoff |
| D-90 | Jacob Wolf |

*Portions of Exhibits D-1 through D-90 herein  have been redacted to protect attorney-client privileged communications.*

**Portions of Exhibits D-1 through D-90 herein have also been redacted to protect "sensitive information," including the names of minor children, pursuant to the E-Government Act of 2002, the Southern District's ECF Privacy Policy, and Judge McMahon's Individual Rules of Practice for Sentencing Proceedings.*

# Exhibit

# D-1







Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Craig Carton

Dear Judge McMahon:

My name is Jerry M. Geffen and I am writing this letter on the behalf of Craig Carton. Craig is married to my daughter Kim
and is therefore is  my son-in-law and the father of four of my grandchildren. They are named Mickey, Sonny, Lucky and Anthony and they range in age from 18 years old to eight years old.

I have known Craig for over twenty-five years and have been proud to call him my son-in-law. Most people only know Craig as a host of a morning talk radio show on the FAN, but that Craig is merely a character or persona whose job is to get ratings. The real Craig is quite different. The Craig I know is not the "shock jock" he portrays, but a loving family man who would do anything for his children
He is the definition of a hands on Dad and is deserving of the adulation that he receives from his children. He always made time for all the kids events whether it be a sporting event, dance recital, fishing trips,etc.

 I have also witnessed Craig's many charitable endeavors. This includes The TIC TOC STOP camp for children suffering from
Tourette's Syndrome, countless charity softball games to benefit Police and Firemen and

donating his time and money to help others
that has never made headlines. Having accompanied Craig to many public events, I was
impressed how responsive he was to his fans giving autographs and taking selfies long
after the event had ended when he could have just left. I did not feel it was in any way an
ego trip but a true effort to thank his fans and show his appreciation for his success.

Craig has coached his children in all kinds of sports but always made sure that all the
participants felt important and got playing time.
He treated the opposition with respect and was a role model for good sportsmanship.
Through the years he has positively impacted literally thousands of children through his
participation in these events.

I believe Craig is an extremely good person and, in fact, a great role model except
for his gambling addiction that threatens to destroy him and his family. I am sure that you
are aware of the hardship that has affected Craig personally, including financial and career
related. I cannot even imagine the negative impact that my family and especially my
daughter and grandchildren would suffer if Craig was away from them. I am hoping that you
will show leniency and allow Craig to rehabilitate from his profound addiction. In spite of the
events of the last few years my wife and I are still solidly in Craig's corner.

Thank you for this opportunity to speak on Craig's behalf.

Respectfully yours

Jerry m. Geffen VMD

# Exhibit

# D-2



January 10, 2019

The Honorable Colleen McMahon
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: United States v. Craig Carton

Dear Judge McMahon:

I am writing to you in connection with the sentencing pending before your Honor of Mr. Carton. I respectfully request that you take the entirety of Mr. Carton's life into account when determining a fair and just sentence.

I served as the United States Attorney for the District of New Jersey from January 2002-December 2008. I also served as the 55th Governor of New Jersey from January 2010-January 2018. Prior to that time, I was a practicing attorney admitted before the Supreme Court of New Jersey and the U.S. District Court of New Jersey since 1987. I have known Mr. Carton for fifteen years and consider him a personal friend.

Craig is one of the most dynamic and talented people I have ever met. His accomplishments professionally in the radio business are well known to the Court so I will not repeat them here. It is in that context that I first met Craig, as a guest on his radio show in 2004. Our friendship developed from there.

Craig is one of the most generous friends I have ever met. He has made himself available privately to friends in any kind of trouble or need and also to public, charitable causes of all kinds. I have watched him give of his time and financial resources to causes related to charities which benefited children with various diseases, most particularly to two of note. His former radio partner, Boomer Esiason, has a son who is afflicted with cystic fibrosis. Mr. Esiason has a long-standing charity to help support CF research and families. Craig did numerous events in support of this effort for years. He did so with enthusiasm and with great success. Craig also founded the Tic-Toc Stop Foundation, established to assist in research and treatment of Tourette's Syndrome. Craig himself suffers from Tourette's Syndrome and has children who are also afflicted. Craig raised funds to support research and also to sponsor a summer camp for children with this condition. Craig not only funded this camp (without cost to the families involved) but also attended the camp himself to serve as an example for the children who attended. He showed those children one example of what they could achieve in life and also provide great memories to them from their time at camp. Craig is rightfully proud of the research sponsored by this foundation which has now lead to a published study on a device that helps those afflicted with Tourette's Syndrome. Thousands will benefit in the future from the work Craig championed and funded through this Foundation.

On a personal level, I have spent a great deal of time with Craig over the last number of years, both individually and with our families. He is a good person. He is generous, kind and loving. I have observed him to be a wonderful father who is very involved in every aspect of his children's lives. He is an integral part of his life and they of his. Any significant separation between Craig and his children will be, in my opinion from observing them, detrimental to those children and to Craig as well.

In my dealings with Craig I have always found him to be honest and forthright. I have found him to be compassionate and generous. He is also at times outrageous and funny. He is a good and decent person.

I urge the Court to show compassion to Craig when deciding on sentencing. I do not believe that Craig is a danger to society. I do not believe he is at all likely to be a recidivist. I think Craig found himself in this position because of other challenges in his life with which I am sure the Court is familiar and which I believe Craig is taking steps to deal with personally. I do not believe that any significant period of incarceration in this matter would be in the interests of justice. Craig, by the loss of his career, the destruction of his reputation and the financial devastation that has occurred as a result of this incident, has already been taught a serious life lesson. I am confident that he has learned his lesson and, that if the Court were to give him the opportunity, that he will live his life from here forward in a way that will bring credit to his name and to this Court's demonstration of compassion.

I thank the Court for consideration of my views in this matter.

Respectfully yours,

Christopher J. Christie
55th Governor of New Jersey

# Exhibit

# D-3

Cortney L. Baird


Oak Park, CA

February 1, 2019

The Honorable Colleen McMahon, Chief United States District Judge,
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Courtroom: 24A

Re: Sentencing of Craig Carton

Cortney L. Baird

Dear Judge McMahon,

My name is Cortney L. Baird, I'm currently a resident of Los Angeles County,
California, however I was born, raised and formally educated in Philadelphia,
Pennsylvania. I've been employed as an accountant for the past 23 years.

Craig Carton has been a good friend of mine for almost 25 years. I first met Craig
in 1994. At the time, I was finishing my undergraduate degree in Accounting and
Finance, having funded my own college education and  Graduate Degree, I was in
need of a new job. My first meeting and interaction with Craig was as an employee
of his when he was an owner of a local restaurant in Center City Philadelphia. It
wasn't long before Craig and realized we knew several people in common, which led
to the beginning of a not only a great working relationship with Craig, but
ultimately a 25 year friendship. Craig is and has always been that kind of friend
that everyone wishes and hopes they have in a true friend. Despite the several
geographic locations that Craig's career has taken him, or my relocating to
southern California in late 2007, Craig has always been there for me for every
milestone good or bad in my life since we've been friends. However, sadly in life
you get to learn who you're true friends are when you find yourself at your own
personal bottom, whether it be a physical, spiritual, emotional or a financial
bottom, your true friends show up and stay. That's the kind of friend Craig Carton
is.

Without going into too much detail about my life, I would like to share with you two examples of Craig's unique character and friendship that have gotten me through two of the toughest periods of my life.

I have been a full-time single mother to my now 13 year old daughter since she was just a few weeks old. In March of 2007, when my daughter was 18 months old, she was kidnapped and I suffered life threatening injuries due to a violent assault which resulted in my being hospitalized for several months. Thankfully, my daughter was found unharmed and I've since made a full recovery. Ironically, Craig was on the air in Philadelphia that night, and was the first to announce/issue the Amber Alert for my daughter. Craig was not only a regular visitor at the hospital to visit me, cheer me up, bring me my favorite foods, music and occasional request of mine from home but he also ensured that my daughter was taken care of too. My daughter was staying with an out of town family member while I was hospitalized, however Craig offered to have my daughter be cared for by he and his wife at anytime if need be. He also visited with ███ and was one of the few friends in my life that not only showed up when this event first happened, but was there through my release from the hospital months later. It's difficult to put into words what his friendship, loyalty and support did for me during the lowest, most challenging time of my life.

The second example of a time Craig has been an exemplary friend and human being was shortly after my daughter turned 8 years old and was diagnosed with Tourette's Syndrome. I called Craig. Craig's Tic Toc Stop Foundation was already up and running helping countless children that are affected with this Syndrome and once again, at now my lowest moment as parent, unable to "fix" what was perceived at the time as a crisis, Craig was there for me. He directed me to the best doctors, the best treatment options, of course offered for ███ to be a camper at the next Tic Toc Camp the following summer and went above and beyond to ensure that we had every bit of information possible to ease and educate both my daughter and I.

In addition, I've witnessed Craig come to the aid and to the ease of countless parents and children upon Tourette's becoming a part of those families reality.

Your Honor, this amazing man, father, husband and friend is not perfect. He suffers from a disease, the disease of addiction which Craig's addiction is gambling. It is this addiction to gambling that led Craig to commit the crimes for which he has been found guilty. He's NEVER has been a dishonest, secretive or reclusive person, but his addiction led him to be all of these. This is what any addiction will do. However, addicts can and DO recover.

Craig is now a gambling addict IN recovery. He takes cares of his addiction on a daily basis as would anyone with any other disease. He attends GA Meetings, he has a sponsor, he works with others, he is in service. He can and will continue to help countless addicts of all kinds as he continues to take care of and stay in recovery from his addiction to gambling.

Prison is not where Craig belongs. This was not typical behavior of a man that has spent the majority of his life as a great student, athlete, friend, father, husband,

brother and son. He is of more value to the community and society in a position to help others, be a voice and face to help others who suffer from the disease of addiction.

Craig has four beautiful, loving children, that need their father at home with them. For the benefit of not only his children, his wife but also the benefit of all the people that he has the ability to help, just like he's always done, I respectfully and kindly ask you to please allow dear friend to remain free and not be sentenced to prison.


Thank you.


Kind Regards,


Cortney L. Baird

Exhibit

D-4



November 15, 2018

Dear Judge McMahon:

I am writing in my capacity as the former on-air radio partner of Craig Carton for 10 years.

As you might imagine, my feelings about Craig's situation began with a mixture of confusion and anger and have devolved into utter sadness. The Craig Carton I know was more than a dedicated broadcasting professional; he was a genuinely compassionate human being.

On many different occasions, I have referred to him on the air as "Captain Chaos" due to his unpredictability, his remarkable sense of humor, and his off-the-wall opinions that served to "make good radio" and help improve "the show." In our business, you either "bring it everyday" or you lose your job. And, day in and day out, he brought his "A-Game" every morning.

In retrospect, Craig's natural talent and steadfast consistency were all the more remarkable in light of the numerous debilitating mental health conditions from which he suffers, including Tourette's Syndrome, ADD, OCD, and Restless Leg Syndrome (among those of which I am aware).

Sitting next to him in the studio for hours on end, it often felt as if he were fighting himself in so many ways. In fact, I now look back on some of my public comments with a sense of guilt, realizing the impact they may have had on him. Nevertheless, he always took everything in stride and

1

sometimes, I'd swear he would wear all of these slings and arrows as a badge of courage.

Even as I watched Craig battle his Tourette's every day (fighting the disorder without any medication), I was impressed by how determined he was to do more than passively suffer the consequences. He wanted to put a face on Tourette's – and boy, did he ever! He started his own TicTocStop Foundation to create a camp for kids with Tourette's (Camp Carton), which was a huge success. (Two of Craig's children also suffer from this neurological condition.)

Craig also used the influence of our radio program to offer assistance to many in need. Case in point: When Craig met Mikey Nichols, a New Jersey high school hockey player who was paralyzed in a game, he was so inspired by this remarkable young man's story that he decided to help raise funds for Mikey and his family (as well as for the Christopher & Dana Reeve Foundation). [Mind you, this came after he had already met Rutgers football player Eric LaGrand (who was paralyzed in a football game) and helped get *his* story out.]

Craig had the creative vision to produce a major regional charity fund-raising event. And although he himself had never played hockey in his life, he willingly volunteered to don the goaltender's protective equipment and stand in front of the net while real NHL players (albeit retired) fired shots at him. Craig knew he would be ridiculed and mocked, but he didn't care as long as we raised money to help the Nichols family.

Now, five years later, the event Craig helped create has become an annual staple hosted by the NHL New Jersey Devils at the Prudential Center in Newark. This charity function, and all of the goodness associated with it, stem from the wonderful heart of the Craig Carton I know.

I could go on and on about how much good Craig created for so many individuals and so many worthy causes, including my own foundation for the fight against cystic fibrosis. In the decade that we worked together professionally, Craig never once said no to any philanthropic request. He willingly put his heart into all of it. And this will always be a major part of his legacy on the positive side of the ledger.

Honestly, I remain at a loss trying to figure out when and where it all went wrong.

As I read the accounts of the trial, I was saddened to hear of the gambling debt he accrued and the pressure that he was under. Knowing Craig as well as I did, it doesn't shock me that he never asked for help. He's too proud for that.

Not once did he ever ask me for anything or put me in harm's way. And for that, I'm grateful. While the morning show at WFAN has succeeded in putting this behind us, it will take me some time to truly forgive Craig for

putting his family in such peril. I especially feel for his four beautiful children, who've had their world rocked. In their eyes, Craig was larger-than-life!

Through watching this painful ordeal unfold, I personally have come to appreciate just how destructive gambling addiction can be (and all the more so to someone already struggling with the aforementioned mental-health hurdles that afflict Craig).

In closing, while there is no way to minimize the incredibly sad situation that my friend and former partner got himself into over the past two years, I truly hope that the Court can see that there really was so much more to Craig Carton.

Sincerely,

Boomer Esiason

# Exhibit

# D-5



Craig Carton Letter

I went to Camp Carton this summer and I enjoyed it so much. It was one week that was the best week of my life. Ever since I got diagnosed with Tourette Syndrome I don't often feel truly happy, but every day there, I was. Craig Carton told us when we first got there, that it's a camp for Tourette Syndrome, but we don't have to do anything about it there. Everybody is the same. He wanted us to have the one chance to be ourselves and everybody else is just like that and okay with it. He could not have been more right about that. It was the best things I have ever experienced. The second I got home all I could do was wait until the next summer, when I could go back and have another great week. But now, I guess I can't. Taking away Craig Carton is the biggest mistake. He isn't a bad person. He made a camp for kids who have disorders and problems to be with other kids and make bonds. I know for me, I made some of the best relationships

1

I've ever made. Everyone there understood me, and it was something I'd never experienced, but only wanted my life to be exactly like that. Taking him away means destroying the one thing that kids with a disorder enjoy. All I can really say is, that while you're there, it's like the best dream ever. And the second you leave and go back to your regular life where nobody understands you, is like going back to reality, and knowing that the perfectness isn't there anymore. All I want to do is go back to Camp Carton every year, with Craig in charge. I want that to be a reacurring dream, not a one time fantasy. Just like all the kids I went to camp with. Lately I've hated it at home, and it hasn't been easy for me to like living here. Nobody understands me, still. No matter how hard people try, they never will. And the only thought that cheers me up is the thought of Camp Carton waiting for me next summer, ready to turn my life around again and give me another great week. As you can tell I feel very passionate about camp and I can assure you that every kid who goes there feels the exact same way as me. And we all love Craig Carton. He is the one who provided us with this happy place, and even though I barely knew him, I know that you can't put him in jail. He's such a great man and has done wonderful deeds and even after all of this, he is still my biggest role model. By taking him away, you are affecting all of us kids who love him and his camp. After all, we are kids handling Tourette's Syndrome. We've already put through hell. Don't put us there again.



(Camper)

Sent from my iPhone

Exhibit

D-6





Gary DiBartolomeo

Margate, NJ
Date: 1/30/2019

To  the Honorable Judge Colleen McMahon

My name is Gary DiBartolomeo. I am a Vice President of Operations at Golden Nugget
Atlantic City.
I am writing today to ask for an open Mind in the sentencing of my friend Craig Carton,  I
have known
Craig for the past ten years, In this time, He has proven to be of fine and responsible
character;
always true to his family.

Craig has confessed to a serious lack of judgement.  He has expressed remorse and a
strong desire to
address the personal issues at the heart of this matter.  Craig has a strong personality. He
is a very
 kind person. He is always looking to help anyone in need!

I believe Craig is a compulsive gambler, and he needs to deal with his disease because
when you do not;
you see the wreckage that happens!  It makes good people do things out of character. I
know this is true
because I have been in recovery for 19 years. The Diagnostical Statistical Manual-5
classifies compulsive
gambling as a disease.  With that said, Craig must be held accountable for his actions.

I only hope that you show mercy in his sentencing. Craig and his family had already paid a
dear price.
Going forward, I believe it is about his rehabilitation.  There is hope!

It is my sincere hope that you keep this letter in consideration at the time of sentencing and
consider

it to the minimum and that you make Gambles Anonymous and therapy a part of all this.  I believe in
Craig and I believe in Gamblers Anonymous!

I know that he is a good man! He can be a strong voice for all those that are affected by this insidious
disease! This can turn out to be a very successful story if Craig gets into recovery.

God works in mysterious ways!!

Sincerely, Gary DiBartolomeo

# Exhibit

# D-7





Succasunna, New Jersey

February 15, 2019

Honorable Judge McMahon

RE:  Sentencing of Craig Carton


Dear Judge McMahon:

I am writing to urge leniency in the sentencing of Craig Carton (my GA brother Craig C).  I have known Craig C since he walked into our Gambler's Anonymous Meeting room last year.  My name is Mary H and I am a compulsive gambler.  I have been coming to our Gamblers Anonymous meeting room since March 12, 2016.  Craig C will be the first to admit today that he is a compulsive gambler.  I know from my personal experience making that admission is the most self-reflective statement that one can make.  We are told in our Unity Program that "Anonymity is the spiritual foundation of the Gamblers Anonymous program".  Being a person in the public view Craig C is not afforded anonymity that the rest of us experience in the Gamblers Anonymous program.  I truly believe that Craig C has so much to offer the program with his outstanding communications skills. Craig C can begin to put a face on the downside of gambling, a voice where there isn't one today.

Since joining our Gamblers Anonymous group Craig C has offered insight, help, support and a listening ear to the newer GA brothers and sisters in our group.  If anyone listened at our meetings they will noticed a common character thread between us all no matter what type of gambling we did horse racing, casinos, lottery, sports betting, bingo, day trading, Internet gambling, home poker games or illegal gambling.  Compulsive gamblers have been used and abused by the payday loan companies, friends have abandoned them and relatives have rejected them.  Only when the compulsive gambler stops gambling then we realize the damage we caused.  This is the same situation with most compulsive gamblers including Craig C.

Most other addictions the addict is stopped by their addiction – an alcoholic or a drug addict usually will pass out from their drug of choice so they naturally are forced to stop for a while.  A compulsive gambler only stops when we run out of money and this is why most gambling addicts turn to lying, borrowing,

1

stealing, selling, embezzling, anything to get the money to continue gambling.   When in action most people do not believe they had a gambling problem like Craig C until they hit bottom, looked for and find help.

I believe Craig C is in the unique position if allowed to create considerable inspiration by bringing the stories of hope, recovery and understanding of the gambling addiction.  I feel Craig C can help real people find solid recovery from gambling before their lives and their families' lives end in tragedy.  I think he can share hope to someone facing a gambling addiction.  He and I are both aware of the gravity of the crimes he has been convicted of.  However I have seen him be there for others in our GA group struggling with their gambling addiction.  I would like to give you a perspective that he is more than the sum of his actions before he entered recovery in the Gamblers Anonymous program.  Given the potential of Craig C persona and his close ties to the Gamblers Anonymous program I am strongly asking for mercy in his sentencing.  I honestly feel society would be better served if Craig C was dedicated to reaching out to the gambling addict still suffering.  The man standing before you for sentencing is not the same person who was arrested for his crimes.  Craig C is someone who is committed to his Gamblers Anonymous recovery and the character defects that lead him down that path.

At least 49% of people struggling with gambling have considered suicide. It is estimated one in five gambling addicts will attempt to kill themselves, which is twice the rate of other addictions.  Also there is the concern that a gambling addict could also commit murder-suicide. We have had people in our GA group who have attempted suicide and since our program is one of anonymity we have no way to know if the reason why an addict didn't come back to our room is because they did commit suicide. If gambling recovery help was openly communicated and easily available like the programs I think Craig C could share maybe, just maybe some of these addicts would turn to recovery rather than taking their own life or the lives of others.  I see Craig C being able to make a difference with his understanding of how desperate a compulsive gambler can become.

 In the Gamblers Anonymous program we have met people from all walks of life with one thing is common they all are compulsive gamblers.  Who tells their stories so other people not in the recovery know there is help and they are not alone?  There is a need here that I believe Craig C could help shed light on the dark side of gambling.  Craig C understands the destruction of compulsive gambling and could offer help to the person who finds they can not control their gambling?  Today there is a need for this type of gambling education and I firmly feel that Craig C is in the position to initiate such a program.  It is hard to look for help when online gambling is as easy as ordering a pizza.

There is no DARE-like school program on the vices of gambling.  In legal gambling all that is seen is the glory of Las Vegas, Atlantic City, Empire City, Foxwoods, Mohegan Sun, cruise ships casinos and the Kentucky Derby but never the downside of gambling.  I honestly believe given an opportunity that Craig C can make a difference.  It appears legalize gambling is only increasing in scope, accessibility and opportunity.  As long as state governments are open to receiving the income of legal gambling the problem of out of control compulsive gambler in society will only increase the scope of abuse.  I would like to see Craig C be able to open the doors of recovery for the compulsive gambler who is still action and they don't know what to do next.  I believe Craig C could begin sharing the path of recovery for the gambling addict and their families.  No gambling addict's addiction only hurts the addict in action.  The entire family is hurt, possibly destroyed by the betrayal, the lying, legal issues, financial problems, the trust lost, stealing done for gambling.

Legal gambling is all around us in society today.  The State governments not only allow gambling they are also benefiting from legalized gambling. State governments are taking the income and turning a blind eye to problems gambling can be for some people.  The State governments believe since they have communicated "play responsibly" and "if you have a gambling problem call 1-800-GAMBLER" they are off the hook.  Most gambling addicts do not believe they are truly addicted to gambling until it's too late.  Most people have heard for gambling problem call 1800-Gambler but ask the majority of people if they know who is behind that telephone number for help and they usually have no idea.   In this area that Craig C can bring the most awareness to the destructive side of compulsive gambling.  Everyone knows about the Alcoholics Anonymous programs, drug addiction programs and even rehabs for alcoholics and drug addicts but very little about the compulsive gambler and their addiction.

I am not minimizing the crimes Craig Carton has been convicted of but his story of recovery with others gambling recovery stories shared by Craig C in any format will help the compulsive gambler still suffering.  We never graduate from the Gamblers Anonymous program.  We learn to live one day at time

with the help, love and support of our GA brothers and sisters.  We are a fellowship of men and women who share our experience, strength and hope with each other as the main reason we are able to continue in recovery.  It is not a question of willpower.  The only person who understands the actions of a compulsive gambler is one in recovery.

I would like to thank you Judge McMahon for taking the time to read my letter.  I hope it has provided helpful context for understanding how Craig C life and actions were impacted by his gambling addiction.  Also how Craig C has embraced his Gamblers Anonymous program and recovery.    I believe as long as state governments are receiving income for gambling the problems and numbers of compulsive gamblers will increase.  I believe my GA brother Craig C can offer help to a gambling problem that will only continue to grow..  Thank you.


Sincerely,
*Mary Hawley*

Exhibit

D-8

12/11/2018

Dear Judge McMahon,

I first met Craig Carton during a parent/faculty meeting at my school in the late summer of 2012. I was aware of his celebrity status in the media although I was not a frequent listener to his radio show. We began a conversation about school safety and was very impressed with both his questions and his listening ability. He was very down to earth and seemed very different and more serious than his radio personality.

Each afternoon, for the last 6 ½ years with rare exception, Craig comes to the school to pick up his 4 children. That is a complicated task since each child has different dismissal times and different after-school activities. He is as devoted and loving a father as any child can ask for. His children are filled with love and adoration for him as well. He is also very well-grounded in his approach to their upbringing and refuses to spoil them with material goods unlike the majority of our wealthy parents. His children (my heart aches for them) are amongst the best-behaved, well-grounded, polite and happy children you can ever meet. That is not an accident. That is a direct result of Craig and Kim's parenting.

I am still personally involved in a number of police organizations which raise money for different causes. Over the past several years, we have seen an unfortunate increase on targeted attacks on the NYPD and law enforcement officers all over the country. Those attacks have resulted in the deaths and serious injuries of numerous members of the our Finest. While it has become fashionable in many circles to publicly attack the police, Craig and his former radio partner Boomer Esiason have both publically and privately supported the NYPD. Whenever I would ask him to help with fundraising, his answer without hesitation would be yes. Craig was instrumental in organizing several charitable events which went on to raise over $100,000 to assist the families of those slain and injured officers. As a member of the NYPD Holy Name Society, I nominated both him and Boomer for "Man of the Year" awards at our annual breakfast in 2017. They were both the first "non-Catholics" to receive this award in the all the years of this event.

This leads me to my final statement about Craig Carton of whom I count as a dear friend. I spent 20 years in the NYPD (1984-2004, 6 of those years in Narcotics), working in the highest crime neighborhoods, involved in thousands of arrests. This may sound counterintuitive but I believe I was blessed to be exposed to worst of humanity because it also exposed me to the best of humanity. Addiction, in any form is a terrible thing where the addict feels he/she

has everything under control until it isn't. They lose control incrementally without seeing the potential harm it can do to their loved ones. Once the steep slide begins, all efforts at trying to stop it are futile. So many families are victims of this terrible behavior. Exposed to the right treatment with incredible, selfless counselors and under the right circumstances these addictions can be overcome. I know Craig well enough to know how contrite he is, how aware of what a terribly, deep, dark hole he has dug himself into and the pain and suffering he has caused to his loved ones. He is a good man with a very big heart who has done a bad thing. He has every motivation to turn his life around. I am praying that you can temper justice with mercy. Craig has already taken many steps in his path towards redemption for his family, his friends, his victims and most importantly himself. Two things that I am sure of is that there is far more good in Craig then these bad acts demonstrate and that he will redeem himself when all the dust settles.

