

Gottlieb & Janey LLP
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.gottliebjaney.com
New York · London · Rome

March 26, 2019

**Via ECF**
The Honorable Chief Judge Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *United States v. Craig Carton and Michael Wright*, 17 Cr. 680 (CM)

Dear Judge McMahon:

I write to apologize for not being able to be present at Craig Carton's sentencing on April 5, 2019. I recently learned that I am required to appear on that date in the Superior Court of the State of California, County of Orange, in the case captioned *People of the State of California v. Adam Kanas*, Case No. 16WF1821, on my motion to be admitted *pro hac vice* to represent my client who is charged with murder. I initially intended to ask that Your Honor reschedule the sentencing date, but Mr. Carton has requested that the sentencing proceed on April 5th. My partner Derrelle Janey will speak on Mr. Carton's behalf.

Thank you for your courtesies.

Respectfully submitted,

GOTTLIEB & JANEY LLP

Robert C. Gottlieb

Cc:   Elisha Kobre, Esq.
      Brendan Quigley, Esq.