

Gottlieb & Janey LLP
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.gottliebjaney.com
New York · London · Rome

April 2, 2019

**Via ECF**
The Honorable Chief Judge Colleen McMahon
Chief United States District Judge
Southern District of New York
The Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

                  **RE:**    ***United States v. Craig Carton and Michael Wright*, 17 Cr. 680 (CM)**

Dear Judge McMahon:

      This law firm represents Craig Carton in the above-referenced criminal matter. As Your Honor knows, Mr. Carton's sentencing is scheduled for April 5, 2019. As a supplement to Mr. Carton's Submission, dated March 22, 2019 (ECF No. 176), we respectfully wish to inform the Court of Mr. Carton's recent repayment of some of the funds owed to two of the victims in the above-referenced criminal matter. Since our Submission, Mr. Carton has now repaid $25,000 to both Gerard LoDuca and Ron Del Gaudio, respectively, for a combined repayment of $50,000 towards monies owed to them. These payments are reflective of Mr. Carton's overall intention to repay victims, including continued repayments prior to sentencing, if viable.

      Additionally, as the Court is aware from Dr. Marc Potenza's report, attached to Mr. Carton's submission as Exhibit B (ECF No. 176-2), in *United States v. Caspersen*, 16-cr-0414 (S.D.N.Y. 2016) (ECF No. 37), at the sentencing hearing itself, Dr. Potenza testified before Judge Rakoff on gambling addiction as a mitigating factor for sentencing purposes. Dr. Potenza was questioned by the defense, the Government, and the court on the effects of gambling addiction. We respectfully submit that the transcript from this hearing is probative in the instance of Mr. Carton and might further assist the Court. Accordingly, for the Court's convenience, a copy of this sentencing hearing is annexed hereto as *Exhibit A*.

      [The rest of this page has been left intentionally blank.]

Respectfully submitted,

GOTTLIEB & JANEY LLP

By: /s/ Derrelle M. Janey
Derrelle M. Janey, Esq.

Cc: Elisha Kobre, Esq.
Brendan Quigley, Esq.
Jonathan J. Bressor, USPO