

Gottlieb & Janey LLP
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.gottliebjaney.com
New York · London · Rome

April 8, 2019

**Via ECF**
The Honorable Chief Judge Colleen McMahon
Chief United States District Judge
Southern District of New York
The Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

        **RE:**    *United States v. Craig Carton and Michael Wright*, **17 Cr. 680 (CM)**

Dear Judge McMahon:

      This law firm represents Craig Carton in the above-referenced criminal matter. As Your Honor knows, Mr. Carton was sentenced on April 5, 2019. At the hearing, the Court granted our request to delay providing a recommendation pertaining to Mr. Carton's designation until today, April 8, 2019. Accordingly, we now respectfully request that Your Honor recommend that Mr. Carton be designated to USP Lewisburg, located at 2400 Robert F. Miller Drive, Lewisburg, Pennsylvania 17837, and enrolled in its Residential Drug Abuse Program ("RDAP"). Such a designation will support Mr. Carton's rehabilitative needs as well as permit a situation where his family, including his four children, might be able to visit him.

      Thank you for the Court's consideration and assistance.

                                         Respectfully submitted,

                                         GOTTLIEB & JANEY LLP

                                    By:  */s/ Derrelle M. Janey*
                                            Derrelle M. Janey, Esq.

Cc:    Elisha Kobre, Esq.
        Brendan Quigley, Esq.
        Jonathan J. Bressor, USPO