

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

MEMO ENDORSED

April 1, 2021

By ECF
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> 4/5/2021
> Until I know more about Mr. Carton's financial situation, I am not signing anything.

Re:   *United States v. Craig Carton*, 17 Cr. 680 (CM)

Dear Judge McMahon:

The Government respectfully proposes entry of the enclosed Stipulation and Order for Assignment of Earnings, for the purpose of facilitating defendant's repayment of the restitution ordered in this case. As the Court is aware, the components of the sentence imposed against the defendant here included terms of custody and supervision as well as restitution to the victims of his crime. To aid the defendant's prompt and voluntary repayment toward restitution, and notwithstanding the continuing custodial component of the defendant's sentence, the parties have agreed to jointly execute the attached stipulation to arrange for automatic withholding from the defendant's earnings where and while he is working. If the Court approves, we ask that the Court sign the order and enter it on the docket, to aid the parties in efficient execution of this Court's judgment.

Thank you for your consideration of this letter.

Respectfully,

AUDREY STRAUSS
United States Attorney

By: */s/ Melissa A. Childs*
   MELISSA A. CHILDS
   Assistant United States Attorney
   86 Chamber Street, 3rd Floor
   New York, NY 10007
   Telephone: (212) 637-2711
   Facsimile: (212) 637-2717

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2021

*Enclosure*