UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

          -against-                                                  17 CR 680 (CM)

CRAIG CARTON,

          Defendant.

-----------------------------------------------------------x

## ORDER DIRECTING HEARING

McMahon, J:

        The court has received yet another communication from counsel for one of the victims in this case, asking when payment of restitution will be forthcoming. The letter is being filed on ECF simultaneously with this order. Among other things, the letter advises that Mr. Carton is seeking Bankruptcy Court approval to make an immediate six figure payment to an individual on another debt.

        Additionally, the court is aware that Mr. Carton has signed or is signing various business deals that are generating substantial income in addition to his salary at WFAN.

        The time has come to clarify Mr. Carton's financial situation and to revisit the issue of how quickly his restitution is being paid.[1] The parties are directed to appear in my courtroom (24A) in the Moynihan Courthouse (500 Pearl Street) at 10:00 AM on Monday, January 31, 2022. On or before Friday, January 14, 2022, Mr. Carton must fill out an updated Financial Disclosure Form, which will be sent to him by his Probation Officer.

Dated: December 16, 2021

                                                                               _____
                                                                                       U.S.D.J.

BY ECF TO ALL COUNSEL

---

[1] To date Mr. Carton has paid approximately $98,000 in restitution to the Clerk of Court. He is supposedly paying 15% of his gross income from all sources toward his restitution, pursuant to a stipulation with the Government that the court has yet to so order, because it is not clear to me that 15% is the right amount.