Thank you for your time.

Sincerely,

**Joseph Millan (Retired NYPD Lieutenant)**
**Director of Security, New York Campus**
**Avenues: The World School | 259 10th Avenue,| New York, NY 10010**
**V: 646.664.0891**  ▮▮▮▮▮▮▮
jmillan@avenues.org  | www.avenuesnyc.org  | blog: open.avenues.org
**Avenues World Holdings LLC**

# Exhibit

# D-9



Dear Judge Mc Mahon,

My name is Judith Chalmé and I have been fortunate enough to have had a relationship with Craig Carton for almost 20 years as a co-worker and friend. I would like to take this opportunity to give testimony to the type of person he is.

Having worked in the radio industry for the last 30 years, I can tell you that in our business, Craig is anomaly. Throughout the years we worked together, when others were looking forward to their next personal appearance, Craig was rushing home to his family. When others in our industry were getting caught up in the fame, Craig was trying to make his wife and kids proud. When others were fighting for more money to buy fancy cars, Craig was planning out another charity event.
As any friend or associate of Craig's knows, he is a loyal friend, a devoted father and husband, and a hardworking and generous co-worker. In light of this, our families became fast friends.

In 2007, when my husband was diagnosed with lung cancer, his friend Craig Carton was one of the first people to rush to his side to visit, because that's the kind of friend Craig is. When you're in trouble, he is the first one there. When one of my children was despondent over his dad's illness, Craig was there to bring him an autographed basketball and try to teach him to shoot hoops. It's possible Craig wouldn't even remember this particular act of kindness, as he devotes so much of his life to helping children that it may have gotten lost in his memory—But not in ours. The list goes on.

When Craig became financially successful, his first thoughts were of what positive change he could affect with that success. To that end, he established Tic Toc Stop, a charity we gave generously to and felt good about doing so. I'm thrilled that we were able to help him help so many children who suffer from Tourette's Syndrome.
During family get-togethers and vacations, we adults would often find Craig off with the children, as he was as excited about being with kids-all kids-as they were about being with him.

1

As one might imagine, the real Craig is vastly different from the radio-host. Though he's extremely charismatic, those who know Craig Carton well also know his humility. As you know, this is an unusual combination of character traits and not easy to maintain, especially given his celebrity, but Craig is soft-spoken and humble despite his fame.

Aside from our friendship, I have had several business dealings with Craig over the years. In each of these situations Craig was honest, proper, respectful, and perfectly professional.

If you receive other letters attesting to Craig's fine character, you are likely to read variations of the following over and over, because it is what stands out most about him-and it is this:
As a mother of 4 and grandmother of 5, I have NEVER seen the level of devotion to one's children that Craig has. Period.
Inasmuch as children are a reflection of their parents, His 4 children tell the whole story of Craig Carton. He has been blessed with Mickey, Sonny, Lucky and Anthony, 4 of the most remarkable, respectful, bright, giving and secure children you could meet. I believe that this is because of the kind of man he is, the lessons he teaches, the standards he upholds and the example he sets. To me, that says it all. And for the sake of them, I would implore His Honor to take all of the aforementioned into account when considering his case.
Thank you for your attention

Respectfully,
Judith Chalme


Sent from my iPhone

# Exhibit

# D-10

Dear Judge McMahon,

I have had the pleasure of knowing Craig Carton through the amazing connection I was able to establish with him while my son ▮▮▮▮ was attending Camp Carton during its inaugural year in the summer of 2015. During that week of camp, my son who was 11 at the time and who suffers from Tourette Syndrome, OCD and Aspergers, was really struggling with being away from home for the first time. He called me several times that first night extremely homesick, pleading with me to bring him home. But all his fears and apprehension about sticking it out for the remainder of the week were alleviated the next day when Craig personally sought ▮▮▮ out to have a heart to heart talk with him and reassured him that he was strong enough to stay. Because of that intervention, ▮▮▮ was able to finish out the week and he has gone back to camp every summer since. That was the beginning of their very special friendship, and the effect it has had on my son and our family has been life-changing.

Craig, Camp Carton and the Tic Toc Stop Foundation became our guiding light leading the way in our fight for Tourette Syndrome awareness and acceptance. Our association with Craig gave Ethan a platform to raise awareness in our community and at public speaking engagements, and gave ▮▮▮ the courage and self-esteem needed for him to start educating his peers and advocating for himself in his struggles with bullying at school which is far too common in people who suffer from this very stigmatizing disorder. Seeing Craig successfully living with Tourette's, hearing his inspiring words of encouragement at each encounter, and the personal connection Craig established with him and maintains still to this day, has made ▮▮▮ feel more confident in dealing with his daily struggles.

The opportunities Craig provided introduced us to a network of other kids and families making us feel less alone and supported. Prior to this, we didn't know any other people who were living with Tourette Syndrome.

Thanks to Craig, ▮▮▮ found his voice and he has hope for a brighter future that he didn't have before. It really is incredible that Craig has taken the time to call, text and check up on ▮▮▮ between summer camp sessions just to make sure he is doing well, to offer him words of wisdom

1

and encouragement in order to keep him going on the right track and to reinforce all the wonderful feelings he comes away from camp with every year. Craig has truly been a blessing to ▮ and our family. I honestly can't imagine where we would be right now without him.

Your Honor, I respectfully implore you to take all of Craig's charity work and everything he has personally done for my son, the other kids who attend and count on Camp Carton, and the Tourette's community as a whole into consideration during your deliberations. And I thank you for taking the time to hear our story.

All my best,

Connie L. Smith



Exhibit

D-11

February 15, 2018

Honorable Judge McMahon

Dear Judge McMahon,

I initially knew of Craig Carton like most New Yorkers do, by his famous and larger-than-life persona on his sports talk radio show "Boomer and Carton" but little did I know that within a year's time I would be lucky enough to call him a personal friend. Craig is the truest definition of a friend: "a person whom one knows, likes, and trusts; a person with whom one is allied in a struggle or cause, a comrade; one who supports, sympathizes with, or patronizes a group, cause or movement..." and all of this to a complete stranger like myself grieving the unexpected loss of another friend Joseph Lemm.

In January of 2016, I contacted Craig Carton's office and left a message about participating in a charity and memorial basketball game for fallen fellow NYPD Det. Joe Lemm killed in action on December 21, 2015 in Afghanistan. Craig could have easily never replied back or sent word that his scheduling was limited and I'd be none the wiser, but he did the exact opposite. My expectation of having him be a celebrity participant was blown out of the water by Craig's enthusiasm to make this more than a high school gym fundraiser. His ideas and heart were so genuine during our first meeting that he made me believe that we could do right and truly honor Joe Lemm's favorite passion basketball while raising funds for his family facing the unbelievable future without Joe. However what I had pictured and what Craig realized was simply apples to oranges. He was instrumental in securing NBA Basketball Hall of Fame player & the Head Coach Chris Mullin of St. John's University and the game being played on their home court as a nationally televised charity game.

With Craig's profession it's easy to mistaken him as just a "talker" and show-man but this couldn't be further from his true character. He is a doer and someone who acts than rather merely talking or thinking about getting it done. This was most evident when Craig gave of all of himself to ensure the financial and legal responsibilities so participants had uniforms, sponsors to televise event with announcers and reporters, renown New York sports athletes eager to help. Craig was our "captain, point guard and leader" from start to finish. Although what I remember most was how he never once asked for credit or took the spotlight; Craig did everything behind the scenes never once asking for any accolades.

There is also Craig's genuine appreciation and the love of our military and the NYPD officers. He is in a great position to give back and did just that when he helped raise a significant of money for the Lemm family. Craig brought honor to the heroism Joe Lemm lived by day to day in both the military and NYPD. He orchestrated a grand stage where Joe's stepdaughter ██ sang the National Anthem and his son ██ tipped off the game with a slam-dunk assisted by Herb Williams. These were some of the very first happy memories for them and all of us following five months of grieving our beloved friend. While this wasn't his first or last charity event, it was

by far, for us all, an amazing first step to celebrating a remarkable individual. Craig knows the true meaning of "it's not what we have in life but who we have in life that matters;" how else could he be so selfless?

I've learned a lot this year from knowing Craig and what I can say is that a friendship isn't about who you've known the longest, it's about who walked into your life and said "I'm here for you" and proved it. He is a good man, someone who was always looking to do the right thing for people and understands that he can make a big difference in people's lives especially those affected by tragic events. I'll say this one more time, Craig does this out of the kindness of his heart and for all the right reasons.

I've shared all of this with you, Judge McMahon, so you can know my friend Craig Carton. I would like you to remember all this about my friend because he's not perfect may have made mistakes but please don't forget ALL the things he did right!


Sincerely yours,

Reginald Henry

Exhibit

D-12



To whom it may concern,

My name is Dana Wachter. I am a registered nurse, a mother, a former board member of Tic Toc Stop and an advocate for children with Tourettes. That is where I met Craig Carton. At the time, in March of 2013, I was looking for someone to help me bring awareness to a new holistic treatment that dramatically helps children with Tourette's. I decided to reach out to Craig as I had met with many doctors for over a year and quickly realized that I wasn't getting anywhere with them...essentially, as doctors although they believed in the possible treatment, they weren't interested in the time and effort necessary for the research, which would have required fund raising, and significant time to clinically research the possible Tourettes treatment with children. So, at a time of desperation to bring this to market, I reached out to Craig, as I knew that he had Tourette's, and that his children also suffered from tics. Being a radio personality, I thought that he could help bring awareness and help with treatment, as well as the research and fund raising efforts. Up to that point, I did not know Craig.

It wasn't easy getting in touch with Craig, but once we did speak I was very impressed by his receptivity. In fact, Craig spent an ample amount of time from his busy schedule to meet with me, speak to the doctors involved at the time, and understand the treatment presented to him. He also spent the time to watch several "before and after" videos of children who suffered from tics, who demonstrated signs of significant improvement with the treatment. It was then that Craig called me and said "those kids in the video aren't lying, what can I do to help". From that moment, Craig was "all in". He had one goal - to help the kids, and his actions over the next several years demonstrated his passion for the research, and the kids.

Craig used this as an opportunity to start a non for profit foundation, Tic Toc Stop. Through the Foundation, Craig was directly responsible for raising over a half million dollars, which was used to conduct research for the treatment that I originally introduced to him. We worked well together....I was the medical liasion, whereas Craig drove all aspects of the research efforts from fundraising to driving the overall Tic Toc Stop efforts. This also included a week long fully funded sleep away camp started where up to 60 children with tics attended, at no charge to the family. This camp was hosted first in Ramapo NY, then later in Hopewell Junction, and ran from

1

2014 through 2017. In running the camp, Craig was adamant that the Foundation would never charge the families, and that it would be sponsored by The Foundation. His fundraising efforts saw to that. He also actively particpated in the camp, interacting with the kids and families.

I was very fortunate to have the pro bono role as the Director of Patient Relations for TTS. In addition to the liaison with the researchers, I was also the liaison with parents who would contact me about their child suffering. In each case, I would notify Craig who would almost immediately reach out to the parent and child personally and offer his support.

Many "know" Craig as a radio personality, one who causes much controversy by taking controversial stands on his show as it relates to sports teams and figures. To me, that is just his "radio personality". It is when Craig is off the radio that I feel the real Craig comes out...when he shares stories about his experience with the children of the Foundation, stories where a child is being bullied at school and Craig goes to speak to the school to educate these children, ending with these children raising their hands to share stories of their imperfections and medical challenges. It is with these stories that Craig lights up saying how "awesome" the experience was. He loved going to schools and being with the kids. He wanted to make a difference in their lives, and did. The Craig I know is someone who dedicated his time to helping others, to making a difference in the community, to protecting kids and working with the Foundation to find a possible cure. Through his efforts, he personally helped numerous kids and the research that he supported will, hopefully, help change the world and lives of every kid suffering with Tourettes. Craig is passionate, caring and gave his time and made significant efforts, the results of which are outstanding. He truly made a tremendous difference in the lives of so many who suffer from Tourettes. Nothing can change or take away from that, and it is something that he, and the Foundation is (rightfully) very proud of. And, it is something that never would have happened, had Craig not taken my phone call, not watched the videos and jumped in - - totally - - in the fight against Tourette's and the Formation of Tic Toc Stop Foundation which was the vehicle to make it all happen.

If you have any questions please feel free to contact me.

Dana Wachter
████████████

Sent from my iPhone

# Exhibit

# D-13

**Honorable Judge Colleen McMahon:**

**Your Honor...**
**You may soon be receiving correspondences on behalf of Craig Carton from many of his friends, family and co-workers.**

**This will be the only one you'll receive from all three at once.**

**I apologize for the pomposity of that statement.**
**But I believe myself to be the only one capable of making it.**
**Thus I feel uniquely qualified to speak to his character.**

**I met Craig in 2003 when we became colleagues at a local New Jersey radio station. We quickly became friends.**

**Within a year Craig and his wife had made myself and my wife part of their extended family. A bond that remains intact to this day.**

**My wife and I had never known such generous people. They paid for dinners, vacations, flights and hosted numerous parties each year.**

**We had also never known such committed and dedicated parents,**
**as we had both come from broken homes.**

**Up to that point, I had never had a positive male role model.**
**Craig became that man.**

**In Craig I realized it was possible to be hard-working**
**AND a dedicated parent. I had never known or believed that a man had the capacity to be both.**

**And so today, through that chance meeting with Craig over 15 years ago, I find myself more hard-working and more dedicated to my own children then I ever thought possible. That's the truth.**
**And that can't be a coincidence.**

**All these years later, as I've watched his children grow, it doesn't surprise - or anyone who knows them - that they are all brilliant, athletic and content.**
**Again…not a coincidence.**

**Those kids hit the "parent lottery" when they were born. And the impact his incarceration would have on them will be tenfold any actual sentence to Craig.**

**That's the sentiment I hear most often from the Carton family and friends.**
**There are many, and I see or speak to them quite often**

I have spent the past two weekends with Craig's brother in law discussing that very thought. We all want to help, but know that Craig's presence in their lives is ultimately irreplaceable.

And frankly, so is his earning potential.

Never have myself, or ANYof Craig's colleagues worked with a more talented individual. His rare ability to earn represents, to me, a chance for restitution.

Restitution not only to those who may have been wronged, but to his family who has now gone more than a year without a steady paycheck. Are talent and a stack of bills a defense? Certainly not.

But if you're asking me Craig's biggest fault it's simple.
Generosity.

Generous to a fault is what the old-timers would always say.
Always picking up the check. Always providing an even larger home.
Always delivering equipment to the kids at Camp Carton.

None of us question his intentions, because they've always been to take care of everyone else for life.

John Lennon is a personal hero of mine.

Craig reminds me of him in many ways - except that Lennon made the one smart move that Craig didn't.

John gave Yoko the checkbook.

I've watched four amazing kids suffer through over a year of pain that feels to them more like 10.

It's Craig that may be sentenced but they who will feel it.

Craig has a rare gift for reaching millions of people.
People who might be saved from making the same mistakes by hearing his story.

I would ask that you sentence him to years of public service in front of a microphone.

He is also the best public speaker any of us have ever known.
Please take that into account .

And take his checkbook.

**Thank you for your time.**

**Sincerely,**
**Chris Cannon**

# Exhibit

# D-14

February 12, 2018

Honorable Judge McMahon

Dear Honorable Judge McMahon,

I met Craig Carton for the first time in the winter of 2016. Craig reached out to me to extend his condolences on the loss of my late partner, KIA 12-21-15, Joseph G. Lemm who served our Country as a Tech Sergeant and also a Detective for the NYPD. Joe lost his life fighting overseas in Afghanistan on deployment with the Air National Guard in a suicide bomber explosion. As you could imagine I was at the worst point in life anyone could ever imagine. Faced with losing my partner, having to raise our son and stepdaughter alone was not something I thought I was strong enough to handle.

Craig Carton was instrumental in helping my children and I get through our worst nightmare. He brought such awareness to honoring and remembering Joe. Additionally, he raised enough funds so that I wouldn't have to worry about how to handle raising my then four year old and sixteen year old. Craig utilized his contacts, his celebrity and most importantly, his kind heart to spearhead a Charity Memorial Basketball game in Joe's Honor. Joe's favorite sport was basketball, he played right up until he could no longer. The Memorial game was an event that my children, family and friends will never forget. I didn't know that a total stranger could be so amazing, compassionate and patriotic an individual. The best way I would characterize Mr. Craig Carton is selfless, caring and a true patriot. I will be forever grateful to Mr. Carton.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Christine DeGuisto-Lemm

Exhibit

D-15



Susan Korenberg

New York, New York

December 30, 2017

Dear Judge McMahon:

I am writing this letter on behalf of Craig Carton who, as you know, is currently facing some rather serious criminal charges.

I was fortunate to meet Craig (as he asked us to call him) when my daughter was afforded the opportunity to attend his wonderful camp, Camp Carton. My daughter, just like Craig, suffers from neurological and psychiatric conditions, namely obsessive compulsive disorder, Tourette syndrome, generalized anxiety and attention deficit disorder. Last summer, however, we were fortunate to find Mr Carton and his camp, and my daughter "finally found people who really get" her. (That is her direct quote. Apparently, she has never felt accepted or "normal" until she was allowed to attend Mr. Carton's amazingly inclusive camp). Notably, Craig offered his camp to everyone free of charge so that no child would be denied for an inability to pay. And he wanted to expand his camp to children from other states so that every child could have a "normal" camp experience, an experience that many of these kids cannot have because they simply cannot survive in a traditional sleepaway camp due to their tics and co-morbid conditions.

Craig interacted with the kids in a loving and totally natural way. He instilled in the kids the belief that, while they have Tourette syndrome, the disorder does not —and should not—define or limit what they are or who they can become. Indeed, he reminded the children that he was on tv and radio despite his Tourette and tics. A career choice that one would normally never associate with a Tourette sufferer.

Please remember that these are children who are accustomed to being bullied and mocked, so Craig's words and strength, and his belief in their abilities, were very inspiring. Camp Carton was a wonderful experience for my daughter and she is truly devastated that she may not be able to return. Her ONLY friends have been from this loving camp.

As a parent, I was similarly devastated to learn that Craig's other endeavor, Tic Toc Stop ("TTS"), may cease to exist. TTS was extremely close to obtaining FDA approval for a dental device which would potentially obviate the need for my daughter to be on so many (unproven) psychiatric medications to try and control her tics. Currently, there is no medication that has been proven effective for Tourette. Indeed, all of the medications for Tourette were created for other conditions and are used off-label for Tourette— mostly unsuccessfully and with very serious and harmful side effects. Craig's dental device—which he was going to be offering AT COST, unlike other people who are offering the device for THOUSANDS of dollars— would

have had zero side effects and could be used on an as needed basis. Craig spent years researching and studying the dental device for the benefit of children (his own included) who suffer with Tourette.

I understand the serious nature of the charges pending against Craig. I also understand the incredible kindnesses and support that he offered many children and adults with his camp and TTS. Kindnesses and support that these children rarely ever encounter. I hope that when you consider an appropriate sentence for Craig that you consider the selfless and loving acts that he performed for all of these children— and the many more acts of kindness and "paying it forward" that i know he will happily continue to perform if he is allowed to do so.

Susan Korenberg
Mother of camper ███████████

# Exhibit

# D-16



To the Honorable Judge McMahon,

I am writing this letter in support of Craig Carton. My name is Mike Barbieri and I am the Executive Director of Downtown Giants Youth Sports. We are non profit youth sports program located in lower Manhattan that runs sports programs for boys and girls from first grade to eighth grade. We also help kids in eighth grade get into high schools that have sports programs if they wish to play in high school. We are entering our 13th year of helping young people of all religions, races, creeds and economic stature. Over 35% of our children are on scholarships. Craig Carton has been a great friend to our program for the last 4 years. As you can imagine, a non profit youth sports program in lower Manhattan faces many challenges; none bigger than finances and field space. When our program needed helmets and shoulder pads for our youth tackle program, Craig made sure we received a donation of helmets and shoulder pads. When we needed jerseys and flags for our Flag Football program, it was Craig who connected us and vouched for us with NFL Play 60, the youth flag program administered by the NFL. When we started a donation drive to cover expenses, it was Craig Carton who went to the New York Giants of the NFL and got us a grant. All of this without anyone asking him. That is a man who cares for others, a selfless man with a heart of gold who worries about others. Craig has given our program the opportunity to play in venues like MetLife Stadium and Columbia University's football field, with no cost to the program. These events provided memories to children that will last a lifetime. This never happens without Craig's determination to give all children in our program opportunities that they would never have otherwise. He does this and asks for nothing in return. I have also in the last 4 years formed a relationship with Craig whereby I am proud to call him a friend. I have come to know the Craig Carton that others do not see; the loving and devoted dad who never misses his children's practices or games. He is totally involved in the lives of his children, he is a good and decent man and a devoted husband to his wife, Kim. In closing I'd like to give you one more example of the kind of man Craig Carton is. Craig has always had an enormous amount of respect for the NYPD and the FDNY; they both hold a special place in Craig's heart. This is well documented and Craig always had high praise for both while he was on the air and held many events to support both organizations. Two years ago, the President of FDNY Football reached out to me to ask if I could get Craig to give the annual FDNY-NYPD football game a little plug on the air as they were struggling with ticket sales that

year. I called Craig and the next day he had the President and coach along with a player from FDNY on the air with him on his radio show, to talk about the upcoming game. He didn't have to do this but this is typical of how Craig goes above and beyond to help others at no personal gain for himself.

I ask that you look favorably and with compassion on Craig Carton and his situation.

Thank you for your time,

Sincerely,

Mike Barbieri

Mike Barbieri
Executive Director
Downtown Giants Youth Sports
www.downtowngiants.com

████████████████████████

Sent from my iPad

# Exhibit

# D-17

January 25, 2019


To:     Honorable Judge Colleen McMahon
        c/o Gottlieb & Janey


Re:     Craig Carton


As I know Mr. Carton's sentencing date is February 27, 2019, believing that one's true character is often exposed in times of adversity, I wanted to let the court know of my personal interactions and experiences with him. I also wanted to share my observations of him as he is someone who worked under my direction, during perhaps the most stressful period of his life.

I provided Craig Carton with the opportunity to host a radio program, Carton and Friends, on the FNTSY Sports Radio Network, from March of 2018 until his trial started. This was not an easy decision to make on my part given the fact that the show would possibly have to come to an end after just a few months if he was found guilty of the charges levied against him. Additionally, I knew the negative PR that both myself and the company I work for, SportsGrid, would receive given the crimes he was being accused of at that juncture. But this also was obviously an extremely stressful period of time in Mr. Carton's life where he was awaiting trial for crimes he had been accused of. I made the decision to provide the ability for Mr. Carton to continue to earn a living, not simply because he was a great radio personality or that everyone deserved to be considered innocent until proven guilty. I did so because of the goodwill he had built up to that point in his life through my knowledge of his track record of meaningful charitable work, and kind, generous, genuine interactions he had over the years with many mutual friends.

During this tension-filled time building up to when his fate was to be decided, he humbly treated every co-worker with respect, going far out of his way, donating his time and benefits of his celebrity stature and rolodex to benefit others. This included providing job recommendations and making introductions to others for the benefit of his co-workers and interns. Additionally, the way he handled adversity both on and off the air w/ the negative media reports being published and broadcast about him on a daily basis was respectful and upstanding, entitling everyone to their opinion without confrontation. This was no different with show callers or viewers of the show in chat rooms as he allowed everyone to speak freely about his situation, no matter how brutal the take may have been, without comment or confrontation.

I would like to take this opportunity to ask you to consider that the involvement in the crimes Mr. Carton has been accused and convicted of was not typical behavior for the way he has lived the majority of his life. I believe my personal observations of the way Mr. Carton conducted himself under duress speak to his larger life's body of work. While he may have used poor judgement with regard to matters before you, I'd like to ask that the quality of his overall body of charitable and good-natured way of living throughout the majority of his life be considered in his sentencing.

Thank you for your time and consideration.


Sincerely,


Michael Cardano

# Exhibit

# D-18

Judge Colleen McMahon,

I write to you with sincere respect and appreciation for your civic responsibility for securing the fair and appropriate punishment for those that break the laws of our shared society, in this case specifically Craig Carton. I have known Craig and his family for almost 20 years beginning when we first crossed professional paths as we pursued our mutual passion and dream for careers in broadcast radio in New York City.

Craig was the outgoing, boisterous on-air talent with a gift to engage an audience in front of the microphone, while I was the more reserved or measured "behind the mic" executive. As the saying goes "opposites attract" and over those two decades we both supported and encouraged each other's development and was committed to mutual success. In the close-knit fraternal world of radio, it was not uncommon for professional friendships to grow into genuine personal relationships. This was the case with Craig and I where I was privileged to know the man behind the on-air bravado and see him as a friend, son, brother, husband and father.

Over those nearly 20 years there were plenty of good days. Be it the days celebrating the birth of his children or days focused on his charity to battle Tourette's which he and his children knew first hand the struggles of or finally to days and days of industry accolades and ratings success. But of course, there were plenty of challenging days as well just like with any relationship. Be it seeing Craig fired in 2001 for no fault of his own only just due to the whims of the entertainment industry or to hospital visits or the days watching him wonder how he would ever support 4 kids with the uncertainty and fickleness of his chosen profession.

But all that said nothing compares with that day in September 2017 when Craig was arrested. Nothing.

I was on my way to the airport for an early morning business flight to Austin when the phone rang from his wife, Kim, with the news. I was stunned and dumfounded. I cancelled my flight and drove straight to meet Kim to assist anyway that I could in deciphering what was going on. I will never forget arriving at their Tribeca apartment before 6:15am with the city streets still eerily silent and all four kids (Mickey, Sonny, Lucky and Anthony) still sound asleep before school without any idea what had just happened to their Dad on their front steps.

The tabloids and TV crews were all fascinated that day with the story of Craig Carton – WFAN radio star – and as a media executive of course I was not surprised as it had the hallmarks of a juicy story. But beyond the headlines those first few days I kept asking myself how this could have happened?

Hoping against hope could it all be a mistake? A misunderstanding? This was not the person I knew.

Obviously fast forward more than a year later and the picture is heartbreakingly clearer. We all now know *what* happened and *how* it happened as it was methodically laid out in open court.

But *why?*

This is the question that I am became fixated on – *why?*

Why would someone who had a storybook life with a loving wife, four adoring children and a career at the pinnacle of his industry with all the wealth and trappings that come along with it risk it all?

In my humble and non-expert opinion, but with a foundation of two decades of genuinely knowing the man, it starts with the disease of gambling.

Craig was not a controlled recreational gambler but in hindsight was an extreme out of control gambler.

He was unable to set limits and unable to walk away. Gambling was his drug.

As an on-air performer Craig had a skill to "act" and in his private life he used that trait to throw friends and family off the trail of his addiction. But there were signs and I know many of his closest friends, myself included, wish we would have pursued it and intervened. But he fooled us just enough – he was that gifted a performer. You can usually spot the drug addict or the alcoholic but the gambler not so easy. This is a regret I will forever carry with me.

The gambling trait was compounded by his ego. Ego is a healthy and necessary trait in entertainment since you need a robust one to perform for a crowd and in the public eye. But in this case, off the air, his ego did not serve him well.

Craig's pride would never allow him to show weakness or ask for help as doing so might damage his perfectly crafted public persona which his entire career and income was based on. For this reason, therefore, it was to be protected at all costs. The loudmouth, shock jock, self-proclaimed sports and gambling expert could never come out of the closet as a sick and fragile victim of the disease. Never.

If Craig could have just asked for help, I believe we all could have prevented this from spiraling down such a tragic road with many innocent victims.

Gambling is a disease that can be cured or at least managed but the patient needs to ask for help.

By not asking or in this case not being able to ask, it triggered a series of dominos that have destroyed much in its path.

This is at least how I answer the question *why?*

Clearly there have not been many "good" days in our relationship in the last year compared to the previous twenty but there were some. I was thankful when Craig voluntarily checked himself into a gambling addiction facility for a few weeks in January 2018 in Arizona. This showed me that he now recognized the root of his problem and was willing to sacrifice precious days of freedom with his family to begin the healing process for their future benefit. Oh, how I wish he took this step years ago.

Now can good come from a tragedy of bad actions?

Gambling is on the verge of becoming mainstream in the United States especially in the Tri-State area with New Jersey already in the game. Digital technology will make it more available and appealing. Advertising and marketing campaigns will flood our eyes and ears with the allure of the big win. For many it will be a controllable invitation but for others it has the chance to be a destructive call.

But these stories will not be of the celebrity type nor will it garner Carton-esque front page coverage. It will be everyday citizens who will have to deal with their gambling affliction and the impact on their families and communities.

As I mentioned many times Craig is a gifted broadcaster who has the talent to communicate and connect with an audience. His skill provides him with an influence. An influence that up until a year ago

many companies, including those in the gambling/gaming space, paid a premium to have Craig endorse their products.

At some point in the future, after Craig has gotten healthy and served his due punishment and is once again able to pursue his passion for broadcasting, I am certain that those skills will become a leading cautionary voice for the dangers for uncontrollable gambling.

When Craig talks people listen . . . I know he will not squander that opportunity to begin to right his wrongs. If not for himself, if not for those he hurt by his desperate actions, I know at least for Mickey, Sonny, Lucky and Anthony.

I appreciate the chance to provide personal context to the matter before this court and thank you for the opportunity to share my perspective.

Craig's desperate actions were wrong and he needs to make amends to those he hurt and to society. Then and only then can he begin to write the next chapter of his life as a broadcaster, friend, son, brother, husband and father.

I pledge to help make this a reality anyway I can and will not abandon Craig as he rehabilitates his standing in society.

Sincerely,

Christopher Oliviero

Executive Vice President – Programming

CBS Radio (2013-2018)

# Exhibit

# D-19

Dear Judge McMahon,

On January 4, 2014 I suffered a severe spinal injury playing high school ice hockey, which left me paralyzed from the neck down. Shortly after, while still in Kessler Rehab, Craig Carton invited my father onto his show Boomer and Carton. After the show, they exchanged numbers and told my father that I could reach out to Craig whenever I needed him, no matter what. The first phone call I made to Craig, he picked up immediately and after speaking on the phone a number of hours he invited me onto his show. Not only did Craig and Boomer let me participate in the entire show, Craig also promised to have a charity hockey game involving NHL alumni to raise money for my trust as well as for spinal cord injury research and awareness. I am proud to say that this event, organized by Craig, was a success and continues to be to this day. This year will mark the 5th annual NHL Alumni charity game.

Craig is an amazing man who has gone above and beyond for my family and me. Craig gave me his word that this phone number would always work for me and, on multiple occasions, he made himself available when I needed someone to talk to. If it wasn't for Craig I don't know where my family and I would even be. Despite everything, I will forever be grateful for Craig Carton.

Michael Nichols

# Exhibit

# D-20



Dear Judge McMahon,

   I would like to take a few moments of your time to let you know of the generosity and compassion Mr. Carton has shown for the members of the New York City Police Department. In June of 2015, the NYPD saw its third Officer shot and killed in the line of duty in a six month span. As PBA delegate for the 1st Pct in Tribeca, and the Pct in which Mr. Carton lives and works, he made contact with me offering anything he can do in such a troubling time in the departments history. The tremendous shock of losing a young husband, son, and a father to any family is unbearable. Mr. Carton suggested a celebrity softball game to benefit these officers families. Mr. Carton has absolutely no affiliation, relationship or responsibility to myself, the NYPD or these officers and their families. This gesture was a kind act from someone who just wanted to help three heroes who left us much to soon. A few short months later everything was a go. Mr. Carton shocked all of the officers participating in the game by getting the New York Yankees to host the game. Making a dream come true for every officer who dreamed of one day playing in Yankee Stadium. The night was a huge success! And it all stared with Craig Carton. The smiles brought to the faces of the families and officers was unforgettable. The NYPD family will always be grateful for Craig Carton turning a tragedy into a healing.

PO Shaun McGill

001 Pct, PBA delegate, Training

officer

# A TRUE BLUE SOFTBALL GAME HONORS
# THE NYPD AND FAMILIES OF FALLEN HEROES

The biggest precinct in the city Wednesday night was "The House the Ruth Built." In spite of chilly conditions, thousands of our brethren - and many more supporters - descended upon Yankee Stadium to honor the Department and our fallen heroes in a celebrity "True Blue" softball game.

Officers from the 1, 84 and 105 Precincts, as well as the Detectives' Endowment Association each squared off in their own 3 inning game against the roster of legendary celebrities that included: former Yankee Manager Joe Torre, former Yankees Doc Gooden, Bernie Williams and Jeff Nelson; Jets Head Coach Todd Bowles; Jets Wide Receiver Eric Decker, and St. John's University Head Coach Chris Mullin, among many others.

The evening began with a first pitch ceremony involving the families of each of the fallen officers, who were greeted with thunderous applause from the massive crowd.



The NYPD played well, securing wins in three of the four games, including one shutout.

Throughout the event, many celebrity players appeared on the stadium's monitors to express their support and appreciation for the hard work we do. Having both his father and brother wear the NYPD uniform, Joe Torre conveyed his first-hand understanding about the sacrifices that members of the NYPD make every day. The crowd was also moved during an intermission by 10-year-old Savannah Solis of Tyler, Texas - who garnered national attention for the dozens of thank-you cards she wrote to our cops in the aftermath of the Liu and Ramos murders. "I am honored to speak for my generation," she said. "My goal is to tell as many police officers as I can that I love them."

Proceeds from the event will benefit the families of the fallen officers, as well as the NYPD Widow's and Children's Fund.



**NYPD 1st Precinct** ✓
@NYPD1Pct



An #EPIC night memorialized forever @Yankees Stadium! THANK YOU 🖤

3

# Exhibit

# D-21

JERRY RECCO



Hazlet, NJ

Honorable Judge Colleen McMahon,

I am writing in reference to Craig Carton, who was convicted on charges of securities fraud, wire fraud and conspiracy to commit fraud. I have known Mr. Carton since the summer of 2007 and worked with him on an everyday basis from January 2009 up until his arrest in September of 2017. Over the course of 8 ½ years we spent every morning at WFAN radio, working closely for five to six hours a day. Over that time, there was never a moment that he wasn't friendly, giving or selfless.

While he has made some poor choices that have landed him in this current predicament, you must know that it is NOT in any way, shape or form indicative of the person he is. During his popular radio show "Boomer & Carton", Craig made a point to ALWAYS help those in need. When an amateur hockey player by the name of Mikey Nichols suffered a paralyzing injury on the ice, Craig immediately reached out to the family to try to and come up with a charity event to help them with their medical bills. That charity event still happens annually!

In the summer of 2015, Craig was the driving force for a charity softball game at Yankees Stadium to benefit the Silver Shield Foundation and the NYC Police Benevolent Association Widow's and Children's Fund after the deaths of officers Brian Moore, Rafael Ramos & Wenjian Liu. Craig has a heart of gold and when people are in need, I have seen him on countless occasions spring to action.

On a more personal note, Mr. Carton was always there for me and my family. Which is not surprising based on the way he is with his own family. It was mentioned many times during the radio show, that he had a special relationship with his kids. A relationship that I witnessed many times over. He made a point to spend a lot of time with his children always reminding us how once the time passes, it's gone. He spent countless hours on the baseball & football fields with them and many hours on the basketball courts as well.

Mr. Carton's kids mean so much to him that he created a charity called Tic Toc Stop to help fight Tourette's Syndrome, something he and his boys suffer from. He would host events to raise money even if it was at the cost of his own health, often coming to work on very little or no sleep at all. The health of his children and those suffering from Tourette's was, and is, more important to him than himself.

In closing. Craig Carton is as good a man as I have ever been around. He has done more for those in need than most of us will in an entire lifetime and I hope one mistake, albeit a big one, does not cloud your opinion of who he is.

Respectfully,

Jerry Recco

# Exhibit

# D-22

Dear judge McMahon,

I will go to the moon and back for Craig Carton.

Craig has changed the world because of his charitable work on behalf of kids with Tourette Syndrome. Without Craig(!) the research that I orchestrated would have never occurred, the research would never be published and children (literally) all over the world would not have the life that Craig and Craig's generosity provided.

"All over the world"…that is quite the claim. If asked, I would be happy to produce emails from parents literally all over the world that viewed the "Doctors" segment that Craig and I appeared. My follow-up interaction with the show was after Craig's run-in with the judicial system and yet still(!) CBS wanted to air what the research had demonstrated because of Craig's hard work on behalf of TicTocStop and children all over the world. I figure if CBS is willing to air the results of a multi-center study (which Craig helped fund through your philanthropic efforts) then I conclude, in a world afraid of "going out on a limb", that the research, the help, the hope and the results that we give children and their families must be pretty God darn important.

Although Craig's back is against the wall right now, please know that Craig and Craig alone changed the world. Craig's love and reverence for the families, the children of the families and the community of these families transcends anything that I have ever seen.

Although in the eyes of the law Craig has a debt to repay to society, Craig's time on earth is better served helping TS families publicly then behind bars. The divorce rate in Tourette families is almost 90%. The children with TS are teased, embarrassed and humiliated by their peers. Craig's efforts on behalf of all the families around the world allowed a guy like me to conduct research that garnished the first major advance in TS research in over fifty years. Was it me? Absolutely not…it was Craig. Let me be very clear!! It was Craig and Craig's efforts that gave the TS community of families hope for the first time in decades that their children would not be relegated to anti-psychotic drugs which turned these little innocent angels in medicine zombies. Craig's efforts allowed for a non-pharmaceutical,

non-invasive, reversible solution that would mitigate vocal and motor tics. No one else in the ENTIRE WORLD could have done what Craig has done. Craig is an unbelievable person!!! I have attached a copy of the research below. TicTocStop's name is all over the paper!!! That is because of CRAIG!!!

I don't know the process from here but Craig behind bars, although symbolically paying back society, is **not serving** society. Craig serving a small prison sentence with probation is a better use of tax payer dollars. In addition, Craig will continue his efforts to and for the children and families that need Craig the most...the TS community.

I will fly to NYC and publicly testify on Craig's behalf. I will spend my money and use my free time to advocate on Craig's behalf because I know that the "fight" left inside of Craig for the children with TS still needs to be waged by their General...that is Craig!!

Bill

P.S. I love and respect Craig with my whole heart. I will do what ever I can to help Craig and help the community that Craig's love so very much....the TS community.

William Balanoff, DDS, MS, FICD

███████████████

### Improved Yale Total Tic Severity Score Due to Craniofacial Manipulation With an Oral Appliance

Timothy L. Hottel, DDS; Robin L. Jack, MD; Elliott Taynor, DDS; Martha Wells, DDS; Wainscott Hollis, DDS; Robert Brandt, DDS; Stefan A. Hottel; and William L. Balanoff, DDS

ABSTRACT
**Background:** This study evaluated a novel treatment approach using the concept of cranial facial manipulation with an oral appliance, the TicTocStop Tic Guard (TTSTG), also known as the Tic Guard, to determine its safety and efficacy in the treatment of Tourette syndrome (TS) and

chronic tic disorders (CTDs). **Methods:** A two-center study was undertaken at the University of Tennessee Health Science Center and a facility on Long Island, New York. A total of 77 subjects enrolled between the centers upon referral from local neurologists and via Internet enrollment; 67 subjects started the study, and 58 completed the study. A licensed Cognitive Behavioral Intervention for Tics (CBIT) determined the subjects' Yale Total Tic Severity Score (YTTSS) for tics at enrollment, after 1-week sham appliance, after 1-week Tic Guard, and after 10-weeks Tic Guard. **Results:** The results showed statistically significant improvement in the YTTSS with both the sham appliance and the Tic Guard with more robust improvement with the Tic Guard. The sham appliance resulted in a 25% overall reduction in tic severity, while the Tic Guard resulted in a 39% overall reduction in tic severity. There were no serious adverse events reported with either device. **Conclusions:** This study demonstrated significant reduction in YTTSS using the Tic Guard with no reported serious adverse events. As a result, this device could be considered for inclusion in treatment modalities offered to patients with TS/CTD.

Once considered rare, Tourette syndrome (TS) and chronic tic disorders (CTDs) are increasingly recognized among school-aged children. These conditions are characterized by the presence of involuntary and repetitive vocalization and/or movement, known as tics, the onset of which can be spontaneous or may be preceded by premonitory urge. TS is defined by the presence of multiple motor tics and at least one vocal tic present for more than 1 year.[1] CTDs include motor tics or vocal tics (but not both) present for more than 1 year. Common motor tics involve muscles of the face, neck, and shoulders, while all vocal tics involve the oral and pharyngeal structures. With poor or inadequate management of the symptoms of TS, patients often are socially isolated and emotionally distressed and may have difficulty in school or maintaining employment. Some experience physical pain from intense complex tics. This syndrome currently has no cure, and the etiology remains unclear. Current estimates are that one out of 160 children or 0.6% between the ages of 5 and 17 in the United States have TS.[1]

## Methods
### Participants
This study was conducted at two investigation sites: the University of Tennessee Health Science Center, Memphis, and a facility on Long Island, New York. Patients were assessed for eligibility at the two centers upon referral from local neurologists and via Internet enrollment.

Patient eligibility criteria was as follows: (1) aged 7–45 years old and previously diagnosed with TS or CTD by a licensed medical doctor; (2) experienced tic severity of moderate to severe as measured by Yale Total Tic Severity Score (YTTSS), total score greater than 19 for those diagnosed with TS, and greater than 12 for those diagnosed with CTD; children with motor or vocal tics only; (3) fluent in English to participate in consent and assessment procedures; (4) patients with associated behaviors such as obsessive compulsive disorder (OCD), attention deficit hyperactivity disorder, anxiety, and/or depression were eligible unless the condition required immediate medical treatment or change in current medication; (5) participants receiving medications for tics were eligible if the dose was stable with no planned changes; (6) able to

tolerate the oral orthotic; (7) agreed to follow-up care as advised; (8) IQ estimate of 70 or higher; (9) agreed to being subject to videotaping and other recording devices; and (10) patients and guardians agreed to allow the patient's medical and dental records to be made available for review.

Exclusion criteria included: (1) significant other medical, psychological, or neurological disease or disorders that could interfere with study assessments and/or wearing the oral orthotic device; (2) oral hygiene, loose teeth, or dental health concerns/issues that would miss-fit the device; not cleared by a dentist; (3) planned change of medications; patient not stable on medications; (4) did not consent to videotaping; or (5) did not want his/her medical or dental records made available for review.

Patients were removed from the study due to: (1) failure to show for appointments; (2) failure to wear the appliance; (3) change in medication during the course of treatment; or (4) commencement of orthodontic treatment.

### Standard Protocols, Approvals, Registrations, and Patient Consents

Approval was granted through the University of Tennessee Institutional Review Board, and the study was registered at ClinicalTrials.gov, ID NCT02599519. Patients who met all inclusion and exclusion criteria reviewed the study's written consent form. Parents or legal guardians reviewed and signed the informed consent for patients under 18 years of age. Patients enrolled were assigned subject identifiers.

### Study Design and Procedures

The TicTocStop Tic Guard (TTSTG), or Tic Guard, was evaluated in a single pivotal 12-week clinical trial. The study was designed with a 12-week interval to avoid the disruption of skeletal growth and in anticipation of any tooth loss, which could require adjustments to be made to the Tic Guard. A placebo device (standard mouthguard orthotic) was worn for 1 week, followed by the wearing of the Tic Guard for 1 week. The 1-week period using each device was selected based on unpublished pilot study data that demonstrated the short amount of time required to observe improvement in the number and/or severity of the subjects' tics. The 1-week sham/placebo run-in period established the placebo effect or efficacy observed in patients wearing a standard mouthguard. An additional 10-week period of the active Tic Guard orthotic followed this to assess patient compliance; identify safety issues such as headaches, migraines, temporomandibular joint (TMJ) symptoms, oral sore spots, and appliance breakdown; and track the reduction of tics over an extended period of use. After the 10-week active appliance trial, the subjects attended their final tic assessment.

For each study subject, a baseline evaluation was completed in a private room that included the YTTSS administered by trained CBIT (licensed Cognitive Behavioral Intervention for Tics). The personnel recording the YTTSS observations remained unchanged at both clinical sites throughout the study. Additionally, sessions were videotaped for further objective documentation of the subjects' YTTSS scoring. Subjects underwent a cone-beam computed tomography (CBCT) radiograph to demonstrate and view the lower two-thirds of the head from infraorbital rim to inferior of the mandible. A boarded dental radiologist assessed the radiographs and established

the skeletal relationship of each subject. Patients were then scheduled for their Tic Guard custom dental appliance.

Follow-up visits occurred at 1-week post sham insertion to evaluate the effect of the sham and place the active device, followed by an additional 1-week visit to check the active device for fit and possible oral irritation. Then a 10-week follow-up with the active appliance took place. At each visit, the following was performed: oral examination to assess oral and dental health with and without the orthotic; YTTSS to assess tics with the orthotic device; reporting of unanticipated problems; reporting of any change in current prescribed medications; and scheduling of the next visit. Each assessment was videotaped. At the final visit, as a benefit for participating in the study, the subject was allowed to keep the oral orthotic if he/she chose to do so.

At each visit in which the YTTSS was taken, patients discussed with the assessor how often they wore the sham comparator or Tic Guard device. Because the device is worn only when the patient wants to control the urge to tic and not 24 hours a day, patients were not required to maintain a log.

### Outcome

The primary endpoint of the pivotal study was assessment of changes in the YTTSS. The YTTSS is a clinical rating instrument designed for use in studies of TS and other tic disorders.[2] The questionnaire is designed to identify symptoms of motor and phonic tics, severity, and age of onset; assess OCD symptoms, severity, and age of onset; and identify environmental effects on symptoms. The reliability and validity of the Yale Global Tic Severity Scale, including the YTTSS portion of the scale, have been previously established in adults and children.[3] The primary endpoint was measured at screening, end of the placebo 1-week run-in period, and after weeks 1 and 11 where the patient wore the Tic Guard. In addition to evaluating tic severity and frequency, the appliance was evaluated for safety, including subject's health and the durability of the appliance. The study design threshold was a 27% decrease in overall tics. The 27% reduction in tics was chosen because it was considered clinically meaningful to the patient.

Each of the separate dimensions (motor and vocal) were secondary measurements of efficacy. The major secondary endpoint was safety and efficacy changes in the YTTSS for the Tic Guard at week 11.

### Sham Comparator: Occlusal Bite Guard

The occlusal bite guard oral appliance used as a sham comparator has a lower vertical dimension than the Tic Guard. The occlusal bite guard was used to demonstrate that an oral appliance (such as a night/occlusal guard) would not elicit enough of a clinically significant improvement (pre-specified to be >27% when measured on the YTTSS) in tic severity or frequency to make the clinical claim that a sensory "trick" is occurring in the subject's mouth and that a specific vertical dimension of the Tic Guard is what has made the difference. The tics were measured using the YTTSS. A tic measurement with the occlusal bite guard was made at initial insertion of the appliance on the second visit and again at the 1-week follow-up, prior to inserting the Tic Guard.

### Investigational Appliance: Tic Guard

The Tic Guard is an oral appliance made to a specific vertical dimension. The appliance opens the vertical dimension between the upper and lower jaw. The height is determined by adjusting the vertical dimension in 1-mm increments. After the increase in vertical dimension is attained, the tic severity and frequency is assessed. Once a vertical dimension is established that reaches a threshold of maximum medical improvement, a bite registration is taken using fast set polyvinylsiloxane and the definitive appliance is fabricated.

***Statistical Analysis***

Analyses were conducted using SAS for Windows version 9.3 or later. Data was summarized using descriptive statistics. For continuous measures, this included number (n), mean, standard deviation (SD), median, and range (minimum and maximum). For categorical measures, counts and percentages were provided. All statistical tests were conducted at $\alpha = 0.05$ with two-sided significance level. The first day of placebo run-in was considered as Day 1, and the day prior to placebo run-in was Day -1. Summaries were based on the database visits, regardless of the relative day of the visit.

The primary parameters were the YTTSS (range 0 to 50), defined as the sum of the Motor Tic Severity Score (range 0 to 25) and the Vocal Tic Severity Score (range 0 to 25). Each separate dimension (motor and vocal) was a secondary parameter. Adverse events and device deficiencies also were collected.

The null hypothesis was that a placebo orthotic and the Tic Guard orthotic are not different in mitigating the severity and frequency of tics associated with medically diagnosed TS and CTD when measured using the YTTSS. The parameters of the design dictating the recommended sample size of 65 patients were based upon the following measurements: significance level: 0.05; SD: 0.5; power number: 0.80; minimal detectable difference: 0.27; dropout rate: 14%.

**Results**

A total of 77 subjects enrolled in the study, 67 (87%) started the study, and 58 (75%) completed the study. Nine (13.4%) subjects discontinued from the study. Ten of the 77 patients never received or wore the standard mouth guard or the Tic Guard. The reason for discontinuation was that the subjects were lost to follow-up (ie, did not return for Visit 2 or the Follow-up Visit).

The mean (SD) age of subjects was 15.5 (8.56) years. The majority of subjects were male (74.6%) and white (94%). The average (SD) age when motor tics and vocal tics first occurred was 6.9 (3.12) years and 8 (3.48) years, respectively. The average (SD) age when worst motor tics and vocal tics first occurred were 11.4 (6.57) years and 11.2 (5.49) years, respectively. A total of 36 (53.7%) subjects used concomitant medications.

At Visit 2, subjects received their placebo/sham orthotic and started the placebo run-in period. During this 1-week period, the mean (SD) change from screening in the total tic severity score was -5.6 (8.55). This change represented a mean percentage change of -16.5% (23.71%) from the screening score (Table 1).

By Week 3, a statistically significant mean (SD) decrease was observed in the total tic severity score: -6.6 (7.75), $P < .001$. This change represented a mean (SD) percentage decrease from baseline of 22.1% (44.03%) (Table 2). By Week 3, a statistically significant mean (SD) decrease was observed in the total motor severity score: 6.6 (7.75), $P < .001$. This change represented a

mean (SD) percentage decrease from baseline of 22.1% (44.03%) (Table 3). By Week 3, a statistically significant mean (SD) decrease was observed in the total vocal severity score: 3.6 (5.05), $P < .001$. This change represented a mean (SD) percentage decrease from baseline of 23.9% (31.54%) (Table 4).

By Week 11, a statistically significant mean (SD) decrease was observed in the total tic severity score: -9.9 (8.13), $P < .001$. This change represented a mean (SD) percentage decrease from baseline of 35.9% (38.70%). This also represented a median (SD) change of 38.8% from baseline (Table 5). By Week 11, a statistically significant mean (SD) decrease was observed in the total motor score: -5.1 (5.07), $P < .001$. This change represented a mean (SD) percentage decrease from baseline of 34.3% (31.47%) (Table 6).

By Week 11, a statistically significant mean (SD) decrease was observed in the total vocal score: -4.8 (5.43), $P < .001$. This change represented a mean (SD) percentage decrease from baseline of 49.1% (39%) (Table 7).


**Discussion**

Several treatment options for tics associated with TS and CTD exist, including prescription drugs, CBIT,[4] and deep brain stimulation (DBS).[5] DBS has not been cleared by the US Food and Drug Administration for the treatment of TS, and it has had some setbacks with regard to CTD because of the surgical protocol. The three most commonly prescribed drugs for TS and CTD are medications that are commonly used to treat other maladies: clonidine (high blood pressure), topiramate (anti-seizure/anti-convulsant), and pimozide (anti-psychotic). Unfortunately, these drugs can have severe adverse side effects, and most child neurologists try to avoid pharmacologic treatments unless tics are significantly interfering with the child's academic or social functioning or causing physical pain. Non-pharmacologic therapies, such as CBIT, have advanced the treatment and understanding of TS/CTD and provided patients a means of control over tics without exposure to medication side effects.

Sutcher and colleagues were the first to describe the use of an oral appliance for the treatment of movement disorders,[6] and anecdotal clinical reports describe the elimination of tics associated with TS by changing the vertical dimension or relationship of a patient's maxilla and mandible. The orthotic oral appliance's mechanism of action for decreasing tics is likely through its effects on the gross and neuroanatomy of the TMJ. The TMJ is the general area where the mandible connects to the temporal bone of the skull via a series of tendons, ligaments, and muscles. The auriculotemporal nerve is the main sensory nerve supply to the TMJ, with contributions from the masseteric and deep temporal nerves that come off the mandibular nerve at the same level as the auriculotemporal nerve. Most of the nerve endings are contained in the loose vascular connective tissue located posterior to the TMJ disc called the retrodiscal pad. There are three types of nerve receptors in the TMJ: un-encapsulated or Ruffini endings, encapsulated or Pacinian corpuscles, and free nerve endings.[7] The collective role of these receptors is perception of pain and joint position, and the proprioception sensory fibers are critical to the mechanism of action of the appliance study. Thus, the action of separating the posterior opposing teeth (typically in excess of 4 mm to 5 mm) causes the condyle to rotate within the condylar fossa of the TMJ and translate down the articulate eminence of the temporal bone. Opening the bite in this way creates neurostimulation of the sensory fibers of the joint capsule to create a shutoff mechanism in the

brain to prevent the motor nerves from leaving the brain to fire. The signal received by the brain via the Vth cranial nerve reduces or eliminates the motor signal from the brain to the III, IV, V, VI, VII, IX, and XI cranial nerves.

The development of a non-invasive, minimal side-effect device that is proven to effectively eliminate or minimize tics would greatly benefit patients with TS and CTD. The present research details the results from a clinical study evaluating the effectiveness of the oral orthotic device, the TicTocStop Tic Guard, developed by TicTocStop, Inc, against a sham/placebo device. The authors monitored the patients' dental/oral health, measured their baseline symptoms, and compared these findings after use of the oral orthotic device and sham. The objective of this study was to: (1) evaluate the safety of a custom-fitted oral orthotic device in patients with TS or CTD, and (2) evaluate and demonstrate the efficacy of an oral orthotic device to decrease motor and vocal tic severity in patients with TS or CTD.

This study assessed the effectiveness of the Tic Guard in mitigating motor and vocal tics in children and adults with TS and CTD. The results shown here describe a statistically significant improvement in the YTTSS with both the sham appliance and the Tic Guard with more robust improvement with the Tic Guard. The sham appliance resulted in a 25% overall reduction in tic severity and frequency while the Tic Guard resulted in a 39% overall reduction in tic severity and frequency. No serious adverse events were reported with either device. Because this study demonstrated significant reduction in YTTSS using the Tic Guard with no reported serious adverse events, this device could be added to the treatment modalities offered to patients with TS/CTD.

Safety was assessed by adverse events and device deficiencies at each appointment. Patients were evaluated for adverse events such as headaches, migraines, TMJ symptoms, oral sore spots, appliance break down, and device defects. Adverse events were limited to two reports of the patient reporting the mouth was uncomfortable to open while wearing the orthotic devices.

The study does not answer "why" the Tic Guard works to reduce motor and vocal tics in children and adults with TS and CTD, and this still remains an area of active investigation. The information obtained from the radiographs will give the authors insight into the skeletal relationship of the mandible to the cranium.

## Conclusion

This study clearly demonstrated that tics in all test subjects were mitigated by optimizing the opening of the vertical dimension. Understanding where the condyle is in relationship to the articulate eminence and fossa will provide guidance as to "why" this works effectively. The long-term implications outpace this study design. Perhaps a treatment modality would be craniofacial surgery to correct a maxilla/mandibular discrepancy. Possibly, interceptive orthodontics might be appropriate on patients with a family history of TS and a propensity toward a class II occlusion; this would be a patient population that would require early screening and treatment.

## DISCLOSURES

This work was supported through a grant funded by TicTocStop, Inc, New York, New York, Non-Profit 501C3. Dr. Balanoff is chief medical officer of the funding agency for this research

but had no part in the clinical patient treatment or collection of data. The authors report no other conflicts.

## ABOUT THE AUTHORS

**Timothy L. Hottel, DDS**
Professor, College of Dentistry, University of Tennessee Health Science Center, Memphis, Tennessee

**Robin L. Jack, MD**
Associate Professor, University of Tennessee Health Science Center, Le Bonheur Children's Hospital, Memphis, Tennessee

**Elliott Taynor, DDS**
Adjunct Assistant Professor, College of Dentistry, University of Tennessee Health Science Center, Memphis, Tennessee

**Martha Wells, DDS**
Associate Professor and Director of PG Pediatrics, College of Dentistry, University of Tennessee Health Science Center, Memphis, Tennessee

**Wainscott Hollis, DDS**
Associate Professor, College of Dentistry, University of Tennessee Health Science Center, Memphis, Tennessee

**Robert Brandt, DDS**
Adjunct Professor, College of Dentistry, University of Tennessee Health Science Center, Memphis, Tennessee

**Stefan A. Hottel**
College of Biology, College of Dentistry, University of Tennessee Health Science Center, Memphis, Tennessee

**William L. Balanoff, DDS**
Chief Medical Officer, TicTocStop Inc, New York, New York

## REFERENCES

1. *What is Tourette Syndrome?* Bayside, NY: Tourette Association of America; http://tourette.org/media/WhatisEnglish.proof_.r1.pdf. Accessed November 30, 2018.
2. Leckman JF, Riddle MA, Hardin MT, et al. The Yale Global Tic Severity Scale: initial testing of a clinician-rated scale of tic severity. *J Am Acad Child Adolesc Psychiatry.* 1989;28(4)566-573.

3. Storch EA, Murphy TK, Geffken, GR, et al. Reliability and validity of the Yale Global Tic Severity Scale. *Psychol Assess.* 2005;17(4):486-491.

4. Piacentini J, Woods DW, Scahill L, et al. Behavior therapy for children with Tourette disorder: a randomized controlled trial. *JAMA.* 2010;303(19):1929-1937.

5. Servello D, Porta M, Sassi M, et al. Deep brain stimulation in 18 patients with severe Gilles de la Tourette syndrome refractory to treatment: the surgery and stimulation. *J Neurol Neurosurg Psychiatry.* 2008;79(2):136-142.

6. Sutcher HD, Underwood RB, Beatty RA, Sugar O. Orofacial dyskinesia. A dental dimension. *JAMA.* 1971;216(9):1459-1463.

7. Keller JH, Moffett BC Jr. Nerve endings in the temporomandibular joint of the Rhesus Macaque. *Anat Rec.* 1968;160(3):587-594.

TABLES

**Table 1. Change From Screening to Visit 2 (Placebo Run-in Period) in YTTSS Total Tic Severity Score**

| | Parameter Timepoint | | | |
| --- | --- | --- | --- | --- |
| | **TTSS Screening** | **Baseline[a]** | **Change From Screening** | **% Change From Screening[c]** |
| n | 67 | 67 | 67 | 67 |
| Mean (SD) | 33.3 (7.87) | 27.7 (10.35) | -5.6 (8.55) | -16.5 (23.71) |
| Median | 33 | 28 | -3.0 | -8.3 |
| Minimum, Maximum | 14, 50 | 6, 48 | -33, 6 | -85, 16 |
| 95% CI[b] | | | (-7.6, -3.5) | (-22.3, -10.7) |
| *P* Value[b] | | | < .001 | < .001 |

CI = confidence interval; n = number; SD = standard deviation; TTSS = total tic severity score; YTTSS = Yale Total Tic Severity Score

a = baseline defined as the end of the 1-week placebo run-in period
b = from one-sample *t*-test
c = if a subject has a score of 0 at baseline, the percent change is missing

**Table 2. Change From Baseline to Week 1 in YTTSS Total Tic Severity Score**

| | Parameter Timepoint | | | |
| --- | --- | --- | --- | --- |
| | **TTSS Baseline[a]** | **Week 1** | **Change From Baseline** | **% Change From Baseline[c]** |
| n | 67 | 67 | 67 | 67 |
| Mean (SD) | 27.7 (10.35) | 21.1 (10.65) | -6.6 (7.75) | -22.1 (44.03) |
| Median | 28 | 22 | -7.0 | -25.8 |
| Minimum, Maximum | 6, 48 | 0, 41 | -27, 15 | -100, 233 |
| 95% CI[b] | | | (-8.5, -4.7) | (-32.8, -11.3) |
| *P* Value[b] | | | < .001 | < .001 |

CI = confidence interval; n = number; SD = standard deviation; TTSS = total tic severity score; YTTSS = Yale Total Tic Severity Score

a = baseline defined as the end of the 1-week placebo run-in period
b = from one-sample *t*-test
c = if a subject has a score of 0 at baseline, the percent change is missing

**Table 3. Change From Baseline to Week 1 in YTTSS Total Motor Severity Score**

| | Parameter Timepoint | | | |
|---|---|---|---|---|
| | TMSS Baseline[a] | Week 1 | Change From Baseline | % Change From Baseline[c] |
| n | 67 | 67 | 67 | 67 |
| Mean (SD) | 27.7 (10.35) | 21.1 (10.65) | -6.6 (7.75) | -22.1 (44.03) |
| Median | 28 | 22 | -7.0 | -25.8 |
| Minimum, Maximum | 6, 48 | 0, 41 | -27, 15 | -100, 233 |
| 95% CI[b] | | | (-8.5, -4.7) | (-32.8, -11.3) |
| *P* Value[b] | | | < .001 | < .001 |

CI = confidence interval; n = number; SD = standard deviation; TMSS = total motor severity score; YTTSS = Yale Total Tic Severity Score

a = baseline defined as the end of the 1-week placebo run-in period
b = from one-sample *t*-test
c = if a subject has a score of 0 at baseline, the percent change is missing


**Table 4. Change From Baseline to Week 1 in YTTSS Total Vocal Severity Score**

| | Parameter Timepoint | | | |
|---|---|---|---|---|
| | TVSS Baseline[a] | Week 1 | Change From Baseline | % Change From Baseline[c] |
| n | 67 | 67 | 67 | 64 |
| Mean (SD) | 16.2 (5.59) | 12.6 (5.84) | -3.6 (5.05) | -23.9 (31.54) |
| Median | 16 | 13 | -4.0 | -21.9 |
| Minimum, Maximum | 0, 25 | 0, 25 | -20, 10 | -100, 58 |
| 95% CI[b] | | | (-4.8, -2.4) | (-31.8, -16.0) |
| *P* Value[b] | | | < .001 | < .001 |

CI = confidence interval; n = number; SD = standard deviation; TVSS = total vocal severity score; YTTSS = Yale Total Tic Severity Score

a = baseline defined as the end of the 1-week placebo run-in period
b = from one-sample *t*-test
c = if a subject has a score of 0 at baseline, the percent change is missing

**Table 5. Change From Baseline to Week 11 in YTTSS Total Tic Severity Score**

| | Parameter Timepoint | | | |
|---|---|---|---|---|
| | TTSS Baseline[a] | Week 11 | Change From Baseline | % Change From Baseline[c] |
| n | 58 | 58 | 58 | 58 |
| Mean (SD) | 27.4 (10.36) | 17.5 (10.07) | -9.9 (8.13) | -35.9 (38.70) |
| Median | 29 | 17 | -10.0 | -38.8 |
| Minimum, Maximum | 6, 45 | 0, 50 | -25, 18 | -100, 156 |
| 95% CI[b] | | | (-12.0, -7.8) | (-46.1, -25.7) |
| P Value[b] | | | < .001 | < .001 |

CI = confidence interval; n = number; SD = standard deviation; TTSS = total tic severity score; YTTSS = Yale Total Tic Severity Score

a = baseline defined as the end of the 1-week placebo run-in period
b = from one-sample *t*-test
c = if a subject has a score of 0 at baseline, the percent change is missing

**Table 6. Change From Baseline to Week 11 in YTTSS Total Motor Severity Score**

| | Parameter Timepoint | | | |
|---|---|---|---|---|
| | TMSS Baseline[a] | Week 11 | Change From Baseline | % Change From Baseline[c] |
| n | 58 | 58 | 58 | 55 |
| Mean (SD) | 15.9 (5.64) | 10.8 (5.47) | -5.1 (5.07) | -34.3 (31.47) |
| Median | 16 | 11 | -5.5 | -33.3 |
| Minimum, Maximum | 0, 25 | 0, 25 | -16, 10 | -100, 67 |
| 95% CI[b] | | | (-6.4, -3.8) | (-42.8, -25.8) |
| P Value[b] | | | < .001 | < .001 |

CI = confidence interval; n = number; SD = standard deviation; TMSS = total motor severity score; YTTSS = Yale Total Tic Severity Score

a = baseline defined as the end of the 1-week placebo run-in period
b = from one-sample *t*-test
c = if a subject has a score of 0 at baseline, the percent change is missing

**Table 7. Change From Baseline to Week 11 in YTTSS Total Vocal Severity Score**

| | Parameter Timepoint | | | |
|---|---|---|---|---|
| | TVSS Baseline[a] | Week 11 | Change From Baseline | % Change from Baseline[c] |
| n | 58 | 58 | 58 | 48 |
| Mean (SD) | 11.5 (6.79) | 6.7 (6.48) | -4.8 (5.43) | -49.1 (39.00) |
| Median | 12 | 8 | -5.0 | -40.9 |
| Minimum, Maximum | 0, 23 | 0, 25 | -17, 14 | -100, 47 |
| 95% CI[b] | | | (-6.2, -3.4) | (-60.4, -37.8) |
| *P* Value[b] | | | < .001 | < .001 |

CI = confidence interval; n = number; SD = standard deviation; TVSS = total motor severity score; YTTSS = Yale Total Tic Severity Score

a = baseline defined as the end of the 1-week placebo run-in period
b = from one-sample *t*-test
c = if a subject has a score of 0 at baseline, the percent change is missing

# Exhibit

# D-23

January 25, 2019

Hon. Colleen McMahon
500 Pearl Street
New York, NY 10017

Dear Judge McMahon:

I have known Craig Carton since we were kindergartners together at Roosevelt Elementary School in New Rochelle. While I will spare your Honor a full accounting of play dates, parties, bar mitzvahs, classes, study sessions, and afterschool activities in which our lives intersected, suffice to say that by the time of our high school graduation, Craig and I knew each other well.

From a young age, Craig's talents were evident: his quick and irreverent wit, his wry observations, his encyclopedic knowledge. And although outwardly he expressed a brash confidence, there was also a quieter, shyer, more reflective inner self.

In the years since our graduation, we saw each other much less frequently, but it was a consistent pleasure – and a source of vicarious pride – to observe Craig's progressively greater success in broadcasting and to see his talents in full bloom.

Moreover, Craig never forgot where he came from, organizing celebrity ballgames in his hometown, making frequent reference to New Rochelle on the air, and otherwise giving his former neighbors an enduring sense of personal connection. For classmates, the connection was especially strong, with Craig typically serving as topic A at reunions.

As much as we admired Craig's success, we also admired his philanthropic activities, his commitment to family, and his loyalty to friends. That reflective inner self seemed intact, shielded somehow from the perils of celebrity.

Admirable conduct in one sphere of life does not, of course, excuse wrongful conduct in another, and I am in no position to address the serious legal matters before the Court. My purpose in writing is simply to provide personal impressions of Craig, as I have known him, so that your Honor may have the benefit of considering the most complete possible picture.

Respectfully submitted,

Noam Bramson

# Exhibit

# D-24

To: Judge Colleen McMahon

RE: Craig Carton

Judge McMahon,

It is with a heavy heart that I write you this letter on behalf of my close friend Craig Carton. Please understand that I speak of the real Craig Carton and not the fictional character on the radio, for at this point in my life, Craig (and his family) are my family, I have known them long enough, long before any of the events that have unfolded begun. I speak of the Craig Carton that is Kim's wife and Mickey, Sonny, Lucky, and Anthony's father. An incredible husband and father. Anyone who thinks that the real Craig Carton is the one they listened to on morning radio every day from 6am-10am is sorely mistaken. Over 10 years of close friendship, where I watched our kids grow up together like siblings, lends justifiable credibility when I say that I know the real man. In real time Craig Carton is neither boisterous nor controversial. In real time Craig Carton is a reserved man, not wanting to always be the center of attention, just as apt to entertain with a magic trick or a funny story. In real time Craig Carton is genuine in his affection for his wife, kids, family and close friends. In real time these are his entourage. The Craig Carton I know gets the most satisfaction when he sees that everyone is at ease and enjoying themselves, taking in the simple joys of life that are good times with family and good friends. The Craig I know has always been generous with his time, even when his status grew and he eventually moved from PA to NY. The Craig Carton I know has overcome so much from his childhood, including the Tourette's syndrome that he still battles and some awful and barbaric family prescribed treatments to "cure" him of it, only to become the incredible father and husband and friend that he has always been since we met. Please know with all due respect that I understand Craig has to be responsible for his actions and I sympathize with all those involved, but I am so devastated for him, his wife and the kids. I know the thought of being away from them is completely and undeniably devastating to him.

Craig and I first met on the tee ball field in suburban PA, eventually he and I became the dads in the neighborhood who coached the kids, at everything. He loved it, lived for it and made sure that he fit it in with his shuffling back and forth to NYC, always there and always making sure the kids understood that as much as playing by the rules and competing were important, just as equally important was being a kid and having fun. And he meant it, never wanting to see any player dispirited, always making sure everyone felt good about themselves. Always protecting the kids when he felt others were piling on. Craig is a kid at heart and will always be, one I think, looking for that feeling of appreciation that was missing from his own childhood. With five kids between us at the time, Saturdays and Sundays were spent going sport to sport, it was pure joy to him then and continues to be now. As our friendship grew over the years I always found it amazing that here was a guy whose family was the center of his whole universe, despite the fact that he did not grow up with the love and support that he constantly gave. He didn't let how he grew up affect how he raised his children. Easier said than done. He is a second father to my kids, treating them as his own, finding joy in their successes and sadness in their failures, passing on wise advice, making sure our families stayed together regardless of where we were all living, NEVER changing, even as his status grew, because the Craig Carton I know is an "everyman," a man who worked extremely hard to fulfill his dream of being on NY Sports Talk Radio. The Craig Carton I know is a true savant at his craft, but was never "handed" anything, starting at the bottom markets of his industry and finding success by overcoming rejection, hard work, sacrifice, perseverance and talent. The Craig

Carton I know makes sure to this day that all of our children understand the nothing will come easy and there is value in hard work and dedication, regardless of the circumstances that have unfolded here.

The Craig Carton that I know is charitable. Craig spent his years on radio creating and hosting sports related charity events for fallen police officers, firefighters and children with illnesses, always ready to use his celebrity and network to take up a cause for the everyday person with everyday struggles. Craig, MJ and Sonny's ongoing battle with Tourette's syndrome sparked him to create Tic Toc Stop, a charity that helped numerous children battling the syndrome. I know it broke Craig's heart as Mickey and Sonny grew up and he recognized that he had "passed this on" to them both and he became determined to find a cure not only for his kids, but all kids suffering from this terrible illness. Craig partnered with a dentist to create a bite plate that helped many children both reduce and overcome their constant tics. I had the pleasure of seeing the impact he was making through Tic Toc Stop, I saw the success stories, I saw the camps, the smiling faces of kids who for one week of the summer were with other kids and adults just like themselves, not being judged, pure joy on their faces. And there was my friend, where I expected him to be, in the trenches with the kids, leading, laughing, playing, happy for the family environment in front of him, happy to see the pure enjoyment on the faces of "his kids."

Sadly I would be naive if I didn't say that the Craig Carton I know is sick. He is sick with a gambling addiction, an addiction whose depths he was able to keep from those around him, as most addicts are known to do. His addiction has completely compromised his better judgement and placed his entire family at risk, as addictions are known to do. And while the world is full of individuals with vices, Craig's gambling addiction took him down a path that his real friends could never have imagined, leading to a multitude of irrational decisions that I firmly believe were influenced by the new people he let into his life, disingenuous people, who ultimately only wanted to prey on his celebrity, generosity and everyman nature. I firmly believe their grip was calculated and strong but I know full well what Craig has done. I understand there are consequences for his fraudulent behavior and many undeserving victims. I know that throwing away everything he worked so hard for and completely devastating his wife and kids is sentence enough. I know he will lose time with friends and family that he will never get back. I know punishment is just and deserved. But what I truly know is that the real Craig Carton is a genuine and generous man, a caring man, not the person I see in front of me these days. And I also truly know that what my friend really needs is not lengthy time away, but medical help to conquer his addiction. I want to see him on the road to healing but he absolutely needs professional assistance with his addiction and sub sequential deteriorating mental health, he cannot continue to be led by it. Addiction or not, Craig bears responsibility here. I know he is strong enough and determined enough to accept it. Please understand that there is far more "good" in Craig Carton than what the outside world perceives right now. I am positive of it. I have seen it.

I thank you for your time.


Regards,

Jarrett Lustig

# Exhibit

# D-25



New Rochelle High School
Darren Gurney
Social Studies Teacher
265 Clove Road
New Rochelle, NY 10801

January 21, 2019

To The Honorable Judge Colleen McMahon:

I was fortunate to grow up and attend New Rochelle High School with Craig Carton. Almost 32 years later as an educator here, I write to make you more aware of Craig's sense of community, generosity, and positive impact on people.

Like a select number of our alumni from New Rochelle HS, Craig became a highly successful professional in his field – broadcast journalism. However, unlike the majority of our accomplished graduates, Craig chose to come back to his roots and help others. His donation to YBNR (Youth Baseball of New Rochelle), annual softball charity event at our recreation field, and willingness to visit our community to support people demonstrates Craig's altruistic nature. As an educator at the school for the past 25 years, I have not witnessed a large number of distinguished alumni come back to help our community. I am the chairman of the *NRHS Wall of Fame Committee*. As a result, I see who is inducted and who makes an effort to give back to our school and community. Craig is one of only a handful of people who have made generous contributions of time and resources to New Rochelle.

From a personal perspective, I witnessed Craig provide a large number of our youth baseball players with the opportunity to play on a travel baseball team. Craig financed the team and gave these players tremendous exposure and experiences. A number of these players are currently solid contributors on their high school baseball teams. Moreover, there is no doubt in my mind that if I asked Craig to help these players in any way, he would step up to the plate and do so.

While I am unware of the details, facts, and evidence in the legal case Craig faces, I do know that Craig is a terrific father. I have seen him parent and coach his children. He is fantastic. Frankly, the first time I saw him in a role as father, I was envious. I have always contended that you can discover a great deal about a person's character by how unselfish and effective he/she is as a parent. Craig embodies this notion.

As a social studies educator, I urge my students to be active, productive citizens who give back to society as they leave our school for the "real world". Craig Carton has done this in spades and made New Rochelle proud to call him one of our own.

*Darren Gurney*
Darren Gurney

# Exhibit

# D-26



Dear Judge McMahon,

My name is Al Dukes and I was the Producer for The Boomer & Carton Show for 10 years and one day. The very next day is when I got the call from Craig's wife, Kim, that he was not coming in that day.

We got word at 7:15am that morning, during the show, that Craig had been arrested by the FBI. To say I was shocked would be an understatement. I knew Craig liked to play blackjack and I saw him win large sums of money. I was not shocked that gambling would be the thing to take him down, as I know everybody eventually loses in the end. But I was definitely shocked to hear the FBI was involved.

I was not only a co-worker of Craig's for 10 years, but I consider him a true friend. I remember one day on the show we were going around the room asking, 'If you were in trouble, and you needed to call someone to get you and couldn't tell them why you were in trouble, who would come help you out without being told the reason why'. I chose Craig. That's the kind of friend he is to me. If I were in trouble and needed help, he would be there, no questions asked. Even in the situation he is in today, if I called him he would be there for me.

Following the trial through the newspaper reports, I saw the actions of a desperate man, that desperately wanted to hit another blackjack winning streak, pay everybody back, and finally be even with everybody. But I guess that's the thing with gambling, when you go on a winning streak for years, you eventually go on a long losing streak.

I know Craig as a guy that always looked out for his friends, and his co-workers that didn't have 'pull' at the radio station like he did. He made sure management treated us fairly, even though we were the guys behind the scenes, and not the 'talent'.

I also know Craig as a caring father to 4 kids. Whenever we did anything fun or exciting, he always brought his kids along, and they always looked up to him.

I also know Craig as a guy that started a charity for Tourettes, since he and his children suffer from it. I have been to many of his charity events, where kids go out of their way to tell him how Camp Carton made them feel 'normal' for a week. To finally be around other kids with Tourettes, so they didn't feel like they stood out. They were just being kids for the week.

Based on the trial, I know Craig did wrong, and is being sentenced on February 27th of 2019.

I am hoping he is not punished too severely. To me, he has already been punished. He lost his career, a career that is almost impossible to achieve. He hurt his wife and 4 children. They will never be the same after this. His reputation has been severely damaged. He began his punishment the day he got arrested.

I am hoping that he can go through a program for gambling addiction, then come out on the other side ready to help those in his same situation. Now that we can gamble on our phones, there are going to be a lot more people that ruin their lives thanks to gambling. Craig would be a great motivational speaker to reach people before it's too late. Who had it better than Craig? And he lost it all.

Please consider that Craig has 4 children at home, ranging in age from 6 to 17. The longer he is away from them, the more damage it is going to do to them for years to come.

Thank you Judge McMahon

--
**Al Dukes**
Executive Producer, Boomer & Gio Show

**Entercom | New York**
345 Hudson St, 10th Fl
New York, NY 10014
entercom.com | radio.com

WFAN | 1010 WINS | WCBSFM | WCBS 880
ALT 92.3 | NEW 102.7

# Exhibit

# D-27



Dear Judge McMahon:

My name is Hamilton Baiden and I am the EVP and General Manager of a Healthcare Corporation based in Dallas, Texas. I am also proud to be a 25 year friend of Craig Carton. Obviously having spent that many years with someone, you get a sense of what their true character is deep to the core. Based on the current situation that Craig is in, and the very difficult decision that you have to make in terms of sentencing, I felt compelled to speak on behalf of my friend.

I met Craig in 1993 when we were both young and single and living in Philadelphia. We moved in together with our good friend (and Craig's lifelong friend) Steven Kent and all decided we would open a bar and restaurant in our "spare" time from our other careers. I spent a considerable amount of time with Craig every single day for about four and a half years. We remained in touch and constant contact as we all moved to various parts of the country and continued with successes in our careers. We talked on a regular basis and saw each other three or four times face to face every year.

Craig is a great person. To the core. Craig has faults. We all do. The biggest issue I saw with Craig is that he was never able to look deep into his sole and figure out what those faults were and what to do about them. But I go back to my first statement…Craig is a great person. In all the years I have known Craig, I have never once seen him intentionally hurt someone. On the contrary, he has always gone above and beyond to take care of the less fortunate and really (for that matter) anyone that needed something….fortunate or not.

Six and a half years ago I finally came to terms with the fact that I was an alcoholic. I jumped on a plane and flew from my home in Scottsdale to spend 6 weeks in North Carolina for rehab. I probably had not talked to Craig in a few months before then and I never told him I was going. Three weeks into treatment I was told I had a visitor coming. Craig had flown from New York to Greenville SC, met my sister in the airport and she drove him to see me. Always there when anyone would need him.

Craig always had an extremely outgoing personality and the desire to be successful. I am probably the most competitive person I have ever known and Craig was right up there with me. But I noticed

that something was a little different. Craig could not really open up about things in a deep and emotional way. He had an interesting relationship with an impossible to please Father. He also shared with me many years later in life that he had suffered some serious physical and emotional trauma when he was a child and he had never dealt with it. But…through all of it he was a loyal and caring person and full of life.

To be honest I started to notice a change in Craig about four or five years ago. I just figured that celebrity was going to his head like every other celebrity. But when you talked to him or saw him in person there was nothing behind the shell. There were no emotional conversations. All small talk… and small is giving the conversations way too much credit. It was sad to see him this way, and I was very hurt by the fact that I thought I was losing a good friend.

I firmly believe that everything in life happens for a reason. I 100% feel like the situation that Craig is in today has saved his life and will make him the best that he could have ever dreamt of becoming. I do not know all of the details. I do know that he has been accused and convicted of some crimes and there is a chance he could potentially  go to Federal Prison for some time. I will in no way, shape or form tell you that I do not think he should be punished. I wish it did not have to be this way because I love my friend. But…I also understand life and the law. Craig hurt people. Craig actually hurt one particular person that he and I love very much. What has occurred has taken its toll on a lot of people…the people he directly hurt, his family, and his friends.

What I would like you to know is that I do not believe for one second that Craig intentionally ever meant to hurt anyone. Now…I know that last statement is going to be controversial so I think I need to give more details. I am not saying that he did not intentionally do the things he is convicted of. I am saying that I 100% believe (and no one will make me feel differently) that he ever thought anyone would ever get hurt. I know Craig. First of all I would bet he did not know the law. I bet he thought what he was doing was being crafty or whatever you call it. I think Craig thought he would borrow some money, fix his "situation" pay everyone back and everyone would be happy. Craig was always about making sure people were happy.

Now…here is the most interesting part of this whole story. I might not have written this same letter to you a month ago. I did not know if Craig really grasped the core of what the issue was. As I mentioned in the beginning of this letter, Craig was never really good at getting deep into his emotions and tackling the things that could make him better or "heal" himself and allow him to lead a peaceful life. I was fortunate enough to be able to pick up Craig at the airport in Phoenix back in the early part of last year. I drove him to a rehab facility near Wickenburg to go to rehabilitation for Gambling Addiction. I have kept in touch with him over the months through talk and text, but to be honest, I never thought he really "got it".

Today is January 31, 2019. It is also Craig's 50th birthday. I reached out to him to wish him a Happy Birthday and see how he was doing. A conversation ensued. I can tell you now with 100% certainty that Craig is a changed man. He "gets" it. He readily admits that he is an addict, he admits that he has a Gambling Addiction. He has worked through the embarrassment and shame and is ready to use whatever celebrity he has left to make a difference in other people lives. The Craig I talked to today was able and willing to look into himself and see what needed to be fixed and is willing to

continue to work on fixing those things. He was able to communicate. He is now able to admit he has faults and try to better himself. As bad as things are for him right now today, I have never seen my friend in a better place than today and I could not be more proud of him. It is obvious that he hit rock bottom, had his "moment" as we call it in addiction, and did the work to understand and try to change his life.

The things Craig has done has caused a lot of grief for a lot of people. But…there is also one person that has also suffered immensely and that is Craig. I am by no means calling him a victim or saying that his pain is not warranted. But he has gone from a very wealthy man, with a wife and four beautiful children that loved him, with an audience that thought he was awesome to an individual who is legally separated from his wife, has alienated some friends, no job, I believe has claimed bankruptcy and is closing in on having no place to live because of finances and losing his home.

First and foremost I want to thank you for taking the time to read this letter and even consider what I have to say. I have no idea if my words and feelings will make any impact on your decision or if there is even leeway one way or the other in terms of his punishment. I know Craig Carton as well as I know anyone. I know he should be punished but I do not believe sitting in a Federal Prison does anyone any good. Craig has a gift. He can talk. He can get people passionate about things. Our country is over-run with addiction. It is in our homes, our government, our companies. People are ashamed and scared and do not know where to turn. I have had the good fortune since I became a recovered alcoholic, to help a number of people turn their lives around. It is one of the most rewarding things you can ever do. Addicts want to know that there are "cool" and successful people that have struggled with this as well. They want to know that there is a solution and a great life out there that they have the power to have. I firmly believe that Craig can share his story through the gift that God has given him and change people's lives.

As I said in one of the earlier statements above, I believe that everything happens for a reason. I believe what has occurred has forced Craig into this current state of peace and understanding. And that is OK. I went to rehab because my wife told me she was going to leave me. It does not matter how you get there…it matters what you do with it once you go. Craig is finally in a place of peace and understanding. Not making excuses. He knows he made mistakes. He knows he hurt people. He is embarrassed, apologetic, and I am sure would do anything to go back in time and change his actions.

I love my friend and I love what he has finally become. Sad it had to happen this way but God works in mysterious ways. I hope my words help in some small way. I sincerely believe he can use his gift for good in this world. Thanks you again for your time. I am always available to talk live if that is appropriate and you have any questions.

Thanks:

Hamilton Baiden

PS…I think it is important for you to know that Craig nor his attorneys asked me to send you a letter or email. After my long conversation today with him I asked if I could write to you.

Hamilton Baiden
Executive Vice President and General Manager
Heritage Health Solutions, Inc.
**Excellence in Healthcare – Value for America®**

█████████████████████████████

[www.heritagehealthsolutions.com](http://www.heritagehealthsolutions.com)

# Exhibit

# D-28

Suzanne Sanchez. ████                    Brooklyn, NY.  ████
████

January 8, 2018

Dear Judge McMahon,

I am writing to you today on behalf of Craig Carton. My son ████ is eleven years old and was diagnosed with Tourette syndrome at the age of six. ████ experiences vocal and motor tics to varying degrees daily. Once ████ received the Tourette diagnosis, I did what many parents do, dove head first into researching treatment options. One learns very quickly there is no treatment for TS, but rather suggestions and supports on how to live with the disorder and possible ways to limit tics and their effects. That is a difficult reality for a parent to accept.

In the spring of 2016, we found out about Camp Carton from a friend who heard about camp when listening to Craig on his morning radio show. I reached out to the camp staff and was met with an immediate response of warmth and reassurance. ████ had never been away from home before but he was adamant that he wanted to go. He said, "I want to see what it's like to be with other kids like me for once." ████ went to Camp Carton for the first time in the summer of 2016 and returned for his second summer this past August. ████, an otherwise typical eleven year old boy, isn't overwhelmingly forthcoming with his feelings. When it comes to talking about Camp Carton, he is however, quite vocal. He is able to articulate that the one week of summer camp with other kids that also have TS, has helped him in so many ways. Most importantly, ████ learned there are other kids just like him, that he is not all alone in his struggle with TS. That knowledge has stayed with ████ and I believe, helps to sustain him through difficult times. ████ also gained much needed independence and self-confidence during his stays at Camp Carton. I do not think he would've been comfortable to go to a sleep way camp that wasn't for kids with TS and therefore, Camp Carton provided ████ an experience he wouldn't have otherwise had.

Children with TS often experience social isolation, depression and anxiety. My son battles through those feelings and remarkably, meets life with an upbeat attitude, strength and determination. That one week of camp each summer, provides him with a respite from having to work so hard and allows him to just to be a kid at camp. Craig Carton and the Camp Carton staff created a camp that offers a safe space filled with typical camp activities and memories to last a life time. Craig himself has even called ████ over the years to offer him words of encouragement. I've heard from several families that Craig's visit to Camp Carton is a highlight for many of the campers and ████ has echoed that sentiment as well. Craig had offered on several occasions to visit ████ s school and speak to his class about TS. ████ declined as he didn't want to call attention to himself. However, the offer from Craig was something our family appreciated very much. My family and I can't thank Craig enough for the opportunities he has given to Noah and all the other kids who have been to Camp Carton.

Sincerely,

Suzanne Sanchez

# Exhibit

# D-29

To whom this may concern,

I am writing this letter on behalf of my friend Craig Carton. And would like to tell you the things i have experienced being around Craig and his family since i became friends with him about 4 years ago. The first thing i would like to state about my friend Craig is that i have never been around a man who is more gracious and caring of other people. He treats everyone with respect and has one of the kindest hearts i have seen. He is a man that is always trying to help people. Whether it be his friends or friends of friends he is a man that has always been willing to go out of his way to help people. In my time with Craig he has always had a soft spot in his heart for kids or adults who have not been givin a fair shake in life. He has demonstrated this with his countless hours devoted to charity whether it be his own charities or someone else. Lastly you can not talk about or describe Craig with out talking about Craig Carton the father and husband. Plainly stated he would go on my top 5 list of best family men i know. He is a phenomenal father to his kids and they absolutely adore him and they should because he is a great father. And as far as a husband goes he is top notch as well. My wife and i have had a lot of laughs with Craig and his wife Kim over the years. He has always been a thoughtful husband and he treats her with the utmost respect. In closing I can sit here and say that i have never seen anything but good from my friend Craig. I value myself as a good person and would not hang out with people who i felt were mean, disrespectful or took advantage of anyone in any way. I vouch for Craig in every which way.

Best Regards
Chris Simms

# Exhibit

# D-30

January 4, 2018

Dear Judge McMahon,

Hope this letter finds you well. Providing this as a character reference for someone who is considered a friend but more of an acquaintance, later became a listener to his sports show, who I've spent considerable time with over the past several years - Mr. Craig Carton.

Was saddened to learn about the allegations against him but can speak to the man who is quite an open book when you speak with him or listen to his radio show or spend time in person. Willing to say I've been around him enough to know he passed my test having displayed strong moral fiber, he is a family man, energetic, hard working, giving of his time, inherently cool and very philanthropic.

Through sports I got to know his family. Devout loving father with outgoing, funny, athletic kids. His two sons played on the teams with my two.

Met him in 2012 after a very challenging period in my own life (4 1/2 year custody battle which played out in the NY courts). It was spring of that year and we learned of a travel soccer team tryout for my two sons. Met Craig at the first practice and we knew this team was for us ! (I didn't know he was a sports personality). It lead to an amazing summer of soccer practice, tournaments and *character* building. My little guys become more of men. We would often share rides to the games with him (and his children and usually other team members along with Dunkin Doughnuts) all around the region and it was during these times of odd hours, in rain, in defeat, with hostile opposing parents and coaches or 95 degree heat - that he was high energy, but calm spirit, a strong leader and a teacher (sports & life ). He had a strong impact that helped mold my children. He was open and honest, shared experiences and gave discipline.

Learned about his exciting career path and also became more of a listener to the show. Not only entertaining, informative and the cause of truly gut wrenching laughter at least once per day - I came to notice how often he mentored, coached and consoled so many caller's through their own problems and tough times! Many of these people listened and leaned on him most mornings for encouragement.

In the fall of that year we played in the flag football league that he organized. Lastly, learned of his charity, which he poured so much of his intense effort into. Seeking a cure for a rare disease that has inflicted his family. We spoke at length about his charity and his efforts to find a cure. Just liked he boosted our mis-match team of soccer players to make it to elite tournaments - I know he wants to whip this illness by steering all resources available to beat it.

Hope this letter is well received and useful to the character assessment of Craig. You are encouraged to contact me at anytime, my mobile phone #: ████████

Regards,


Neil Kleinman

Neil Kleinman | ████████ | Brooklyn, NY | ████████

# Exhibit

# D-31





Judge Colleen McMahon -

I write to you on behalf of my entire family. My name is Jorge Molina, Craig calls me George and I call him Mr. Craig, but he always tells me to just call him Craig. I met Mr. Craig 4 years ago when I was working as a parking lot car parker in Tribeca. Mr. Craig moved into a building that was next to the outdoor parking lot where I worked. He kept his car there and I parked it every day. I met him one day and unlike most of the people who parked there he was very nice to me and talked to me. The longer he lived next door to the lot the more we got to talk. He introduced me to his family and asked about mine. My oldest son, ███████ is the same age as one of his kids. We talked a lot about our kids and we learned that both of our sons like to play soccer. Craig invited me to bring my son to meet his and to bring my whole family to his apartment for dinner one night.

I could not believe it. Nobody had ever been so nice

We went to his apartment and our sons became friends.

Mr. Carton decided it would be great if they could play together so he started a kid soccer team and invited my son and his friends to play with his son and his friends.

He even created a team for all of my sons friends and paid for everything for them too - like uniforms and bags and showed them that there was a world outside of their small neighborhoods

As the kids became friends our wives became friends and Mr. Carton started to ask me what my job was like and if I was happy working there.

I used to work 6 days a week 10 hours a day for minimum wage to support my family. I was not happy and Mr Carton could see that.

One day he asked me if I had a drivers license and if I wanted to leave the parking lot and work for him.

Again I could not believe it and started to cry -

He paid me more money than I have ever made before and even better than that he introduced me to everyone as his friend, George, and took me everywhere.

He never made me feel like I worked for him - he made it like i worked with him.

He took me and my entire family on many vacations, we celebrated birthdays together and whenever I

needed a little extra money for rent or my kids he gave it to me without hesitation.

He changed my families life - He became a part of my family and we became apart of his.

The best four years of my families lives in America were the years I was working with Craig.

I know he did some things that he should not have did but he also did so much good things. He changed our lives for the better and I cry everyday for him. Since he got in trouble my wife and I have worked many jobs to continue to provide for my kids and I know Mr. Craig has nothing left and he still offered to help me when I needed it.

We pray for him every day and we pray that you will not send him to prison - he does not belong in prison - he belongs back on the radio and back home with his family and we pray that a story like my families makes you understand who he really is and I am sure there are lots of people who feel the same way.

Thank you Judge

Respectfully,
Jorge Molina
Lina Garcia

Sent from my iPhone

# Exhibit

# D-32



145 Huguenot Street
New Rochelle, NY 10801

Main Phone: 800-759-7267 | 914-307-1000
Main Fax: 914-365-6428
www.steinersports.com

Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007

November 14, 2018

Judge McMahon:

I am writing to urge leniency in the sentencing of my friend Craig Carton.

As you are fully aware, good people often do stupid things, and in the case of Craig, I cannot argue what he did was not morally and lawfully wrong. That being said, I have known Craig for over ten years, and in that time I have met very few people who have as big heart as he does.

Craig is the type of person who will drop everything he's doing to help others. I can count numerous occasions where he would attend non-profit events and work as an MC gratis to help fundraise for worthy causes. I myself have called upon Craig to assist me with my charitable events, and he was always there to help me. Everything I have described is above and beyond the incredible work he has done for the thousands of children and their families suffering from Tourette syndrome.

I understand you must access the wrongs Craig has committed, but urge you to consider what good Craig has done for our community. Furthermore, I have a feeling that given the chance, the good things Craig will continue to do outweigh the bad things he has done.

Sincerely,

Brandon Steiner
Founder & CEO

# Exhibit

# D-33



Dear Judge McMahon,
Craig Carton has been a dear friend of mine for over 30 years. I first meet Craig back in college at Syracuse University were he befriended me at a very difficult time in my life. I was a transfer student new to a very large campus. I was walking in on a class that had already established friendships that would last a life time. Craig saw I was struggling and reach out and made my transition to Syracuse a smooth and enjoyable one.

We remained very close friends over the next years after school ended. I have seen not only his career grow, but his life as a friend, husband and father grow as well . I have witnessed first hand his kindness to less fortunate individuals many times. Many people in his position could have taken a different path with their celebrity, but not Craig. He has helped so many over the years most without recognition because that is the way he wanted it. His work with his foundation and others is endless.

With all the many generous things he does, by far his best work is with his family. The warm loving environment he has provided for his four kids is his great gift of all. He is a true role model to them. He spends all of his free time with them . From coaching their sports teams to volunteering at school functions. I am a father of four myself so I know how hard it is.

In closing, I have know Craig for over 30 years and I am proud to call him my friend.

ChrisBeldotti
CEO Beldotti Bakeries LLC
Sent from my iPhone

# Exhibit

# D-34

*I have known Craig Carton for more than 20 years and I am proud to call him a close friend and business partner. Craig is generous, giving, unselfish, caring, an incredible father, kind, and a family man. It is an absolute honor to be associated with Craig.*

*My friendship and admiration for Craig is the main reason I became involved and helped Craig create Camp Carton, a free one-week summer camp experience for children with Tourette Syndrome. I was the Executive Director for Camp Carton throughout its existence. This camp is just one example of Craig giving back to the community and using his celebrity status for the benefit of others. It is his heartfelt opportunity to give kids who suffer with Tourette Syndrome a rare chance to experience the pure joy of summer camp, and to be "free to be me", which is the camp's motto. It's difficult to describe just what Camp Carton has meant to these children.*

*Many kids who have Tourette Syndrome are bullied at school and have a difficult time making friends. With Craig's leadership, guidance, and inspiration at Camp Carton, the Tourette Syndrome kids develop real friendships – many of them for the first time. These kids have also found a true role model in Craig, who just like the kids suffers from Tourette Syndrome...but does not allow it to hold him back. Craig spends personal time with each child and his or her family. At camp, he plays games and perhaps most importantly, tells them how to not let Tourette's stand in the way of achieving their goals and dreams. Craig inspires the kids and gives each and every child hope. He is simply, incredible. He has changed their lives, just ask the kids and their parents.*

*I could tell story after story about how Craig is there for these kids on a level they have never received previously. He makes sure the campers and their families understand he is available 24/7 if they ever need him or just feel isolated, lonely or just need someone to talk to. He gives 100% of himself to them on top of everything else he has going on in his life. Craig helps these kids feel safe. Craig is an inspiration to them and one of their heroes.*

I met Craig in the mid-1990s when we both lived in Philadelphia and we have been friends ever since. This was before his career skyrocketed. He was just a young, eager sports radio broadcaster, who I could tell had unlimited potential. He was lucky enough to meet a super, special, fantastic woman connected to a wonderful family, and together they created a beautiful family of their own.

Over the years, Craig has been a good and loyal friend to my family and me. He has proven to be a stand-up person in my life and someone I have always known that I could count on when needed. Craig is a good person. I proudly stand by him 200% as someone who gives with his whole heart to great causes and does the right thing. I have seen it time and time again over the years. I believe in Craig Carton.

**Aimee Skier**
AMSkier

www.amskier.com





# Exhibit

# D-35

November 14, 2018


Hon. Colleen McMahon:

I am in the unenviable position of trying to describe how Craig Carton, who made the stupid mistakes for which he was convicted of, was not at all that person that you had in front of you in your courtroom to me, my wife, or my family in the almost ten years that we knew him.

Craig came to know me because as a writer for the website Bob's Blitz we frequently made fun of him for his work on WFAN. Emails eventually were exchanged and while we at the Blitz continued to 'bust his chops' – we developed a friendship. Imprimis, via email. Secondly, over the phone. Eventually, in person.

That Carton / Mantz friendship grew into one in which my wife and my father also interacted with Craig. Invited to WFAN studios to watch the then Boomer & Carton show in June of 2011 – Craig ended the show live on air by thanking us for coming in (YouTube has the video https://www.youtube.com/watch?v=pLc69rOguAc ).

I'm sure you are quite aware of Craig's charity work. Mikey Strong. The NYPD. Tic Toc Stop. We attended several of his efforts there too. May 15, 2012 Craig opened the New Era Pinstripe Bowl Charity Golf Tournament in front of various sports celebrities by naming me in his speech which was great https://www.youtube.com/watch?v=yIqyCnOMwJU – but what you don't see is Craig, who had met Wendy for all of 15 minutes the year before, entering the Forsgate Country Club's dining area (filled with 300 people) and walking directly to us…giving Wendy a kiss. (He is *that* kind of guy and we do have that video at home privately.)

Two months later Wendy, my father, and I were guests of Craig's to watch his 'Spike TV MMA Uncensored' program in NYC. My dad still talks about how it felt like we were all old friends. Craig introduced us to all the UFC guests and we all took pictures together.

But the absolute best example that I can use to illustrate the guy Craig Carton is to us comes from later 2014/early 2015. I introduced Craig to a close friend, Rich Toth. Rich had a technology that would allow parents to watch instant replays of their kids' sporting events instantaneously.

I brought Rich and his partner to one of Craig's kid's (actually probably several of Craig's kids…) flag football games. They demo'd the technology and Craig really liked it. He sat down on the sidelines with Rich and I walked away to let them talk. Craig gave rich a serious game plan and laid out how he would help him get the tech into the hands of the right people. The people who could help Rich the most and not at a big monetary cost to boot.

I returned to the two of them as Rich was asking, "OK, and what cut do you want for helping us out?" Craig turned to Rich and said, "I don't want anything. I do it (pointing to me) because of

my friendship with Bob. And if in five years you make a ton of money and want to give me a taste, fine. And if you don't want to – that's fine too. Just take care of Bob."

Rich was floored. As was Carton, on air, a few months later when I let him know that Rich Toth had died. http://www.bobsblitz.com/2015/04/rip-rich-toth.html Craig also was floored in 2014 when I let him know that a young cancer battler, Anthony Crimeni, who once wanted nothing but to meet Boomer & Carton (he had), had also died. http://www.bobsblitz.com/2016/11/craig-carton-memorialized-anthony.html

The Rich Toth story and Craig Carton's on air reactions to the death of two people he barely knew but obviously immediately bonded with? That is the Craig Carton we know. The one we are spiraling internally thinking about today. Please keep this Craig Carton in mind, the real CC, as you decide what sentence is fair. And please give me a call if you have any additional questions.

Respectfully,


Robert J. Mantz, Jr. █████████

East Windsor, NJ █████
█████████

# Exhibit

# D-36

Dear Judge McMahon,

My name is Marc Rayfield. For more than 25 years, I served in management roles for CBS Radio, the last ten as the Senior Vice President/Market Manager for Philadelphia, and then New York.

During that time, I had the honor of overseeing the most trusted and credible brands in news, including KYW Newsradio (Philadelphia) 1010WINS and WCBS 880.

Prior to arriving in New York, I had only met Craig Carton a handful of times through mutual acquaintances. WFAN, a station also under my supervision, had a reputation for being a tough place to work, much less manage. And so I began with a critical eye.

If there was a pleasant surprise, it came in the form of Craig Carton. I already knew that he was an outstanding broadcaster on air. But in the building, he was a fantastic co-worker, a passionate teammate and a committed partner. He treated people with respect and I simply cannot say that for everyone.

But where I truly came to respect Craig was away from the building. Our young children became close friends and it brought us closer together as couples (along with his wife Kim and my wife Nicole). Craig is a truly outstanding and involved parent. I see that not only in the way his own children love and look up to him, but in the way my daughters do as well. And I now consider him a close, personal friend as well.

In terms of philanthropy, I have repeatedly written personal checks to his organization and would not hesitate to continue doing so. I've attended his fundraising events, met some of the kids who have benefited from Tic Toc Stop, and serving on numerous non profit boards, including the Police Athletic League, I feel strongly that Craig's heart has always been in the right place. He

has shown that time and again, participating in fundraising events (both publicly and privately) for organizations located throughout the New York metropolitan area.

I am a Craig Carton fan. I didn't know him well before accepting oversight of the NY market for CBS (right up until the time they sold the division in November, 2017), but I do now. And recognizing my own responsibility to accurately portray events as I see them during a 25+ year career in newsradio, I am confident that Craig is worthy of another chance.

Very truly yours,

Marc M. Rayfield

████████████████

# Exhibit

# D-37



Dear Judge Colleen McMahon:

Re: Craig Carton

I have known Craig Carton for many years through his involvement with a youth basketball league hosted at Basketball City. Craig initially reached out to me because he knew that Basketball City has a tremendous community outreach program that included over 500 scholarships to inner city kids and over 1,200 court hours donated to local schools and youth organizations. Craig was instrumental in forming the league and growing it each year, allowing thousands of kids to not only play at Basketball City but learn important life skills such as teamwork, dedication and commitment.

Additionally, I have seen Craig's efforts for Tourette's Syndrome, firsthand, with his Tic Toc Stop Foundation. He has raised money for research and summer camp for those inflicted with Tourette's. Through his efforts, they have made great strides.

Craig is a good person. I have seen the good he has done for the Foundation and for NYC kids. We are a nation and people who believe in second chances. I know in my heart that there was no malicious intent in his actions. I believe Craig and his family would be best served if the court would be lenient on his sentence.

Best,
Bruce Radler
CEO & Founder
Basketball City
Pier 36 at 299 South Street

www.basketballcity.com
www.pier36nyc.com

Exhibit

D-38



Dear Judge McMahon,

I hope this email finds you well. I'm writing you, in support of my dear friend Craig Carton. I've known Craig for over 16 years. I first met Craig when he was with NJ 101.5 FM, in 2002. At that time, I had sent one of my songs, "Forever Free", out to a number of radio stations, to see who would be interested in playing the song on their program.

I've written many songs, but this songs was very close to my heart, as if was written for the brave men and women, who have given their lives for our Freedom. Craig was one of the first radio personalities, to not only play the song, but he invited me into the studio to perform the song live on the air, for his listeners. My performance was not to further my own career, or to help boost ratings, it's purpose was to reach the families of those who had lost someone, while serving our county. It was easy to see that Craig was, and remains, a huge supporter of our troops, to the point of being moved to tears. We were instantly connected, and have remained great friends since.

That was only the beginning of our friendship. Over the years, I was a frequent guest on NJ 101.5, and have since been a regular guest on WFAN, performing on the air with Boomer & Carton for over 10 years. As you may know, Craig's foundation "Tic Toc Stop", which raises awareness for Tourette Syndrome, is something that is near and dear to his heart, as it is to mine. Over the years, I performed at several "Tic Toc Stop" events, and even penned a song called "One Tic" with Craig.

If I ever needed anything, Craig was there. If he ever needed anything, I was there. This was, and still is the dynamic of our relationship. I not only consider Craig a dear friend, but he, his wife and children are family. Throughout our time together, I've had the opportunity to get to know Craig the radio personality, husband, father, friend and supporter of so many great causes.

There are so many words to describe Craig. A few that come to mind are; honest, caring, giving, dynamic, funny, and intelligent . If I had to choose someone to stand for me, and be in my corner, it would be Craig Carton.

Respectfully,

Bob Polding

# Exhibit

# D-39



My name is Tom Wallace Jr. Ten years ago I was fortunate enough to meet Craig.

Growing up I always wanted to be a cartoonist. Is draw and pint for fun, hoping to be have a comic in a newspaper someday.

Ten or so years ago, I became unemployed for the first time ever. A bit scary. While trying to figure out myself and what to do, is always make it a point to listen to the Boomer and Carton Radio show.

And as a fan of the Boomer and Carton Radio Program, I decided to create and send in comics of Craig and the stars of their WFAN morning show.

This helped create a friendly exchange between Craig and myself. Not too long after, Craig offered me the chance to illustrate for his book, "Loudmouth." Craig didn't have to do this, but he helped me reach a personal goal of showcasing my artwork.

Craig did not have to do offer this opportunity to me, but he did. Craig understood people and their dreams. He gave me a chance to fulfill that dream, and I am forever grateful. Amazing for me, Craig Carton came into my life at a time that I needed help the most.

Thank you.

Tom Wallace

Sent from my iPhone 😊

# Exhibit

# D-40



Dear Judge McMahon,
Let me try and shed a bit of light on the Craig Carton that I know and love.

I have known Craig and his wonderful family only about 3 years. We are in the clothing business. My daughter who works for the company, was a college graduate living in the big city. Not easy for parents who live in LA. Alex sold sweaters to the Cartons boutique in TriBeCa.

Craig and his wife, Kimmy, wanted my daughter, Alex to meet their cousin Brian. Turned out to be true love, a wedding last year and baby due in just a few months. So...how do I describe the man and family that found my daughter her true love?

Craig is is certainly an interesting guy. He may have been defined by his disease, Tourette Syndrome. We hear about idiot savants. Those rare people with autism, and whose brain struggles and finds some path to genius. Craig is the Tourette version of an idiot savant.

He is always moving. He had a job that had him waking up at 3:00 am... But managed to raise the cutest 4 kids I have ever seen in my life. With his busy radio show, the top in the industry, he always had time for family and friends, and the Tic Top Stop foundation. often at the expense of sleep.

We always donated and took part of all of the Tic Top Stop events. Craig's larger than life personality, seemed to make this an important organization to those children with Tourette's.

I have always known Craig and embraced his radio persona. His reputation is that of a loudmouth, which happened to be the title of his book. He is a loudmouth. He entertains by brash humor and often putting those against his opinions in an uncomfortable place.

I am sure Craig is not perfect. He is far too much of an entertainer to be perfect. He is a comedian who can ride the edge, but personally I have never know him not to have a moral compass. I have watched a father of four and husband care for his wonderful family.

*Bruce Gifford*
*Founder & CEO*
*360Sweater Company, LLC*

www.360cashmere.com
www.nakedcashmere.com

# Exhibit

# D-41

January 12, 2018

Dear Judge McMahon,

My name is Margarita Velez, I was a volunteer parent for Camp Carton during the past 3 years. I wanted to take a minute of your time to respectfully ask you to put Mr. Carton's pending legal matters on the side for a moment while you read this letter.

Mr. Craig Carton was the founder of a camp that; in my opinion, performed miracles. I can clearly state that because I was a witness of amazing transformations in children, many of which; due to the nature of their Tourette's Syndrome tics, never had the chance to interact with others, go to a movie or sit at a table with kids their age because they had to be home-schooled.

One by one, these often shy and reserved children realized that no one was looking at them differently, that they all moved, twitched and made different noises but there was no judgement. Many of these children's eyes opened up when a celebrity like Mr. Carton would come by, listen to their jokes or stories, jumped in the pool with them while throwing footballs... Mr. Carton told them that they can all achieve greatness if they put their mind to it and they believed. It was truly magical and I felt very lucky to be there to experience it.

Celebrities and radio personalities can all use their status to make a difference, unfortunately, not all of them do it. Craig Carton created a foundation to help find a cure and provide a safe, fun and supportive environment for children who struggle with one of the most teased and bullied conditions out there. Craig was committed to find a cure and make a change for all children suffering with Tourette. If that isn't someone of good character, then I do not know who is.

Respectfully yours,

*Margarita Velez*

Margarita Velez

Exhibit

D-42

To Whom It May Concern:

My name is Carlos Austin and I'm a Senior Manager of Affiliate Relations and Promotions at NBCUniversal. I am submitting this letter in regards to my unequivocally remarkable professional relationship with Craig Carton emanating from November 2008.

When I worked at WPIX TV a Tribune Broadcast company, I had the opportunity to work with Craig 2008 and 2009. At that time, I was the Director of Local Production and Community Affairs for this local TV station. In my role, I 'd develop and oversee the production of LIVE events, special programming and philanthropic efforts for the station.

We would air pre-game shows for various Mets games as well as a handful of Thursday night football games. One year we thought it would be good to change our approach and bring in some outside talent to work alongside our station's sports anchors. That person was none other than, Craig who I knew would bring credibility, knowledge and his gregarious witty sense of humor to the program. But the more compelling reason for including Craig on our broadcast team were his abilities to be authentic and relatable.

You can't quantify the value of those attributes but you know the power they wield when it comes to audience. While Craig had a very boisterous style on-air, his message resonated with the audience because they could relate with both his passion and pain as a fan. He would comport himself as both a man of the people and a man of his word. Plus, instead of compensating Craig for his on-air services to these shows, our TV station made two charitable donations to his partner, Boomer Esiason's charity. It was this more than anything that served as the impetus for me reaching out to Craig to partner with the station on our pre-game shows.

Having good character, being responsible and honest in your work are tenets we should all aspire to in life. My experiences with Craig were very positive and I am forever grateful to him for working with me during my tenure at WPIX TV and making me look like a genius for bring him aboard. Should you have any further questions, feel free to contact me at 718-269-9995.
Thanks for your time and consideration.

Regards,

Carlos Austin

# Exhibit

# D-43



**[Luke Thomas**

Washington, DC

1st February 2019

To the Honorable Judge Colleen McMahon:

My name is Luke Thomas and I'm a journalist covering the sport of mixed martial arts (MMA). I worked alongside Craig Carton in 2012 on the television program 'MMA Uncensored Live', a weekly news magazine show covering MMA. This program aired on Spike TV, a Viacom-owned television channel now known as the Paramount Network. Craig served as the lead host while I and another person acted as co-hosts.

During my time on the show, Craig was extremely easy to work with, a consummate professional, kind to the production crew and enjoyable to work with on set. While MMA was not a sport Craig covered with any regularity in his work outside of the show, he gave our program his full effort.

More importantly, I covered as media a boxing event between Floyd Mayweather and Manny Pacquiao in Las Vegas, Nevada in 2015. Craig also attended the event with the terrestrial radio show he worked on at the time. Coincidentally, a high-level executive at the company where I worked had also years ago worked with Craig and was in attendance. Without solicitation while all of us were together in the media room, Craig offered a strong assessment of my work, skills and ultimately encouraged this executive to consider giving me additional opportunities. At the time I viewed Craig's generosity as a kind gesture, but it ultimately had a profound effect on my job. Craig's recommendation resonated, which has subsequently transformed my role in the company where I continue to work. I went from a part-time radio host to full time with a national program in the coveted drive time slot every single weekday. Craig had nothing to gain by backing me, but chose to, anyway. While many factors have contributed to my ability to make progress as a media professional, Craig's impromptu recommendation has proved helpful beyond compare.

My experiences with Craig have been deeply rewarding. I view them fondly and am extremely grateful for his endorsement. In the professional contexts in which we interacted, I have admired Craig's abilities and been truly appreciative of his assistance. I kindly request you consider my experiences in your decision.

Sincerely,

**Luke Thomas**

# Exhibit

# D-44

March 5, 2019

███████████████

Shaker Heights, Ohio ████████

<u>On behalf of defendant Craig Carton</u>
The Honorable Colleen McMahon

Dear Judge McMahon:

This letter is on behalf of Craig Carton who is scheduled to be sentenced in your court. It is with considerable thought and deliberation that I write this letter to you. As a long time New Yorker and Broadcaster I would urge the court to include a wide scope of factors in sentencing Mr. Carton.

For background, I was an Executive Vice President at NBC and a Vice President of the ABC radio networks. My work as a consultant at Sabo Media has been in the C Suite of New York based media companies.

I participated in the hiring of Mr. Carton at his employer prior to CBS, WKXW FM Radio in Trenton known as New Jersey 101.5. There he conducted a five-hour daily program focused on the well being of New Jersey residents. Radio talk show hosts create a program daily without a script or assistance. In effect he performed a five-hour original speech every day. That process requires many hours of daily preparation. He did the work. As a result, he gathered a significant, growing audience and served the community with information and entertainment. Mr. Carton was a worker among workers, collegial in his demeanor and supportive of the all aspects of the business.

It is my clear observation that sentencing Mr. Carton to prison would be counter productive. Mr. Carton has been punished. He lost not only his livelihood but also his calling. Broadcasters have no choice---they are called to perform from a young age and they live for the work. Today he has lost that work and is punished every second he is not on the air. He has taken the steps to beat his addiction to gambling and continues to lead a life free of gambling. He has been rehabilitated.

Admirably Mr. Carton has done what is necessary to provide his young children with a stable home during this time. As the father of three young daughters, I respect his determination to be a good parent above all other considerations. If you remove him from his home, his children will be destroyed---to what end? It could result in the children becoming bitter, angry and lead to criminal behavior in their future

Mr. Carton is in a forgiving business---show business. If he was able to seek work today, he would be hired because his talent is both proven and *rare*. If he is out of circulation for a few years he will not be employed, the industry would move on.

Finally, and this is not a casual note, a prison sentence will not serve as a deterrent to other addicts. No amount of information or facts stops an addict from pursuing their drug be it money, alcohol or narcotics. Mr. Carton today has chosen a spiritual path toward permanent recovery---a day at a time.

I would urge you, with respect, to find an alternative to a prison term for Craig Carton.

Thank you very much for your kind consideration of this most serious situation.


Sincerely,

Walter R Sabo Jr.

# Exhibit

# D-45

February 26, 2019

Hon. Colleen McMahon
United States District Judge
Chief U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge McMahon:

I am writing on behalf of Craig Carton.

Over nearly four decades of public service, heading up constituent services for the lower Manhattan City Council district, as a youth advocate at the Boys Club of New York and as head of Community Affairs for Major League Baseball, I have come across many groups and individuals who I saw to have a 'community first," selfless attitude. Craig was one such individual. Hence, I was surprised and saddened to hear of Craig's situation.

Craig and I do not know each each other on a personal level very well, but over a five year- period, I saw Craig create a program (the Borough Cup) that grew to give over 7,000 inner city kids the chance to improve their baseball skills, but more importantly, the provide an opportunity for players to meet their counterparts from all over the city, make new friends, have fun and offer a positive alternative to city streets.

Craig personally and privately funded the Borough Cup out of his own pocket for the event's first four years. Craig secured the donation of Yankee Stadium for the Borough Cup's championship games, giving underserved children the unforgettable opportunity to play in front of families and friends at one of the nation's most iconic sports venues.

Craig's charitable endeavors extended beyond the Borough Cup. He has supported Dream Charter School (formerly Harlem RBI) in Harlem, offering scholarships to a number kids to play in a travel league and he has raised funds to support the families of police officers killed in the line of duty.

I tell you this not to diminish the seriousness of what Craig was accused of, but to point out a side of Craig that has not gotten much attention. Craig has consistently given back to others, without much fanfare or seeking recognition.

I ask that you consider this side of Craig, his family and community ties, and his otherwise clean record as you consider the most appropriate sentence for what he was accused of doing, and urge restitution over incarceration.

Thank you for your consideration.

Sincerely,

Thomas C. Brasuell

# Exhibit

# D-46

January 23, 2019

Honorable Judge Coleen McMahon
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 1007-1312

RE: Craig Carton

Your Honor,

My name is Matthew Byrne, chef/owner of Kitchen restaurant in Palm Beach, FL. I have known Craig Carton for over 20+ years. He is an amazing father & friend and I am lucky to have him in my life.

I first met Craig through his wife Kimmy who is my wife Aliza's best friend. We were both young and full of energy. Craig was always working harder than anyone else to achieve his goals and has never taken the easy road to success. He is an honest thinker, extremely driven and has always had the special ability to inspire everyone around him to achieve their goals and be their best. At my time of most need, and without pause, Craig was there for me in every way a friend can be there for someone. Without his support and friendship I would not be where I am today personally or professionally. I will never forget the support and inspiration he provided to be at my most vulnerable time.

Our families have grown up together. His kids Mickey , Sonny, Lucky & Anthony are a part of our family. Mickey will be attending University of Miami in the fall and we are excited to have her that much closer to us. They are exceptional kids with exceptional parents.

Craig's charitable work to build awareness, support, and effective treatment for people who suffer with Tourettes Syndrome is second to none. As I have seen first hand, both Craig and his son Sonny suffer from the effects of Tourettes. His Tic Toc Stop Foundation, Camp Carton as well as many other efforts have enriched the lives of countless families throughout the country.

I realize the Craig has been convicted of certain financial crimes that do not represent the Craig that I have known. It is at times like this that friends need to support one another. I believe that Craig deserves the chance to resume his professional life right away and serve his sentence in some manner that does not require imprisonment. Craig is more useful as an active, positive member of society rather than in a jail cell. People like Craig have a rare talent to inspire people to do better in all that they do everyday.

Thank you for all of your help and support to Craig Carton in this extremely important matter.

Respectfully yours,

Matthew Byrne

# Exhibit

# D-47

Dear Judge McMahon,

It's with heavy hearts that we write this this letter. It's not an easy task to sum up a man's character in a few short words, but we will try. We have known Craig Carton for 4 years as a mentor, friend and "Tourette's Crusader". In that time, we have known him to be a great man and can only recall things of a personal nature through the relationship we developed through Camp Carton. This annual summer camp was started by Craig to benefit children with Tourettes and specialized in fair treatment for kids with demanding needs. It was a safe haven for all campers and my son  was fortunate to be a part of. Craig was a great support to my son and all campers at Camp Carton and displayed devotion in many ways. He was always an inspirational, positive role model to my son and all the campers he sponsored through this program. He dove into the endless responsibilities of establishing this new camp like a power trooper while managing his high profile career as a sports radio personality. During his regular visits to the camp, he assumed daily responsibilities of encouraging children to participate various sports and activities which ensured every camper to feel safe and valued. In addition, Camp Carton opened their hearts to families and gave them many

summer memories of camp fires, sing-a-longs, family picnics and reunions. We will cherish them all. Lastly, he tirelessly organized events and fundraisers to help raise money for new scientific research for Tourettes Syndrome. My son was offered the opportunity to participate in a major University study for a non-pharmaceutical solution for tics. This research was instrumental in providing useful data and a helpful oral orthotic that reduces my son's tics.

We fear the outcome of this horrible situation. We hope for the best for Craig so this too will pass and he can rise up again and face the world with a clean slate. He and his family will always be in our prayers and thoughts. Thank you in advance for your consideration.

Respectfully,
Maria Valente and Robert Perillo

Sent from my iPad



# Exhibit

# D-48




2 Westchester Park Drive
Suite 410
White Plains, NY 10604
Tel 914-331-0100
Fax 914-331-0105
www.denleacarton.com

January 9, 2019

Honorable Judge Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  20007-1312

Re:    Craig Carton

Dear Judge McMahon:

I have known Craig Carton for approximately twenty years. His brother Jeff is my partner in a White Plains law firm. Despite my knowing Craig for that period of time, I feel that there are many others who are far more eminently qualified to speak about his charitable efforts, throughout his life, on behalf of innumerable causes; from the widows of Fallen Heroes, to raising money for a paralyzed high school hockey player in Orange County, to personally funding a Summer camp for children with Tourette's Syndrome, to his efforts on behalf of the Make-A-Wish Foundation. Testimonials from some of those individuals are undoubtedly already in your possession. I would suspect that if it did not require a profile in courage for those in law enforcement to stand up and speak on his behalf, you would have a thousand more.

One constant about those charitable efforts is that these weren't photo opportunity, cameo appearances for publicity purposes. These were events organized by Craig, where he would bring a cadre of celebrities to an event, imposing on his personal relationships, to make the events as meaningful as they were financially successful. You will note that he often embraced "Orphan Causes", which either did not attract public note, or which had long since departed the current news cycle.

But as I began, there are those whose lives were personally impacted, who can speak on these matters far more articulately than I ever could. I write for a different purpose. I write from the perspective of a former Westchester County prosecutor. During my tenure, I have made thousands of sentence recommendations to judges, yet none is more important than this one.

I say this because as a prosecutor, I always made it my business to consider the individual defendant, as well as the nature of the conduct involved. I sought to see if the background of the individual bespoke someone who was innately criminal, or if, as here, there was an alternative explanation for the conduct.

I would respectfully submit to the Court that Your Honor has never sentenced and will never sentence, an individual with a greater delta between the conduct involved in the conviction and the innate nature of the individual.

This begs the question; why should that be the case? The answer is that the conduct was the product of an addiction. We should not be fooled by the nature of this addiction. It matters not that the addicted individual was extremely highly functioning, or that he displayed none of the outward manifestations of a downtrodden addict, or that the addiction was playing out on a very public stage for many years. Addiction doesn't discriminate in whom it affects.

Years ago, as a prosecutor, the antediluvian view was that it didn't matter; criminal conduct was fungible; sentence them all and let God sort them out. Thankfully, we live in a more enlightened era. There is no societal purpose advanced by punishing addicts criminally. Addicts require treatment, not incarceration.

As a first-year law student, we studied the reasons why society punishes criminal conduct. There were three stated reasons: retribution; rehabilitation; and deterrence. We have seen that there is no purpose in retribution here, as the actor was not *malum in se*, but rather a valuable, contributing member of society. As to rehabilitation, addicts are rehabilitated in treatment centers, not prison. The medical literature is legion in this regard. As to deterrence, is there any question that the continuous opprobrium suffered by Craig in the media, coupled with the impact on his wife and children, is a far greater deterrent than anything the penal system could impose? As to a societal deterrent, is there anything about this entire process that would encourage any individual to follow the path that Craig has walked in guiding their actions?

We live in a society that is now as divided politically as perhaps any time since the Civil War. Yet there is surprisingly bipartisan support on one issue and one issue alone; that addicts do not belong in jail and that first time, non-violent offenders should receive leniency in sentencing. On this matter, there is support across the entire political spectrum, from the Koch Brothers, to the ACLU. This consensus represents a fresh and enlightened view of those dated reasons for punishment. Craig Carton is emblematic of why this clear-headed approach is the best path forward for us as a society.

In closing, Craig has suffered tremendously throughout this process. He has been devastated personally, professionally, financially and reputationally. To compound his punishment, it has played out on a very public stage, with a constant drumbeat of criticism from jealous competitors, who were as pressed for salacious copy, as they were unable to quiet their worst angel's lust for *Schadenfreude*.

Re: Craig Carton

     In 40 years of practice, I have never written a letter such as this and I suspect that I never will again. But if there is to be one letter to a Court, seeking leniency, that is to go above my name, I am proud to stand with Craig Carton in asking the Court to consider the entire life of this individual. You alone have the capacity to assist in restoring Craig to health and in restoring him as a valuable asset to our society.

                           Respectfully submitted,

                           DENLEA & CARTON LLP

                           *James R. Denlea*

                           James R. Denlea

JRD/dk

# Exhibit

# D-49

Dear Judge McMahon,

I am writing to you in regards to Craig Carton and the Tic Toc Stop foundation. My son, 
has been fortunate enough to have had the experience of attending Camp Carton for the past two summers. He also attended several teen leadership programs affiliated with the foundation. I have met and talked to Craig on many occasions, and listened to him speak passionately about helping young people with Tourettes.

I have never heard anyone speak with such optimism about Tourette. It is clear that Craig has devoted much of his adult life to making a difference in the lives of people who suffer from tic disorders. Camp Carton was carefully designed to give young people with Tourette a place to feel lile everyone else. My son was transformed by his experience. Craig visited the camp frequently, and shared his story of overcoming the challenges of growing up with a disorder that is very alienating at times.

There are not many places where people with tics feel normal, but Camp Carton was one of them. Craig Carton made sure that the camp was staffed with the nost compassionate and well-informed professionals. I felt safe leaving my child in their care. I will always be greatful to Craig Carton for all of the research and funding that Tic Tock Stop provided for Camp Carton, and for aiding in research on Tourette.

Thank you for taking the time to read my letter. If you have any further questions, you may contact me @

Kind Regards,
Kaitlin Roney

# Exhibit

# D-50

Dear Honorable Judge McMahon, my name is Emelio C. Rodriques. I am writing this letter in support of the person I know Mr. Craig Carton to be.

I work with the NYPD and met Craig approximately four years ago during a celebrity softball game to support the families of fallen members of the NYPD. Craig was very instrumental in organizing the event. He was able to get present and former athletes to volunteer their free time to participate in the game. During and after the game Craig and the athletes took the time to speak and interact with those in attendance.

After that initial meeting with Craig, I stayed in contact with him. Over the years I've had the opportunity to interact with Craig and his family, our kids have spent time together. A couple of years ago I decided to start an annual toy drive and luncheon for a domestic violence shelter. The first person I spoke with about my idea was Craig and without hesitation, Craig was all in. He worked with me to get sponsors and a location to provide the space and food for the event. The event was very successful and with Craig's help, the families had a day to enjoy the holiday season. Craig helped organize the event and attended it with his wife.

Given everything Craig is currently going through when it was time to start the toy drive for the shelter, Craig and his wife were once again fully involved. Craig once again worked with the sponsors and helped make this past holiday luncheon a success.

Craig is very giving and selfless person. Since I have had the pleasure of being around him and his family he always puts others before himself. Craig goes above and beyond for the less fortunate and those in need. Many of these acts, most people will never hear about. Craig doesn't do these things for the public recognition, he's just a good-hearted person who wants to help others.


Thank You for Your Time,

X _____
Emelio C. Rodriques


Emelio C. Rodriques

# Exhibit

# D-51



Dear Judge McMahon                              January 22, 2018

I would like to take this opportunity to write a letter about my relationship with Mr. Craig Carton expressing my positive character reference which began in 2012, when I was introduced to Craig as Vice President of Food and Beverage for the Barclay Center in Brooklyn.

My responsibilities included orchestrating the opening of the *"Boomer and Carton Kitchen"* concession stand comprised of executing the menu, creating the look, feel and vibe in tandem with Craig's vision. Upon meeting Craig, I immediately found him to be a very personable sincere man, who is extremely family oriented and respectful of all people he encountered. He is an extremely popular public figure so walking 10 minutes through a crowded arena is challenging with at least 20 different people stopping him to shake hands or take a picture. All of which he accommodated, smiling and taking to them as if they were buddies from way back in the day.

Our affiliation continued through the 2012 NBA season, seeing Craig quite often at the arena for a variety of events as well as working together on an additional food concept, *"Thomas Greek Kitchen"*. Over the next few years, I would visit the WFAN studio for a quick check – in meeting with he and Boomer to talk Barclays Food, or bring my son, (who was a huge fan) to their show just say hello. Again, Craig was always willing to mentor or help a young people no matter what their interest, especially if they were following the path of sport broadcasting.

In 2014, Craig retained my firm (Gigachef) services as a consultant and advisor for a BBQ company he was developing. Over the months ahead we had multiple meetings, brainstorming sessions and food tastings many times in his Manhattan apartment, which allowed me to see him interact with his lovely wife, and adorable children. I am very sensitive to a good healthy family life with 4 of my own children, married 38 years. Once that engagement ended, my contact with Craig remained, although limited, whenever I contacted him, it was as if no time had passed, answering quickly and with sincere and honest interest, always asking if there is anything he could do for me.

Craig is a special guy, a real man's man and a compassionate women's man. Not in a sexual sense but more as an idol and favorite in the broadcasting world. He speaks to all people with respect, showing care and compassion about their problems helping many better to themselves. Craig quite honesty, says on radio, what many of us are thinking. He is a guy who thinks outside the box, outside the typical comfortable parameter's of people potentials. If he knows you he pushes you to be the best you can be, if he doesn't know you he would still challenge you to places you never thought were possible.

My hope and prayers for Craig and his family is he can rebuild his life and show the world what a great man he can be. Thank you,

Lisa Brefere

1

# Exhibit

# D-52

**Lonn A. Trost**
**13 Wing Foot Court**
**Monroe Township, NJ 08831**

March 18, 2019

The Honorable Colleen McMahon
Chief Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge McMahon,

I am writing this letter to you in my individual capacity, as it sets forth my PERSONAL views of Craig Carton and not those of my employer. Moreover, my letter should not in any way be deemed an endorsement of my views by my employer. In fact, as I am certain you have noted, I chose to not use my business letterhead.

I am an attorney and was admitted to practice in 1972 before the State Courts of New York and I have appeared in both the United States District Court for the Southern District of New York and the United States Court of Appeals for the Second Circuit. I began my legal career in 1971 with the United States Justice Department, Office of Chief Counsel (Treasury Department). Prior to my present employment, I was a partner and member of the Executive Committee of Shea and Gould and thereafter a partner at Herrick Feinstein. While at Shea and Gould and subsequently at Herrick Feinstein, my practice focused on sports law as I represented, from time to time, the New York Yankees, the New York Mets, the New Jersey Devils, the New Jersey Nets, Little League Baseball and the Major League Baseball Hall of Fame.

In 1997 I repositioned my sports practice and became the General Counsel and subsequently also, the Chief Operating Officer of a major New York sports organization where I remain employed.

As a direct result of my sports practice, I met and developed a relationship with Craig Carton. Yet, my continued relationship with Mr. Carton did not stem

from sports. It grew out of his compassion for children with Tourette Syndrome and his unwavering focus to find a cure (or relief) for those who suffer from Tourette Syndrome. As Mr. Carton suffers from Tourette Syndrome, so do two of his children. And, his experiences are not foreign to me, as my son has had Tourette Syndrome since he was six years old.

The burden of having children with Tourette Syndrome and watching them suffer and continuously be bullied by their peers is heartbreaking. And, that which is generally unknown, is that those with Tourette Syndrome generally are saddled with Obsessive-Compulsive Disorder, which I can confirm, without hesitation, creates even greater issues.

While Mr. Carton and I have had similar experiences with our children, Mr. Carton has had the same issues to combat with respect to himself and he faced those challenges directly by dedicating his life and compassion to children with Tourette Syndrome and subsequently he expanded his charitable and fundraising efforts. From organizing and successfully operating TicTocStop to help people with Tourette Syndrome take the next steps in improving their lives, to creating the NYC All Star Sports Group so as to develop the "Borough Cup" for children of multiple ages to participate in baseball throughout New York City, to supporting and acting as the spokesperson to raise funds for Michael Nichols, a New Jersey high school student who became paralyzed as he played hockey for his school, to organizing the "True Blue" Celebrity Softball Game to benefit, among others, the families of NYPD Officers Brian Moore, Wenjian Lui and Rafael Ramos, Mr. Carton's dedication and compassion would not be denied. Additionally, Mr. Carton has spent many years working with the New Jersey Center for Tourette Syndrome, attending Tourette Syndrome conventions in Washington, D.C. and championing research with various movement disorder specialists and dentists in an attempt to develop technology that would render relief for people with Tourette Syndrome.

Quite frankly, it is rare to meet someone who, despite his own challenges (Tourette Syndrome and Obsessive-Compulsive Disorder), can dedicate himself, as compassionately as Mr. Carton has, to attempt to help ease the life of those in need.

Thank you for taking the time to read this letter.

Respectfully yours,

Lonn A. Trost

# Exhibit

# D-53



Tel: (201)909-2370
Fax: (201) 909-0429
E-mail: info@premiofoods.com

December 21, 2017

Hon. Colleen McMahon

United States District Judge

Chief U.S. District Judge

Dear Judge McMahon,

I am writing to you about Craig Carton who I have known professionally and personally for over 10 years. I would like to share some personal experiences I have had with Craig that gives an insight into his character.

My brother Steve passed away at the age of 49 from ALS around the time that Craig had gotten his biggest career opportunity as morning host on New York's number one sports radio station. At this time in Craig's career he needed to make sure his show was entertaining and interesting enough so that he could solidify his position in his dream job. Bottom line was Craig needed ratings and he didn't have time to waste. At this same time, my family and I had started the Cinque Foundation for Fighting ALS in my brother's memory. Craig reached out and invited me to come on his new show and talk about ALS and bring awareness to this disease. Here was Craig who needed to prove his ability to get ratings at a critical time in his career and he invites someone who isn't a celebrity or could help his show on to talk about ALS which was not riveting radio.

Another side of Craig I have seen is the family man he truly is. Seeing Craig around his wife and boys tells me the kind of man he is. The closeness of his family, the way his boys played with him and the way he not only interacted with them but the true sense of being their best friend comes through to anyone who has spent time with them. Being a father myself it shows more about a man's character than anything he can do.

Your Honor, I respectfully ask you to consider these examples of Craig the person in your decisions.

Respectfully,

Marc Cinque
President
Premio Foods

Premio Foods, Inc.
21-00 Route 208 South, Suite 200 • Fair Lawn, New Jersey 07410

Exhibit

D-54

█████████████████████████████████████████

█████████████████████
█████████████████

Honorable Judge Colleen McMahon:

Seven years ago, Craig, Kim - his wife, my husband and myself went out to dinner as friends and left as family. We immediately clicked, as most kindred spirits do. Not only were there your normal phone calls and texts as friends do, but also Sunday dinners, trick or treating on Halloween, soccer games, pumpkin picking, football games and so much more. This is where I became to really know Craig. This became the normal to us. The "us" I am referring to isn't just to the four people I mentioned before, but to Kim and Craig's children, Sonny, Lucky, Micky and Anthony and my daughter ██. The "us" quickly included our children, and we all became what a group of 9 become - a family. (My daughter even calls Craig "My Uncle Craigy"!) We have sat together, laughed together, cried together, and celebrated together.

In the time I've been lucky enough to have known Craig and his family, I have seen a loyal friend, doting father, loving uncle, and supportive husband. He has unfathomable pride for his charity, Tic Toc Stop, which is nothing compared to the swell of pride amongst hundreds of parents when they see their children actually being helped and making progress. Being privileged to be able to see a child hit a goal is one of the most incredible things one can be blessed to witness, and Craig, through his foundation, plays a part in that.

Not only was Craig and his wife huge in the Tourette's community, but also in his own community. He and his wife are their children's biggest cheerleaders. They go to dance competitions, sports games, and any other space in which they could show their children support and love. At dinner every night they do the highs and lows of their day, and they problem solved those "lows" as a team. The bond and love within this family was second to none.

This is the Craig my husband, daughter, and I have come to know. This is the Craig who would help someone out, just because it was a nice thing to do. This is the Craig who would perform magic for a child to calm a meltdown. This is the Craig who has gone above and beyond for his family and friends. This is the Craig we all adore and love. This is the Craig I hope you consider as you make your sentencing decision on February 27th.

Thank you for taking the time to read this letter.
Molly Perone


Sent from my iPhone

# Exhibit

# D-55



FIRST NATIONWIDE TITLE
AGENCY, LLC

220 East 42nd Street, Suite 3105
New York, NY 10017
P 212.499.0100  F 212.499.0600

50 Charles Lindbergh Blvd., Suite
Uniondale, NY 11553
F 516.282.0585

February 13, 2018

Dear Honorable Sir:

My name is Steven Napolitano and I am currently the President of First Nationwide Title Agency in Uniondale. I am writing this character reference letter on behalf of Mr. Craig Carton. I feel qualified to attest to Mr. Carton's personality and character based upon the fact that I have known him for more than five years. During this time, my interactions with Mr. Carton have always been of a positive nature, whether it be in a personal or professional environment.

Mr. Carton has always been very giving of his time, not only for his own charitable endeavors, but for those of others as well. I have personally requested his attendance at many charitable events that I have hosted and he has never once disappointed me. I have also requested his assistance with a number of business functions. He was always the first one to arrive and always carried himself in a professional manner. Everyone he would come into contact with would walk away with a sense of importance. Never have I witnessed him use his fame for anything other than positive means.

I can certainly recommend without reservation that Mr. Carton be viewed in the light as I have set forth above. In all of my experiences with him, he has always displayed integrity and loyalty.

Please feel free to contact me at snapoli52@aol.com should you require any additional information.

Sincerely,

Steven Napolitano

# Exhibit

# D-56

Paul Amelio

New York, NY
January 31, 2019

Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Attn: Honorable Judge Colleen McMahon
United States District Judge
Chief U.S. District Judge

Ref: Mr. Craig Carton

Dear Honorable Judge Colleen McMahon,

My name is Paul Amelio and I am writing to you regarding a gentleman named Mr. Craig Carton.

It is through my son▮▮▮▮ that I have had the pleasure of meeting many of my current and valued friends that I admire and respect. That's how I met Mr. Craig Carton, he was a coach associated with TTS Soccer Stars. My wife enrolled my son and we joined the program in 2013 and although I had just initially met Mr. Carton as my son's new soccer coach, I didn't have any idea of his celebrity status at that time.

Mr. Carton was focused on making those kids better players, respectful teammates who supported each other and enjoyed playing the game. You would never know of his celebrity status as DJ and co-host of the Boomer and Carton sports radio program on WFAN. I found out after several games when a parent shared information with me. Yes, I was familiar with the Sports Show, but I wasn't an avid fan however Mr. Carton quickly grew on me and so did his family. His wonderful wife Kimmy, his sons Sonny, Lucky, Anthony and his daughter Mickey were easy to love and embrace.

Having said that, Mr. Carton was always genuine to me and role model for my son▮▮▮▮ As it turned out we had a lot in common including our Alma Mata Syracuse University, Soccer as a favorite sport, fathers that participated in their children's interests. Mr. Carton was soft-spoken as a coach who never raised his voice when coaching the team and children in turn, he quickly earning their respect. Nevertheless, he also handled the parents with poise and respect even when some of us unruly parents got excited over a bad call, Mr. Carton quickly took control. I don't know how Mr. Carton did it but he also founded a charity called 'Tic Toc Stop' to help children with Tourette Syndrome a disease that doesn't receive the attention that it truly needs.

I cannot put all the great characteristics, the respect and admiration that I have for Mr. Carton without writing a book but I have to say, I did not believe the news that Mr. Carton could be guilty of any crime and thought for sure, he would be exonerated. I can say without hesitation that Mr. Carton is an honest man and if he made a mistake, please consider all the options. I respect the Judicial System, my intention is NOT to sway the court's decision in anyway, as a citizen and a friend of the Carton family, I simply ask that the court please keep the innocent young Carton children in mind during this process.

Respectfully,

Paul Amelio

# Exhibit

# D-57



Brooklyn, NY ██████

January 28, 2019

Honorable Judge Colleen McMahon
Federal Court
New York City, New York

Dear Judge McMahon,

I am writing this letter on behalf of Craig Carton who is scheduled to be sentenced in Federal Court on February 27, 2019. I have known Mr. Carton for approximately six years as a friend of my daughter and son-in-law. He and his family have joined us for Sunday dinner many times. During our visits I found him to be a loving father, a caring husband, a good friend and a gracious individual. He spoke passionately about his charity "Tick, Tock, Stop" and looked for ways to support children with special needs.

As an educator for over forty-five years, I always look closely at how individuals interact with children. Mr. Carton was especially kind to my young grandchildren, often getting on the floor to play with them. My four year old granddaughter looks forward to Uncle Craig taking her Trick or Treating every year. He is also supportive of his own children, encouraging them in their schoolwork and activities. He often drives them to games and activities, inviting friends to come see them and cheering them on from the sidelines.

This is the Craig Carton I know, a family man, a gentleman, a loyal friend, and a generous heart. I hope you will consider this when he is sentenced on February 27th.
Thank you for taking the time to read this letter.


Sincerely
Margaret M. Russo

# Exhibit

# D-58

Dear Judge McMahon,

I'm writing to you today about Craig Carton. I have known Craig for ten years. I can tell you that in all the years I have known him as a colleague at WFAN and as a friend, I have always known him to be a person of high morals and integrity. As the years progressed that fact has proven to be true tenfold.

There were often guests that would come up to watch his show. Many of whom were children or adults who bring their children. Craig was always so warm and thoughtful to the children....often times bringing them to his office after the show to give them a token from their visit which he knew would mean the world to them.

His charity, Tic Toc Stop, has helped so many children with Tourettes that it was extremely touching. I have seen this firsthand at many Tic Toc Stop fundraising events. The children this foundation helped would be at the event giving testimony and literally thanking him because they felt so much better, physically and emotionally.

Craig also organized the Mikey Strong Charity Hockey game for many years, all to help Mike Nichols, who sustained a spinal cord injury during a high school hockey game. Mikey fast became a friend of Craig and the show because he was so grateful to them for their help and their concern. All of this done out of the goodness of their hearts...for no gain other than to help an unfortunate child...another human being.

There were countless incidents and events created by Craig just like these....for children AND adults alike...all for charity...for NYPD and fallen officers/families...for FDNY...I can go on. When people met him, they instantly liked him and our co-workers at the radio station feel the same way.

He has always been a person of exemplary character...always dedicated to his family and his job.

I hope you will take this into consideration when making any decisions towards Craig Carton.


Sincerely,


Victoria Biello

Business Development

WFAN Sports Radio

345 Hudson Street

New York, NY 10014

# Exhibit D-59

January 3, 2018
Attn: Honorable Judge McMahon


Your Honor,

We are writing this letter to you on behalf of Craig Carton who is appearing before your court.

We have known Craig personally for over four years. In this time we have come to recognize what a kind and compassionate man and father Craig truly is. We met Craig through our respective son's tackle football program Downtown Giants in lower Manhattan.

Craig's son Lucky and our son ███████ were teammates in 2015 and 2017. In 2016 Scott had the pleasure and honor of coaching Lucky in the Peanuts division. During this time, Craig was always on the sidelines at every practice and every game. He was always willing to roll up his sleeves and lend a 'helping hand' to the program and even jumped in to some assistant coaching roles. His passion and spirit for the sport brought a wonderful and uplifting atmosphere to the program and he created a healthy bond personally with our son but also with all the kids he was coaching. All the young boys looked up to him and everyone thoroughly enjoyed his company.

Craig's passion goes beyond just 'showing up'. In the time we have known him we had learned about Craig's tireless efforts to create a better quality of life for people with Tourette Syndrome through his foundation TicTocStop. Through Craig's connections to CBS sports and WFAN he organized an incredible fundraiser last year for the boys of Downtown Giants when he created a tournament to be played at MetLife Stadium. This was a 'once-in-a-lifetime' opportunity for these boys and their families. Without Craig's generosity and passion for a cause he believes so deeply in none of it would have been possible.

Craig is a wonderful father and an upstanding member of our football community and our neighborhood community. He even went above and beyond to help Angela's brother secure a job at CBS Sports two years ago. He is that kind of person who will help not only a friend but a brother of a friend and someone in need! We see the way he loves his four children and wants only the best for them. He brings such a genuinely positive attitude to his parenting. His son Lucky, whom we know best, is a wonderful boy someone we are proud to call a friend of our son ██████. This can only be attributed to the respectable and compassionate kind of man that Craig is.

We truly hope you will recognize the qualities and character that we admire so much and have come to love in Craig.


Respectfully Yours,


Scott Zaletofsky & Angela Roina

# Exhibit

# D-60

Jim Huvane

Ossining, NY, 

December 28, 2017

Subject: Affidavit Letter of Support for Craig Carton

Dear Judge McMahon,

I am writing to you to confirm that I have known and have been close friends with Craig Carton since 2011. Craig and I met at a sporting event in 2011 that started a 6+ year friendship. Over that time, as well as the subsequent years after, I have become close to Craig's family his wife Kimmy and four beautiful children. Over the years we have gone on trips together, our families have become friends, we have raised money for our charities, and they were by my side at our wedding celebration.

One of the biggest accomplishments we have as friends was the start of the Boomer and Carton charity softball event with Commissioner Manfred and Major League Baseball in my home town Sleepy Hollow, New York. I am actively involved with the Hudson Valley Chapter of Make-A-Wish. In 2015 I asked Craig if he would be willing to have a softball game against the commissioner's office of Major League Baseball with the proceeds going to Make-A-Wish. Craig did not hesitate to say yes and was our biggest supporter. Craig rallied his team and celebrities each year to help raise money. This past year marked our third year of the game. We have raised over $47,000 benefiting families of Make-A-Wish granting approximately 6-7 total wishes.

In the middle of December I visited Craig and his family at their new place in the city. It was the last night of Hanukah and I was lucky enough to celebrate with his entire family. Craig was helping the kids with their homework assignments and discussing college visits with his eldest child. As somethings has changed much did not. Craig has downsized his place due to this pending legal manner. His love and devotion to his family still remained the same if it has not grown even stronger. The past few months has been very difficult on Craig and his family. I saw firsthand the love Craig has for his kids and the love they have for him. Craig's four children are his world. Sports was a passion and hobby that sparked a friendship with Craig but his family values and love for family we share has made Craig a lifelong friend.

Thank you for the opportunity to share this information with you. It is very difficult to express my feelings, beliefs, and facts about Craig and his family in a one page letter. If you have any questions, please feel free to contact me at ▮▮▮▮▮▮

Sincerely,

Jim Huvane

Exhibit

D-61

Dear Judge McMahon,

My name is Michael Hendrick. I am a retired Lieutenant from the New York City Police Department. I have known Craig Carton for approximately 5 years. In the time I got to know him the thing that impressed me the most about him was his dedication to his family, friends and community. Craigs family always came first in his life. Everytime I saw Craig his family would be around. He would pick his kids up from school and him and the kids would walk his wife home from work. Craig also made it a point to never miss one of his kids little league games. Craig would walk around town and stop to take the time, if someone wanted to meet him, talk to him, or simply say Hello. He also would stop by the precinct often, to see how the guys were doing, thank them for their services and ask them if they needed anything. Craig worked with the community to raise money for different foundations. Craig also loved Sports. He came to me with an idea of getting a softball game together between my precinct and members of the FAN plus some athletes he could get to play. We decided to make it a fund raiser for the Widows and Childrens fund, wich donates money to the families of fallen officers. We would wind up playing 2 years in a row and donated a lot of money to this foundation.

Mike Hendrick

Mike Hendrick

# Exhibit

# D-62

To: Honorable Judge Colleen McMahon

Re: Mr. Craig Carton

Your Honor,

I would like to submit this letter for your consideration in Mr. Carton's sentencing.

Mr. Carton and I have maintained a professional and personal relationship for about six or seven years.

Mr. Carton was the unwavering inspiration for a not for profit foundation which would sponsor research to help find a solution to the debilitating consequences of Tourette's syndrome on children and young adults.

I was invited to be a key researcher for his Tourette's foundation under the aegis of The University of Tennessee.

He infused energy into this research project. His highly public profile allowed us to see a great many patients. We were able to develop an appliance that when worn by these patients, allowed them to return to a normal life. His Foundation allowed indigent families for whom the finances for the travel and time off from work would not have been possible.

As a result of his efforts, we were able to confirm the hypothesis that this device would aid many young people.

I can categorically say that the because of the Tourette's Foundation, we were able to fulfill the dreams of these young children, all of whom, just wanted to be "normal" again.

I hope that knowing what Mr. Carton did for his children, and all children, might contribute to highlighting the profound and life changing contributions this man made to the lives of dozens of children.

Respectfully submitted,

Elliot Taynor, D.D.S., A.B.O., FICD.


PORT JEFFERSON, NY ███

# Exhibit

# D-63

February 1st, 2019

Honorable Judge Colleen McMahon

Dear Judge McMahon:

I have known Craig Carton in a personal capacity for over five years. In my numerous interactions, I have only known a man who is humble, kind, and honest. Craig has always been generous with his resources and his time to help people in his community for the simple enjoyment of being a good person.

Craig was instrumental in the establishment of a sports program for the children of downtown Manhattan. He dedicated a significant amount of his free time organizing each season, running practices, and transporting kids to games all over the city. He would take the time to connect to each of the kids to mentor them, laugh with them and inspire them to perform at their highest level. My son, George, will always be grateful to Craig for establishing and nurturing the Downtown traveling soccer program.

During my interactions with Craig, I never saw any evidence of the behavior that led to his conviction. I would respectively ask you to take in account the side of Craig that I know when coming to your decision.

Sincerely,

Douglas Tiesi

# Exhibit

# D-64



To the Honorable Judge Colleen McMahon

My name is Douglas Wells and I felt I should write a letter to you about my experience and relationship with Craig Carton. Craig and I have been friends for a little over 12 years and during those 12 years I have seen him be a caring husband to his wife Kim and a great father to his Daughter Mickey and to his three boys Sonny, Lucky and Anthony.

For the better part of the the last three decades I have been in the Automobile Industry as a sales executive, General Manager and Owner of dealerships throughout the tri-state area. Part of my responsibility was also to determine how our dealership should spend its advertising dollars. It

is through that responsibility that I met Craig as the host of a show that I was advertising on.  I have met and done business with every major radio station and personality in the marketplace but I had never met anyone like Craig.  He had no ego, he was affable and genuinely nice to everyone he came in contact with.  He was also quiet and more introverted than the personI heard on the air.  I came to realize that when he was away from the microphone Craig was a simple guy who always went out of his way to help others out and he was the type of guy that would rather be at home with his kids than at an event.

I was fortunate enough to go to a few Super Bowls and I happened to see Craig at the one in San Francisco. I mentioned to him that I was having a dinner with a group of guys that were big fans of his.  Without another word beign said he showed up at our dinner, talked sports with the guys, took pictures with them and them each feel like he was their friend.  As a Radio Personality he made sure he had a great relationship with everyone at the station too and he never acted to them like he was the big shot. He treated everyone with respect and went out of his way to offer his guidance to the yearly interns that worked at the station.  I know because I sent a few interns his way.  And When I have spoken to people from the station they all miss him and

want him to be ok and have this situation behind him.

They all know what I know and what the people who were lucky enough to be welcomed to his inner circle know, family came first his job came second.  They knew he was the type of guy who could never say no when someone needed help.  Craig would call me whenever he had an idea for a charity event or a plan to help someone in need.  One of the greatest gifts in my professional life was being able to see with my own eyes how Craig changed the world for kids with Tourettes, how he rallied over 17,000 people to watch a softball game to support the NYPD and its Fallen Heroes and Widows and Children Funds, how he created planned and hosted a celebrity charity basketball game for a former NYPD Detective's Family who perished in Afghanistan and how he always provided an open microphone to any person or group who needed help.  I sponsored every event.  They were all amazing humble acts of caring led by Craig and Craig alone.

I remember 10 years ago we were playing golf and just the two of us he started to discuss Tourettes and that he had it but more importantly he wanted to find a cure because  Mickey and Sonny both suffered from it.  His main concern was how children pick on other kids if they have something that might not be what is the norm.  In

his Heart like any other parent was he wished he could take all aspects of the disease from them and give it all to himself so they could live a more normal life which every Parent wants.

Rather then sit by and watch his kids suffer he decided to start a charity with the plan to help discover a cure.  He explained to his friends and supporters what the Tic's were and how much they impacted a kids life which is the main issue of Tourettes.  He was on a mission and put most of his extra time towards this using his ability to promote and educate through his radio Voice.  He not only donated time but money and created a large network of people from all over to work on something that most would never think about doing.  He created a camp for these kids that is still in existence and he created a mouth piece that makes the tics go away.  He has in fact saved these kids from a lifetime of sorrow and of being imprisoned by the tics that override their brains.  What a great gift you could bestow upon those kids by allowing Craig to avoid prison and continue his productive behavior in helping those kids flourish.

I know he is one of those people that if he owes someone money and it seems from the trial that he does he would make it his primary business to take out that debt and make those people whole.

I must say Craig and his family are my friends and I will always be there for them.

Most people who know Craig and I are friends always ask for him and wish him well. It's strange in a way. He has not been on the radio for over a year and yet not a day goes by that someone doesn't ask me about him.

If he does go to prison I will be there when he is let out and I feel in my heart that if you were compassionate enough to take a chance on someone in his position that he would make you proud for allowing him a shot at a second chance.

Sincerely

Douglas Wells
General Manager
Ray Catena Motor Car
Mercedes-Benz, Smart Car, Sprinter/Metris Vans
910 Route One
Edison NJ 08817
office 732-549-6600

fax      732-626-6108
dwells@raycatena.com

CONFIDENTIALITY NOTICE: This e-mail is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, or dissemination of this transmission, or taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please reply to the sender listed

above immediately and permanently delete this message from your inbox.  Thank you for your cooperation.

# Exhibit

# D-65

Edward Scozzare
WFAN Sports Radio
345 Hudson St. 10th Floor
New York, NY 10014
[Date]November 27, 2018

Hon. Colleen McMahon
U.S. District Judge for the Southern District of New York

Dear Hon. Colleen McMahon
:

Let me begin by saying that I am aware and accepting of the verdict against Craig Carton in his case over which you presided. I have no doubts about you or the jury. Craig is an addict, and addicts all eventually do stupid and often illegal things. I realize that I have not broken any new ground for you as of yet, and have not given you any reason to give Craig any leniency at sentencing. Let me try.

Craig is generous to a fault, extremely loyal, and most importantly, a loving father to his four children. And it is those children who I believe are the biggest losers in this whole mess. Not only is their father going to jail, but for them, they just found out that there is no Santa Claus, no Tooth Fairy, no magic in the world at all, and, I fear, no reason to believe in anything or hope for the future. He was larger than life to them, in a way that few fathers are. And now all of that is gone.

Is there anyone to blame but Craig himself? Certainly not. So why give him a break? I realize that you have heard this before, but the man has already lost everything—career, money, reputation, and quite possibly, his family. A show of leniency from you would give him at least a chance of getting some of that back sooner, and where his children are concerned, time is of the essence, as a year seems like five to them right now.

Sincerely,


Edward Scozzare
WFAN Sports Radio--Button Pusher For the Boomer & Carton Show 2007-2017

# Exhibit

# D-66

Your honor,

I've known Craig Carton since 2002, which was when we both began our very successful run as the "Jersey Guys" on New Jersey 101.5 radio.

During the time we were together as a team, Craig and I maintained a close relationship. I think I know him well enough to say that the person who was recently found guilty of various financial dealings is not the person I know.

This is a man who has always put family and friends foremost in his life.

He is a devoted family man. I'd known him though the birth of 3 of his 4 children. No one could be a better father. He is an avid participant in his children's activities and dotes on them as any father should.

He's also a devoted husband to his wife, Kim. I don't think I'd ever seen two people more devoted to each other than they are. It's as though they are one person.

So given all that, it's sad to think what will be of his family unit should he be away from them for an extended period.

And it's not just his family that will be affected, but the charity he founded to help those suffering with the same affliction that he and two of his children have – Tourette's Syndrome.

I'm sure you'll probably hear testimonials from parents whose children have benefitted from their stay at the institution he's founded - Camp Carton. As previously stated, he has a huge place in his heart for children-especially those who've been found to have the same disorder with which he's had to deal.

I recall hearing the news of his arrest, and subsequently heard from many of our former listeners who, for whatever reason, thought I'd have been happy.

I maintain that nothing could be further from the truth. Incarceration does not accomplish anything. It will not address the larger issues which were behind his having been arrested.

Please consider all I've written as testimony to Craig's character.

He truly is a good man.

Ray Rossi.

# Exhibit

# D-67

**Gary Spindler**


New York, N.Y.

January 30, 2019


Honorable Colleen McMahon

My wife and I have known Craig Carton since 2015, when our son, ▮ tried out for, and was accepted into, Craig's travel soccer team, Tribeca Travel Soccer ("TTS"). Craig founded the team a few years earlier. He then recruited, organized and built the team from kids in the community. Craig continued to manage the team until late 2016, when he handed over management of the team to one of the coaches. His commitment to the team continued, with Craig funding shortfalls in fees due to increases in league cost and a slight dip in membership and helped getting the team uniforms. ▮ still participates in TTS today.

Our interactions with Craig were limited to TTS-related matters. Craig was always extremely courteous and attentive and it was a pleasure to deal with him. He was always very patient and nice to our family. He answered all of our emails promptly, and was always willing to organize carpools to games.

We were impressed with Craig's ability to manage TTS, as well as a flag football league, in addition to having a job and a family. I used to manage a little league team, and I am aware that it is difficult to engage parents as managers because of the time commitment. Craig went above and beyond what most parents do by managing two teams for his children. The community as a whole benefitted from his actions. Above all, Craig was great with the kids. He encouraged them, made them feel confident about their abilities and presence on the field.

From our standpoint, Craig was an exemplary parent and member of the community.


Please take this information into account for Craig's sentencing hearing.


Sincerely;

Gary Spindler

# Exhibit

# D-68



January 2, 2018

Dear Judge McMahon:

I write about Craig Carton. I have known him for about 15 years and worked with him every week for four years on NJ 101.5 FM as part of my position as Bureau Chief for Gannett Newspapers' Trenton Bureau and New York Times Best Selling Author.

Mr. Carton always demonstrated a real and true concern for people, especially helping ones whose lives had fallen on bad times. A professional entertainer -- intelligent and knowledgeable, for sure -- but beyond that he is loyal, supportive, kind, sincere and honest.

As a journalist for 40 years across the nation, I have worked with scores of people. None impressed me personally more than Mr. Carton. It is a pleasure knowing him and having him a part of my professional life.

Sincerely,

Robert E Ingle

# Exhibit

# D-69



Dear Judge McMahon,

I am writing to you today on behalf of Mr. Craig Carton. In the many years I have known Craig, he has been one of the most loyal friends I have ever known. A brother. A man of principal who is a fine father to his four beautiful children whom I have had the pleasure to watch grow. He has impacted my life in so many ways. Having witnessed the tireless efforts he has put forth with his charity work has been an inspiration to me. Craig in many ways taught me to be the father I am today by leading by example. Someone that could handle the public eye yet still be there for his children and wife on every level. Craig has always been a family first man. His children worship him and he them. So much so that his philanthropic work, which I have witnessed first hand is centered around helping other children in need. I have seen the looks on children's faces that have had the experience and benefit of his beloved Camp Carton. They are forever changed. He has created a place where they feel like normal children even for a few weeks. The mouthpiece device for children dealing with Tourette's he helped spearhead, has been a huge leap forward in helping them to feel relief from their violent ticks. Craig has exhibited a great deal of empathy for those in need and does so out of the kindness of his huge heart. Mr. Carton has gotten to know my daughter, ███████ and is like an uncle to her... she loves him and his family.

Your Honor, I implore you to consider everything I have stated about this fine man, Craig Carton and thank you for your time.

Sincerely,

Constantine James Maroulis
Tony Nominated Actor
Tony Nominated Producer
American Idol Finalist
Philanthropist
Father

# Exhibit

# D-70

18 December 2017

Dear Judge McMahon,

I am a Sergeant in Chester Township, New Jersey. I met Craig Carton in 2015 shortly after my wife and I lost our twin daughters. During our journey of fighting for our daughter's lives, I was able to find some comfort in watching the Mets. Every night during our journey, my wife and I would lay in bed – she would do medical research and we would watch the Mets – it was my outlet and escape the realities of our situation.

This happened to be the year the Mets went to the World Series. My wife wanted to surprise me with tickets to the World Series, but they were just too expensive. Apparently she wrote to Al Dukes, the producer of Craig's radio show at the time. I'm not sure how it got to Craig, but I was working one day, my wife called me and had Craig on the line with her. He told me how sorry he was to hear about our loss and offered to take my wife and I to the World Series. He was kind, understanding and sympathetic – he went out of his way to try and lift our spirits.

We attended, met Craig, ate some delicious bacon on a stick and, for one night, had a total escape, all because of Craig's selfless act.

For many years, I've also listened to Craig on his radio show.

I was shocked when I heard of the charges against Craig and have only spoken with him briefly since this happened. He has told me that he is not guilty of the charges and will be fighting this with all his being.

I have met his wife, children and other members of his family throughout the last 2 years and know how hard working he is. I feel for him deeply for having lost his job and can only imagine what he and his family are going through.

As I think about Craig's character, I know his radio show personality was just that. What I know of Craig is that he is a trustworthy, hardworking family-man.

Thank you,


Christopher Cavanagh

# Exhibit

# D-71

Judge McMahon;

Greetings and warm regards.

I hope you don't mind but I felt compelled to write a quick letter in regards to my friend, Craig Carton.

I've known Craig for almost 20 yrs.

And I've only known Craig as a dedicated family man - and a true broadcasting professional.

I can remember distinctly when I asked Craig to help out a non profit organization and he immediately stepped up.

And it was an evening event and Craig stayed late to help raise money for families in Hunterdon County.

I myself have attended Craig's own  charity events and saw firsthand his commitment to helping others.

Including his ol pal here, when I started my radio journey.

I can only very respectfully request consideration for any and all leniency you might extend to Craig.

For his sake as a decent human being and especially for his family.

It's what he lives for.

Thank you Judge McMahon and all the best …

Joe Piscopo

# Exhibit

# D-72



Judge McMahon

I had met Craig Carton over 3 years ago at his camp for Tourette's. He had met my children ██████████ on several occasions and he had spoken with them about not being embarrassed about this medical condition. He was very honest with them and was a positive role model for them.
Craig had put 100% into creating a place for the kids. Without this camp they would not have met others with Tourette's.

Every summer they would count the days till they could see Craig Carton and have the best week of the summer.
My husband and I had met Craig several times and I assure you he gave his heart and soul to TicToc Foundation and the kids.
If I can be of additional help please contact my cell at ██████████
Barbara Lutsky

Sent from my iPhone

# Exhibit

# D-73



Good luck and and happy new year

Dear Judge McMahon,

I am writing to you today to discuss my feelings about the character of Craig Carton.

I met Craig a few years ago when we were looking for information about Tourette syndrome. Our son was just diagnosed and was going through a very hard time. We reached out to Craig and the organization that he put together - TicToc Stop. They were so warm, accommodating and knowledgable about Tourette and wanted to do all they could to help us and our child. We personally met with Craig a few times, and he got us involved with the clinical trial that TicToc was sponsoring. While the clinical trial did not work out for us, Craig and his team didn't stop trying to help us. They reached out and invited us to visit the Tourette camp that Craig sponsored. This was so incredible for our family, as until now, ██████ was not even able to sleep out due to his Tourette's. We went up to visit the camp and met with Craig again and he truly inspired our family and our son - showing us that this disease didn't have to define us, that we could go on and live our lives as we wanted. Craig truly was an inspiration and role model for our son. We thought it important to let you know how much Craig has done for our family, and what an inspiration he has been for our son.

Thank you

Lisa, Jeff & ██████ Freedman



Exhibit

D-74

January 23, 2019

To The Honorable Judge Colleen McMahon,

I just wanted to take a few minutes of your time as a Mother, Parent, and close Friend of Craig Carton to explain a simple moment in a father's relationship in which may influence your decision making process.

I have know Craig and his family for over 15 years. Craig, Kim and their 4 kids have become part of my own family over the past years. I have always admired how Craig was as a father, friend and husband. I have seen all four of their kids grow up to be beautiful children. I admired how close they all are and how they all love one another tremendously. We have shared many family moments with them which is a memory I will never forget.

Craig, is one of those hands on dad's. I truly admired how he always played with all the kids and always made each and every kid feel included even my own. Craig is also an amazing husband to his wife Kim, their energy and their partnership was amazing to watch.

I know what Craig did was wrong and ***I truly believe that when someone does something wrong, we can't forget all the things they did right***! I know he is sorry for the things he did, you can see it in him.  In my memories with Craig there isn't just one memory I can list, there are a million things that keep replaying in my head that I wished you have saw for yourself. As a person I know what Craig did was absolutely wrong but I don't think that is the Craig I know. I think the hype and the career really took a toll in how he behaved and why he did the things he did. The time that this was happening doesn't compare to the way he has been all his whole life and now.

With his upcoming sentencing I just ask for remorse. I beg you for the sake of his wife and 4 beautiful kids that his sentencing is less then the required time. The amount of time he could be missing from his kids, breaks me. I can't even imagine how they can honestly function without seeing him every day and I know it will be extremely hard during certain milestones in his kids lives that he is not there for. He was there for every milestone of his kids lives so far, every birthday party, every appointment, every sports game, everything! Craig was always there for his wife and kids.

I just want to Thank you for your time. I feel awful for the situation that everyone is in. Hopefully these words and instances will have an impact in your decision process. I pray for his freedom and I know he will come out a better man, husband, father and friend in the end.

Sincerely,
Jennifer Richman

# Exhibit

# D-75



**Dear Judge McMahon,**

I cannot begin to express to you the positive impact that both TicTocStop and in particular Camp Carton have had on my family and my 11 year old son, ▮▮▮ who has Tourette's Syndrome. Living with Tourette's is a daily struggle, however, Camp Carton provided a safe place for ▮▮▮ to feel like a normal kid for a week - to be surrounded by other kids battling the same thing, not having to feel embarrassed, to feel "normal" for just a few days. He made friendships that will last a lifetime, and learned wonderful coping methods, all while having the most fun he's ever had. I can't thank Craig Carton enough for both his foundation and Camp Carton and the community he has helped create. It would be a travesty for Camp Carton to not be allowed to continue. On a personal note, I have met Craig, and we work in the same industry - his reputation is, and has always been, one of utmost respect, professionalism, and someone who genuinely cares for and looks out for other people. Craig has helped the Tourette's community in ways that can't be measured, and it is imperative that he is able to continue this great work. Thank you for your time and consideration.

Respectfully,

Ethan Kleinberg
Coordinating Producer
MLB Network
860.833.4168

# Exhibit

# D-76



**Judge McMahon,**

*I am writing this email to you as a testimonial for Craig Carton. He has recently been arrested for crimes that I have seen on the news, but I want you to know the Craig Carton my family knows.*

*My name is Amy Concialdi and my family and I live in Staten Island, NY. I have three kids, two of them have the neurological disorder, Tourette's Syndrome. Both of my daughters'* ███████████ *inherited this disorder from their father. My youngest daughter,* ████ *has a very severe form of Tourette's and she suffers every day. She has been subject to bullying in school since she was seven years old. She is currently an eight-grader in the NYC public school district.*

*We met Craig Carton when* ████ *signed up for his summer camp. He and his children also have Tourette's Syndrome and he set up this camp so children who have this disorder could have a safe place from ridicule where they could just be comfortable being who they are and be accepted. This is exactly what* ███ *experienced. She loves the camp and has been a camper there for a few years. My older daughter* ████ *has also attended the summer camp as well as teen weekends through-out the year.* ████ *has had a wonderful time there. Everyone has been very professional, caring and understanding. It has been a very safe environment for both of them.*

*This has all been possible because of Craig Carton and his foundation. I have meet him on a few occasions and he has been nothing but friendly, kind and generous. I have always liked him and appreciated all he has done for my daughters and all the many kids that he has helped because of his foundation. I still believe he is a good person and he truly cares for people. My daughters talk about their positive experiences with Craig and his camp all year long until the next year when they go to camp again.*

*Craig Carton is also involved in Tourette's research and has recently received FDA approval to go ahead with some medical studies that are beneficial to people who suffer from Tourette's. This research is very important to anyone who suffers from Tourette's, in our country and abroad. This shows what type of person Craig Carton is, he's is a good person who genuinely cares for the well-being of others, especially children.*

*I hope this email clearly shows that my family and I fully support Craig Carton and we wish him well with his current legal matters. His character must be considered in making legal decisions about his future. Thank you!*

*Sincerely,*

*Amy Concialdi*

# Exhibit

# D-77





Dear Honorable Judge Colleen McMahon,

Just wanted to share with you my thoughts about Craig Carton.

I've known Craig since 2004. I was the late night talk show host and Craig was doing afternoon drive on NJ 101.5.

His on-air persona was nothing like the man I got to know. He was very kind to me, invited me to his events and also to his home where I watched him interact with his wife and children who absolutely adore him. He's the type of man who helped others especially children where he raised money to send children with Tourette's Syndrome to camp.

I know he was convicted of a crime but incarcerating Craig makes no sense to me being he's not violent and I've only experienced a softer gentler side of him that only people who have interacted with him on a personal level ever get to see.

I believe he can do so much good doing community service while getting help for his addiction that apparently got him into this trouble to begin with.

For the sake of his wife (she is probably one of the nicest individuals I ever met) to his four children who will terribly miss him as he's a very active dad in their lives - I respectfully ask you to sentence Craig to the minimum amount of punishment possible.

He's a good person who made a terrible mistake apparently fueled by his addiction disease.

Respectfully,

Tom Gordon

# Exhibit

# D-78





Honorable Judge Colleen McMahon,

Hi, my name is Jeff Zeaman and I met Craig around ten years ago while our 7 year old sons played flag football together. Craig and I were randomly teamed up as coaches for that team and we hit it off. After that season we started hanging out together, co-coached many of our kids teams through the years together and became pretty good friends while he lived in the area. The main thing I can say about Craig is that he is a family man. He Absolutely Loves his kids and his wife and would do Anything in the world for them. He is a Great dad and husband. Anyone who knows him personally would say the same thing. He is a very nice and generous guy with a good heart. In real life he is not the loudmouth, obnoxious guy on the radio, that is an act. Anyone who truly knows him knows that. He is more on the quite side, caring, and all about his family and friends. Craig was Always good to me, everyone in my family, and everyone I ever saw him have contact with. He is a good guy, with a good heart. He needs his family and more importantly his family needs him. His life is his family. This has to be so hard on Kimmy and the kids. They are great people who deserve to have their father around. I feel and pray for all of them Always. I don't know how they will be able go on without him.

Jeff Zeaman

# Exhibit D-79



To: Honorable Jugde Colleen McMahon

Subject: Craig Carton

Dear Judge McMahon,

It is with a heavy heart that I reach out to you on behalf of Craig Carton and his impending sentencing.

Craig and his wife Kim are good friends of our family.  We came to know one another in Cleveland, Ohio when Craig was hosting a sports show on which I made weekly appearances as a guest. His genuine nature of looking for, and bringing out, the best in people was apparent both on and off the air.  We developed a friendship that brought us together in an online sports company that we eventually formed as a partnership.  Craig was always honorable and conscientious and did a terrific job.

When he married Kim, my wife and I flew to Philadelphia for the wedding and were greeted warmly by both of their families. He has always been a caring man and very proud of his family.

I am absolutely certain that whatever wrong doing came into Craig's life will be a lesson learned and that amends will be made.  Like our family, Craig and Kim live their life by the Golden Rule and will continue to look to

treat others with kindness and the respect that they deserve.

I hope you can find it in your heart to weigh the goodness of Craig into your final decision.  He, and his family, are worth it.

Thank you for your time and consideration in this matter.

I remain, respectfully yours,

Lawrence Moorman

Weston, FL





# Exhibit

# D-80



Dear Judge McMahon,

I wanted to take a few minutes to write about Craig as a person and a colleague. Craig and I have known each other and worked together closely since 2012. We first met when Craig began hosting a weekly studio show that I produced for Spike TV . Craig was dedicated, responsible and a very positive leader on the crew. He treated everyone with the utmost respect whether they were the bosses or the lowest people on the totem pole and often went out of his way to mentor the youngest and greenest people on the show.

Outside of our show, I know Craig is deeply committed to his family, coaching kids, Camp Carton and the fight to help kids with Tourette Syndrome. I can't speak to the legal matters Craig faces now but it does not sound at all like the person I've come to know the past 5 years and the person who has spent so much time and money on good causes and needy people.

I hope this note gives you a picture of how the hundreds of people on our show and at my company view Craig.

Sincerely,

Jon Gerstel

Jon Gerstel | Executive Producer
_____

212.466.1500 office | ▮▮▮▮▮▮▮▮▮
150 5th Ave, 2nd Fl | New York, NY | 10011
www.matadorcontent.com



Important:

This email transmission, including any previous messages or attachments to it, contains information that may be proprietary, confidential and/or privileged. If you have received this transmission in error, please delete the original transmission without making copies, disclosing, distributing, saving or making use of it in any manner (all of which acts are strictly prohibited), and so notify the sender by reply email @matadorcontent.com

# Exhibit

# D-81

January 3, 2018

To Whom It May Concern,

I have known Craig Carton for over 20 years. In that time I have had many opportunities to observe him both as a public and private person. I came to know Craig through his wife Kim. I have known Kim since the third grade. Through my close relationship with her I have also established a friendship with her husband Craig.

Craig has supported his wife and four children with his witty and sometimes acerbic public personality on the radio, tv, and through public appearances. He is without a doubt a very skilled, very verbal public personality. However the private Craig is quiet. Craig at home with his family and friends is gentle, humorous, joyful and simple. Craig is an attentive father who has always been heavily involved in the daily lives of his three young sons and teenage daughter. Craig is present and has always been present for every sporting event, dance performance, quiet fishing trip in each child's life. He is a simple person who only wants his family to be content and loved. Craig is a generous friend, always lending an ear when asked. He always shares a kind word and a smile.

Craig Carton is like many celebrities loved by some, hated by others. I have seen the upside of his celebrity status as well as the downside. He has remained at his core the same steady friend, husband, father, son, brother, uncle, and nephew. Craig has handled himself with grace and humility every step of the way.

Sincerely,
Beth Levine

# Exhibit

# D-82



To: Honorable Judge Colleen McMahon,

I am writing to you to give you my sincere opinion of Craig Carton and hope it will help when considering your decision in February.

I have been friends with Craig Carton since our freshman year at Syracuse University. Craig became one of my closest friends that year and we mutually decided to become roommates the following (sophomore) year.
Despite becoming involved with separate fraternities, we always made time to get together both in relation to school work as well as social activities.

During college, I came to know Craig as a person who was driven to succeed. His family is made up of very personable and very successful professionals. They welcomed me several times at their home for summer get-together(s). I saw his bond with his father, mother and siblings and appreciated how that influenced him into the positive person I met at Syracuse.

Craig was an extremely hard worker at school. Especially when it came to his broadcast journalism work. I could see that he had talent. I could also see that he knew how much work he had to do to get better as well as the work involved just to get noticed in his field.

Following school, I moved to Los Angeles to work in television production and, of course, kept in contact with Craig as started his career in Buffalo. I was proud that he was already working with a sports-talk radio station and saw him thrive at his craft when he came to Los Angeles to do his talk show when the Buffalo Bills played in the Super Bowl in Pasadena, CA. Craig stayed with me during the work-trip, and when I saw him do interviews on press row with the "who's who" of the sports world I knew he was on his way to success.

As Craig moved around the country for work, I always thought he was becoming more of a "pro" in the business and thus exuded confidence. The confidence was never over the top and served him with his charitable endeavors such as "Camp Carton" doing great work to help children.

Hi marriage to his wife, Kim, along with his close relationship with his kids showed me that despite a very demanding career, he knew what was important in life. He is always there for his family.

Overall, I have always considered Craig a great friend and will always think that way. I cannot envision him purposely doing anything that he is accused of.

Sincerely,


Douglas Cohen
Work - Universal Music Group, Director- Production
██████████████████, Robbinsville, NJ██████

# Exhibit

# D-83



To the Honorable Judge McMahon:

I have known Craig Carton since 1992 when we were colleagues in the radio business for two years in Buffalo. We worked together again for several years beginning 2002 in New Jersey. We've been friends throughout.

During our times working together, it was evident to me that Craig was always supportive of charity work. There are always a myriad of charity events at a radio station. They seemingly happen every day. Craig shouldered his share of the load enthusiastically.

As our paths crossed again, Craig had a much larger role within the company. His support of charity work never wavered.

As he moved on to a prominent role at a major New York City station, he worked even more proactively, setting up his own foundation, Tic Toc Stop, supporting Tourette's syndrome research.

Craig also supported other station initiatives, particularly those related to law enforcement, the fire department and emergency services.

These activities raise money for worthy causes, and, as importantly, raise awareness. It is a never ending responsibility which Craig has never shirked.

Please feel free to contact me for clarification or questions. Thank you.


Bill Saurer
President/CEO
Principle Broadcasting

Universal Media Access
726 Exchange Street
Suite 410
Buffalo, NY, 14210
O: 716-332-9575
M: 716-548-6622

# Exhibit

# D-84

January 4, 2018

Dear Judge McMahon,

I am writing the enclosed on behalf of Craig Carton. I have known Craig for nearly a decade and have been fortunate to be able to call him a friend. In the many years of our friendship, I have always known Craig to be kind, generous and committed to his family, friends and community.

Whether coaching youth sports, organizing community charitable endeavors, championing our policeman, fireman and first responders, or providing friendly advice, Craig has always been there for the people in his life and the community at large.

These attributes that I have known and witnessed personally are why I have always called him friend and why I will continue to support him. I am hopeful for the best for Craig and his family.

Sincerely,

Dan Sanborn

# Exhibit

# D-85



December 21, 2017

Hon. Colleen McMahon

United States District Judge

Chief U.S. District Judge


Dear Judge McMahon,

I am writing you about Craig Carton. I have known professionally and personally for about five years.

I would like to share some personal experiences I have had with Him and his family.

It all started when I sent some samples of my snack items to the show and that was my introduction. It was a "cold call", never really expecting a response. I'm sure he gets tons of items every day. Craig was kind enough to have a bag of my product on the desk during the broadcast. I'm a small private company and he was real cool to do that! It was exciting. I even ended up purchasing some advertising on the Boomer & Carton show and Craig always went the extra mile to support my brands. I've always been a big fan of the show as have been my friends.

On the family side, my wife visits his wife's clothing store in NYC and she has always been great. Craig, from everything I have witnessed, was an outstanding father. His children mean the world to him and as a father myself, that's so important. Seeing them at a sporting events, etc. We ran into each other in Florida during one of his vacations and I was shocked to see how many people in his family. He told me he always tries to take the in- laws on the family trips.

In closing, Your Honor, I hope the above is informative and helpful.


Respectfully,

Aldo Zuppichini
Founder and CEO
That's How We Roll, LLC

# Exhibit

# D-86

Dear Judge McMahon,

I have known Craig Carton for over 10 years both professionally and personally.

As a professional, he was hard working, thorough and fair in his assessments and he prided himself in allowing the person to explain their side of the story if there was a difference in opinion.

Personally, he's extremely passionate about his charity work, specifically for his camp for children with Tics. He has lead by example in this area and while he's asked people for their time for this worthwhile cause, he did so only after being committed himself to countless events over the years.

Craig has always been a kind, caring person with me who cared deeply about his community and worked hard to give back many times.

Respectfully,

Michael Tannenbaum

# Exhibit

# D-87

 

### *F.C. WESTCHESTER*
### *USSF DEVELOPMENT ACADEMY*
WWW.FCWESTCHESTER.COM

**Dear Judge McMahon**

I have worked with Craig Carton on fund raising initiatives for more than 10 years. During that time he has touched and impacted so many children's lives in such a positive way. I only know him to be hard working , caring and generous and a wonderful father that is fully engaged in his children's lives. I am shocked by the allegations of wrongdoing.

The summer camp is truly inspirational and the Tic Toc Stop organization has made such a massive contribution to the Tourette's community. I encourage you to consider all the good Craig has done . I hope you consider giving Craig a second chance as he has a beautiful caring and giving spirit.

I thank you for your consideration.

Thank You

George Gjokaj

Director of Operations

<span style="background:black">        </span>

http://www.fcwestchester.com/

<span style="background:black">        </span>

# Exhibit

# D-88





Dear Judge McMahon

I've had the pleasure to know Craig Carton for 10 years. We met through work and developed a friendship through the years. I have seen him consistently go out of his way to do his best in his work, and I've seen him always give his time in a very genuine way to his fans.

I've also seen him with his wonderful family and watched him work tirelessly with kids in support of his charity tic toc stop for those with Tourette syndrome.

He is a good man and I sincerely believe the help he needs is not in a prison cell. I hope you can find a just sentence that helps the victims and also gives Craig the help he needs to put his life back together.

Sincerely,
Dan Buttling
Sent from my iPad

# Exhibit

# D-89



Judge Colleen McMahon,

My name is Dan Chozahinoff and I am writing you this letter to convey the feelings I have for my friend Craig Carton.

Craig and I worked together for a decade at WFAN Radio. Over that time I got to know him very well. I interacted with Craig regularly alongside my clients in a work environment and with friends in a social environment. I have also had the pleasure of getting to know Craig's beautiful family over the years.

Craig has always been a genuine friend to me and a good person in every experience that we shared. I've seen first hand how much time and effort he put into helping children and families dealing which Tourette's as well as other medical and personal set backs. He is a truly caring person and a great father!!!

I know that he is very remorseful for mistakes that he made in his past. I ask that you show him as much lenience as possible while deliberating his sentence. Please consider his young family and all of the other letters you read that sound like mine.

Thank you,
Dan Chozahinoff

Danny

# Exhibit

# D-90

Honorable Judge Colleen McMahon,

I write to you in connection with the pre-sentencing report for Mr. Craig Carton.  I am writing to you voluntarily and I take this responsibility very seriously.  I have known Mr. Carton since June of 2018 but in that short time, I got to know him well. Based on my time with him, I am confident that he is a good person and I hope that will be taken into account when determining his sentence.

In the Spring of 2018, I was selected for a summer internship for the Carton & Friends show on the Fantasy Sports Network.  I was thrilled for the opportunity to gain communications experience and looked forward to my first day.  I had assumed that I would be relegated to fetching coffee and other low level tasks for the production crew for a while.  However, from the first morning meeting, it became apparent that Mr. Carton intended to take me under his wing and personally teach me every aspect of the industry.

Craig assigned a set of daily responsibilities that were relevant to my career and worked with me to improve on each task.  For example, he asked me to develop a daily blog to track the highlights from the show.  After a few days of working with Craig to fine tuning the structure and detail of the blog, he allowed me to work on it independently and it became a feature of the show's website.  Craig also included me as a part of the team at staff lunches and network events.  Towards the end of the internship, he allowed me to appear on air with some regularity. Craig took a personal interest in me and his frequent direct interactions with me allowed me to learn a lot and have the perfect internship opportunity.

Mr. Craig Carton is a thoughtful, selfless and generous person whom I greatly respect.  Please consider this in connection with determining his sentence.  I can be reached by telephone or email if you require any additional information.

Thank you,
Jacob Wolf

